**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF TEXAS

Case number *(if known)* _____   Chapter __11__

☐ Check if this an
  amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Uplift Rx, LLC** | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **81-3029306** | |

4.  **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **15462 FM 529** **Houston, TX 77095** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Harris** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

5.  **Debtor's website** (URL)   **https://www.alliancehealth.com**

6.  **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Uplift Rx, LLC**                                                                 Case number (*if known*)
_____
Name

**7.   Describe debtor's business**   A. *Check one:*

☑ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
_____

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| | District _____ | When _____ | Case number _____ |
| | District _____ | When _____ | Case number _____ |

**10.   Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

☑ Yes.

| | Debtor **See attached list** | Relationship _____ |
| | District _____ | When _____ | Case number, if known _____ |

| Debtor | **Uplift Rx, LLC** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
Contact name _____
Phone _____

---

**█  Statistical and administrative information**

**13. Debtor's estimation of available funds** .

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
☑ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☑ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☑ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor  **Uplift Rx, LLC**
_____
Name

Case number (*if known*) _____

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   04/06/2017
_____
MM / DD / YYYY

**X** /s/ Jeffrey C. Smith
_____
Signature of authorized representative of debtor

**Jeffrey C. Smith**
_____
Printed name

Title   **Chief Executive Officer**
_____
By: Uplift Rx Holdings, LLC, its Member
By: Namaste Capital Holdings, LLC, its Manager
By: Alliance Medical Holdings, LLC, its Manager

**18. Signature of attorney**

**X** /s/ Elizabeth A. Green
_____
Signature of attorney for debtor

Date  04/6/2017
_____
MM / DD / YYYY

**Elizabeth A. Green**
_____
Printed name

**Baker & Hostetler LLP**
_____
Firm name

**200 S. Orange Avenue
Suite 2300
Orlando, FL 32801**
_____
Number, Street, City, State & ZIP Code

Contact phone   **407-649-4000**          Email address   **egreen@bakerlaw.com**

**FL Bar No. 0600547; Fed ID# 903144**
_____
Bar number and State

FORM 201 – Voluntary Petition
Pending Bankruptcy Cases Attachment

| Debtor | District | Relationship to Debtor | When Filed? | Case No, If Known |
|---|---|---|---|---|
| AHN Holding Company, LLC | Southern District of Texas, Houston Division | Affiliate | | |
| Alameda Rx Holdings, LLC | Southern District of Texas, Houston Division | Affiliate | | |
| Alliance Health Networks, LLC | Southern District of Texas, Houston Division | Affiliate | | |
| Alliance Medical Administration, Inc. | Southern District of Texas, Houston Division | Affiliate | | |
| Alliance Medical Holdings, LLC | Southern District of Texas, Houston Division | Affiliate | | |
| Alta Distributors, LLC | Southern District of Texas, Houston Division | Affiliate | | |
| Belle Pharmacy, LLC | Southern District of Texas, Houston Division | Affiliate | | |
| Benson Pharmacy, Inc. | Southern District of Texas, Houston Division | Affiliate | | |
| Berkshire Pharmacy, LLC | Southern District of Texas, Houston Division | Affiliate | | |
| Best Rx Holdings, LLC | Southern District of Texas, Houston Division | Affiliate | | |
| Best Rx, LLC | Southern District of Texas, Houston Division | Affiliate | | |
| Better Care Rx Holdings, LLC | Southern District of Texas, Houston Division | Affiliate | | |
| Bridgestone Pharmacy Holdings, LLC | Southern District of Texas, Houston Division | Affiliate | | |
| Bridgestone Pharmacy, LLC | Southern District of Texas, Houston Division | Affiliate | | |
| Brookhill Pharmacy, LLC | Southern District of Texas, Houston Division | Affiliate | | |
| BrooksideRx Holdings, LLC | Southern District of Texas, Houston Division | Affiliate | | |
| BrooksideRx, LLC | Southern District of Texas, Houston Division | Affiliate | | |
| Bubba's Rx Holdings, LLC | Southern District of Texas, Houston Division | Affiliate | | |
| Burbank Pharmacy, LLC | Southern District of Texas, Houston Division | Affiliate | | |
| Canyon Medical, LLC | Southern District of Texas, Houston Division | Affiliate | | |
| Canyons Pharmacy, LLC | Southern District of Texas, Houston Division | Affiliate | | |
| Central Medical, LLC | Southern District of Texas, Houston Division | Affiliate | | |
| Charleston Rx Holdings, LLC | Southern District of Texas, Houston Division | Affiliate | | |
| Charleston Rx, LLC | Southern District of Texas, Houston Division | Affiliate | | |
| Cheshire Pharmacy, LLC | Southern District of Texas, Houston Division | Affiliate | | |

FORM 201 – Voluntary Petition
Pending Bankruptcy Cases Attachment

| Cheshire Rx Holdings, LLC | Southern District of Texas, Houston Division | Affiliate | | |
|---|---|---|---|---|
| Chronic Care Health Foundation, LLC | Southern District of Texas, Houston Division | Affiliate | | |
| Cloud Management, LLC | Southern District of Texas, Houston Division | Affiliate | | |
| Conoly Pharmacy Holdings, LLC | Southern District of Texas, Houston Division | Affiliate | | |
| Conoly Pharmacy, LLC | Southern District of Texas, Houston Division | Affiliate | | |
| Cottonwood Pharmacy, LLC | Southern District of Texas, Houston Division | Affiliate | | |
| Crestwell Pharmacy Holdings, LLC | Southern District of Texas, Houston Division | Affiliate | | |
| CSL Capital Holdings, LLC | Southern District of Texas, Houston Division | Affiliate | | |
| Delaney Pharmacy, LLC | Southern District of Texas, Houston Division | Affiliate | | |
| Eat Great Café, LLC | Southern District of Texas, Houston Division | Affiliate | | |
| El Dorado Rx Holdings, LLC | Southern District of Texas, Houston Division | Affiliate | | |
| Galena Pharmacy Holdings, LLC | Southern District of Texas, Houston Division | Affiliate | | |
| Galena Pharmacy, LLC | Southern District of Texas, Houston Division | Affiliate | | |
| Garnett Pharmacy, LLC | Southern District of Texas, Houston Division | Affiliate | | |
| Geneva Pharmacy, LLC | Southern District of Texas, Houston Division | Affiliate | | |
| Geneva Rx Holdings, LLC | Southern District of Texas, Houston Division | Affiliate | | |
| Genshai Holdings, LLC | Southern District of Texas, Houston Division | Affiliate | | |
| Glendale Square Rx, Inc. | Southern District of Texas, Houston Division | Affiliate | | |
| Good Wave, LLC | Southern District of Texas, Houston Division | Affiliate | | |
| Goodman Pharmacy, LLC | Southern District of Texas, Houston Division | Affiliate | | |
| Hawkins Pharmacy Holdings, LLC | Southern District of Texas, Houston Division | Affiliate | | |
| Hawthorne Pharmacy, LLC | Southern District of Texas, Houston Division | Affiliate | | |
| Hawthorne Rx Holdings, LLC | Southern District of Texas, Houston Division | Affiliate | | |
| Hazelwood Pharmacy, LLC | Southern District of Texas, Houston Division | Affiliate | | |
| Health Rx Holdings, LLC | Southern District of Texas, Houston Division | Affiliate | | |
| Health Saver Holdings, LLC | Southern District of Texas, Houston Division | Affiliate | | |

FORM 201 – Voluntary Petition
Pending Bankruptcy Cases Attachment

| | | | | |
|---|---|---|---|---|
| Health Saver Rx, LLC | Southern District of Texas, Houston Division | Affiliate | | |
| Improve Rx Holdings, LLC | Southern District of Texas, Houston Division | Affiliate | | |
| Improve Rx, LLC | Southern District of Texas, Houston Division | Affiliate | | |
| Ingram Diabetic, LLC | Southern District of Texas, Houston Division | Affiliate | | |
| Ingram Medical Administration, Inc. | Southern District of Texas, Houston Division | Affiliate | | |
| Innovative Rx Holdings, LLC | Southern District of Texas, Houston Division | Affiliate | | |
| Innovative Rx, LLC | Southern District of Texas, Houston Division | Affiliate | | |
| Insight Rx Holdings, LLC | Southern District of Texas, Houston Division | Affiliate | | |
| JTK Medical, LLC | Southern District of Texas, Houston Division | Affiliate | | |
| Kendall Pharmacy, Inc. | Southern District of Texas, Houston Division | Affiliate | | |
| Living Again Holding Co, LLC | Southern District of Texas, Houston Division | Affiliate | | |
| Lockeford Rx Holdings, LLC | Southern District of Texas, Houston Division | Affiliate | | |
| Lockeford Rx, Inc. | Southern District of Texas, Houston Division | Affiliate | | |
| Lone Peak Rx, LLC | Southern District of Texas, Houston Division | Affiliate | | |
| Med Mart Holdings, LLC | Southern District of Texas, Houston Division | Affiliate | | |
| Medina Pharmacy, LLC | Southern District of Texas, Houston Division | Affiliate | | |
| Namaste Capital Holdings, LLC | Southern District of Texas, Houston Division | Affiliate | | |
| New Jersey Rx Holdings, LLC | Southern District of Texas, Houston Division | Affiliate | | |
| New Jersey Rx, LLC | Southern District of Texas, Houston Division | Affiliate | | |
| New Life Pharmacy, LLC | Southern District of Texas, Houston Division | Affiliate | | |
| Newton Rx Holdings, LLC | Southern District of Texas, Houston Division | Affiliate | | |
| Newton Rx, LLC | Southern District of Texas, Houston Division | Affiliate | | |
| Oak Creek Pharmacy Holdings, LLC | Southern District of Texas, Houston Division | Affiliate | | |
| Oak Creek Rx, LLC | Southern District of Texas, Houston Division | Affiliate | | |
| Ohana Pharmacy Holdings, LLC | Southern District of Texas, Houston Division | Affiliate | | |
| Ohana Rx, LLC | Southern District of Texas, Houston Division | Affiliate | | |

FORM 201 – Voluntary Petition
Pending Bankruptcy Cases Attachment

| | | | | |
|---|---|---|---|---|
| Ollin Pharmaceutical, LLC | Southern District of Texas, Houston Division | Affiliate | | |
| On Track Rx Holdings, LLC | Southern District of Texas, Houston Division | Affiliate | | |
| On Track Rx, LLC | Southern District of Texas, Houston Division | Affiliate | | |
| Osceola Clinic Pharmacy LLC | Southern District of Texas, Houston Division | Affiliate | | |
| Osceola Rx Holdings, LLC | Southern District of Texas, Houston Division | Affiliate | | |
| Peach Medical Holdings, LLC | Southern District of Texas, Houston Division | Affiliate | | |
| Pharmacare Holdings, LLC | Southern District of Texas, Houston Division | Affiliate | | |
| Philadelphia Pharmacy Holdings, LLC | Southern District of Texas, Houston Division | Affiliate | | |
| Pineview Rx Holdings, LLC | Southern District of Texas, Houston Division | Affiliate | | |
| Pinnacle Pharmacy Solutions, LLC | Southern District of Texas, Houston Division | Affiliate | | |
| Pro Rx Holdings, LLC | Southern District of Texas, Houston Division | Affiliate | | |
| Raven Pharmacy Holdings, LLC | Southern District of Texas, Houston Division | Affiliate | | |
| Raven Pharmacy, LLC | Southern District of Texas, Houston Division | Affiliate | | |
| Richardson Pharmacy, LLC | Southern District of Texas, Houston Division | Affiliate | | |
| Riverbend Prescription Services, LLC | Southern District of Texas, Houston Division | Affiliate | | |
| Riverfront Rx, LLC | Southern District of Texas, Houston Division | Affiliate | | |
| Rx Pro Holding Co, LLC | Southern District of Texas, Houston Division | Affiliate | | |
| Rx Solutions Holdings, LLC | Southern District of Texas, Houston Division | Affiliate | | |
| Skyline Health Services, LLC | Southern District of Texas, Houston Division | Affiliate | | |
| Smart Rx Holdings, LLC | Southern District of Texas, Houston Division | Affiliate | | |
| Steel Medical, LLC | Southern District of Texas, Houston Division | Affiliate | | |
| Stonybrook Pharmacy, LLC | Southern District of Texas, Houston Division | Affiliate | | |
| Uinta Rx Holdings, LLC | Southern District of Texas, Houston Division | Affiliate | | |
| Uinta Rx, LLC | Southern District of Texas, Houston Division | Affiliate | | |
| Uplift Rx Holdings, LLC | Southern District of Texas, Houston Division | Affiliate | | |
| Uplift Rx, LLC | Southern District of Texas, Houston Division | Affiliate | | |

FORM 201 – Voluntary Petition
Pending Bankruptcy Cases Attachment

| | | | | |
|---|---|---|---|---|
| Vitality Holdings, LLC | Southern District of Texas, Houston Division | Affiliate | | |
| Warner Diabetic, LLC | Southern District of Texas, Houston Division | Affiliate | | |
| Waverly Pharmacy, LLC | Southern District of Texas, Houston Division | Affiliate | | |
| White Capital Management, LLC | Southern District of Texas, Houston Division | Affiliate | | |
| Woodward Drugs, LLC | Southern District of Texas, Houston Division | Affiliate | | |
| Woodward Rx Holdings, LLC | Southern District of Texas, Houston Division | Affiliate | | |

# ALLIANCE MEDICAL HOLDINGS, LLC

### ACTION BY WRITTEN CONSENT
### OF THE BOARD OF DIRECTORS
### IN LIEU OF A MEETING

------------------------------

Effective April 4, 2017

------------------------------

The undersigned, constituting all of the members of the Board of Directors (the "**Board**") of Alliance Medical Holdings, LLC, a Delaware limited liability company (the "**Company**"), acting without a meeting pursuant to the Delaware Limited Liability Company Act and the Amended and Restated Limited Liability Company Agreement of the Company dated January 17, 2014, as amended, do hereby consent to and adopt, as their actions, the following resolutions to be effective as of the date first written above:

WHEREAS, the senior secured lender to the Company, Zions Bank ("Zions"), has indicated to the Company that Zions will file an action and motion to have a receiver appointed for the Company tomorrow morning, April 5, 2017.

WHEREAS, the Company will attempt to dissuade Zions from filing an action for appointment of a receiver.

WHEREAS, the Board has evaluated the Company's alternatives in the event that the Company is unsuccessful in dissuading Zions from filing an action for appointment of a receiver and has determined that the filing of a voluntary petition under Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**") is in the best interests of the Company.

**NOW, THEREFORE, BE IT:**

**RESOLVED**: That the Company's filing of a voluntary petition (the "**Petition**") for relief under the Bankruptcy Code, in the United States Bankruptcy Court for the District of Utah or District of Delaware or such other court as the officers of the Company shall determine to be appropriate (the "**Bankruptcy Court**"), is hereby approved.

**RESOLVED FURTHER**: That the officers of the Company shall be, and each of them, acting alone, hereby is, authorized, directed, and empowered on behalf of, and in the name of, the Company, to (a) execute and verify the Petition and all other ancillary documents, and cause the Petition to be filed with the Bankruptcy Court and make or cause to be made prior to execution thereof any modifications to the Petition or ancillary documents as any such officer, in such officer's discretion, deems necessary or desirable to carry out the intent and accomplish the purposes of these resolutions (such approval to be conclusively established by the execution thereof by such officer); (b) execute, verify, and file or cause to be filed all petitions, schedules, statements, lists, motions, applications, and other papers or documents necessary or desirable in connection with the foregoing; (c) execute, verify, file, and deliver any and all other documents necessary or

DocuSign Envelope ID: 7E1F62E5-E326-4544-BC96-F724298C47DC

appropriate in connection therewith or to administer the Company's case under the Bankruptcy Code (the "***Chapter 11 Case***") in such form or forms as any such officer may approve; (d) cause any of the Company's direct and indirect subsidiaries to take any action consistent with these resolutions, including without limitation the filing of petitions for relief under the Bankruptcy Code, the retention of professionals, and the incurrence of debt by such subsidiaries; and (e) perform any and all other acts as are reasonable, advisable, expedient, convenient, proper, or necessary to effect any of the foregoing.

**RESOLVED FURTHER**: That the officers of the Company shall be, and each of them hereby is, authorized, directed, and empowered to retain, on behalf of the Company, the law firm of Baker & Hostetler LLP (the "***Law Firm***") and any other professionals, including attorneys, accountants, financial advisors, investment bankers, actuaries, consultants, or brokers as, in such officer's or officers' judgment, may be necessary in connection with the Chapter 11 Case and other related matters, on such terms as such officer or officers shall approve.

**RESOLVED FURTHER**: That the Law Firm and any additional special or local counsel selected by the officers of the Company, if any, shall be, and hereby are, authorized, empowered, and directed to represent the Company, as debtor and debtor in possession, in connection with any Chapter 11 Case commenced by or against it.

**RESOLVED FURTHER**: That the Company, as debtor and debtor in possession under the Bankruptcy Code, may (a) enter into an agreement regarding the use of cash collateral or a new debtor in possession financing facility and any associated documents and consummate the transactions contemplated therein (collectively, the "***Financing Transactions***") with such lenders and on such terms as may be approved by any one or more of the officers of the Company as may be reasonably necessary for the continuing conduct of the affairs of the Company; and (b) pay related fees and grant security interests in and liens upon some, all, or substantially all of the Company's assets, as may be deemed necessary by any one or more of the Company's officers in connection with the Financing Transactions.

**RESOLVED FURTHER**: That (a) the officers of the Company shall be, and each of them, acting alone, hereby is, authorized, directed, and empowered in the name of, and on behalf of, the Company, as debtor and debtor in possession, to take such actions and execute and deliver such agreements, certificates, instruments, guaranties, notices, and any and all other documents as such officers may deem necessary or appropriate to facilitate the Financing Transactions (collectively, the "***Financing Documents***"); (b) the Financing Documents containing such provisions, terms, conditions, covenants, warranties, and representations as may be deemed necessary or appropriate by the officers of the Company are hereby approved; and (c) the actions of any officer of the Company taken pursuant to the foregoing resolutions, including the execution and delivery of all agreements, certificates, instruments, guaranties, notices, and other documents, shall be conclusive evidence of the approval thereof by such officer, and by the Company.

**RESOLVED FURTHER**: That, in addition to the specific authorizations heretofore conferred upon the officers of the Company, each of the officers of the Company or their designees shall be, and each of them, acting alone, hereby is, authorized, directed, and empowered, in the name of, and on behalf of, the Company, to take or cause to be taken any and all such further actions, to execute and deliver any and all such agreements, certificates, instruments, amendments, and other documents, and to pay all expenses, including filing fees, in each case as in such officer's or officers' judgment shall be necessary or desirable in order to fully carry out the intent and accomplish the purposes of the resolutions adopted herein.

**RESOLVED FURTHER**: That all lawful acts and deeds previously performed by the Board and the officers of the Company relating to the foregoing matters prior to the date of these resolutions are hereby ratified, confirmed, and approved in all respects as the authorized acts and deeds of the Company.

**RESOLVED FURTHER**: That all prior actions or resolutions of the Board that are inconsistent with the foregoing are hereby amended, corrected, and restated to the extent required to be consistent herewith.

**RESOLVED FURTHER**: That each officer of the Company be, and hereby is, authorized to execute and deliver the agreements contemplated by this Action by Written Consent, to conform the Company's minute books and other records to the matters set forth in this Action by Written Consent, and to take all other actions as he or she deems reasonable, advisable, or necessary with respect to the matters set forth in this Action by Written Consent.

*[Remainder of page intentionally left blank; signature page to follow]*

The undersigned direct that this Action by Written Consent be filed with the minutes of the proceedings of the meetings of the Board of Directors of the Company. This Action by Written Consent may be executed in one or more counterparts, each of which will be deemed to be an original copy of this Action by Written Consent and all of which, when taken together, will be deemed to constitute one and the same document, effective as of the date first written above. Delivery of an executed counterpart of a signature page to this Action by Written Consent by facsimile or in electronic format (e.g., .pdf) shall be effective as delivery of a manually executed counterpart of this Action by Written Consent.

**<u>BOARD OF DIRECTORS</u>**:

*Jeffrey C. Smith*
Jeffrey C. Smith

*BSmith*
Blaine Smith

*Matthew J. Simas*
Matthew J. Simas

*Adam Koy*
Adam Koopersmith

*Alison Wistner*
Alison Wistner

*Travis Hughes*
Travis Hughes

*Greg Duncan*
Greg Duncan

*Kurt R*
Kurt Remtjes

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Uplift Rx, LLC, et al.** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: CONSOLIDATED List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **American Express** PO Box 650448 Dallas, TX 75265-0448 | | | | | | $2,136,367.71 |
| **Ascensia Diabetes Care USA Inc** 5 Wood Hollow Road Parsippany, NJ 07054 | | | | | | $653,690.00 |
| **Auburn Pharmaceutical Co** PO Box 72216 Cleveland, OH 44192-2216 | | | | | | $1,572,710.90 |
| **Blupax Pharmaceuticals, LLC** 160 Raritan Center Parkway Unit 1 Edison, NJ 08837 | | | | | | $2,012,259.55 |
| **Fluent** 33 Whitehall St 15th Floor New York, NY 10004 | | | | | | $494,391.67 |
| **Highland Wholesale, LLC** 4227 S. Highland Dr. Suite 7 Salt Lake City, UT 84124 | | | | | | $1,582,973.11 |
| **Huge, LLC** 45 Main St Ste 220 Brooklyn, NY 11201 | | | | | | $400,000.17 |

Debtor **Uplift Rx, LLC, et al.**        Case number *(if known)* _____
    Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Johnson & Johnson/LifeScan Patterson Belknap Webb & Tyler LLP 1133 Avenue of the America New York, NY 10036** | | | **Contingent Unliquidated Disputed** | | | **$38,900,000.00** |
| **Kross Pharmaceuticals 5406 West 11000 North 84003, UT** | | | | | | **$6,104,126.00** |
| **Microsoft Corporation 1950 N. Stemmons Fwy Ste 5010 LB #842467 Dallas, TX 75207** | | | | | | **$408,666.84** |
| **Prizm Media Inc. Suite 60257 Fraser RPO Vancouver BC V5W-4B5** | | | | | | **$749,651.75** |
| **River City Pharma PO Box 713774 Cincinnati, OH 45271-3774** | | | | | | **$3,639,217.09** |
| **Roche Patterson Belknap Webb & Tyler LLP 1133 Avenue of the Americas New York, NY 10036** | | | **Contingent Unliquidated Disputed** | | | **$33,408,985.20** |
| **S.P Distributors 168 10th Street Brooklyn, NY 11215** | | | | | | **$932,675.00** |
| **SBK Sales 16 Israel Zupnick Drive Unit 113 Monroe, NY 10950** | | | | | | **$1,286,976.00** |
| **Simple Diagnostics, Inc 11555 Heron Bay Blvd Suite 200 Coral Springs, Fl 33076** | | | | | | **$720,011.88** |

Debtor **Uplift Rx, LLC, et al.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **State of West Virginia West Virginia Attorney General P.O. Box 1789 Charleston, WV 25326** | | | **Contingent Unliquidated Disputed** | | | **$25,000,000.00** |
| **Strategic Products Group Inc 16 Preserve CT Gulf Shores, AL 36542** | | | | | | **$1,418,150.90** |
| **US Interactive Media 1201 Alta Loma Rd Los Angeles, Ca 90069** | | | | | | **$541,359.92** |
| **Zeeto Group PO Box 505294 St. Louis, MO 63150-5294** | | | | | | **$474,653.98** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Uplift Rx, LLC, et al.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF TEXAS

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☑ *Chapter 11 or Chapter 9 Cases: CONSOLIDATED List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April  6, 2017**          *X* **/s/ Jeffrey C. Smith**
                                      Signature of individual signing on behalf of debtor

                                      **Jeffrey C. Smith**
                                      Printed name

                                      **Chief Executive Officer**
                                      Position or relationship to debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

# United States Bankruptcy Court
## Southern District of Texas

In re __Uplift Rx, LLC, et al._____

Case No. _____

Debtor(s)

Chapter __11_____

# VERIFICATION OF <u>CONSOLIDATED</u> CREDITOR MATRIX

I, the Chief Executive Officer of the corporation named as the debtor in this case, hereby verify that the attached list of consoloidated creditors is true and correct to the best of my knowledge.

Date: __April  6, 2017_____          __/s/ Jeffrey C. Smith_____

__Jeffrey C. Smith__/__Chief Executive Officer__
Signer/Title

1564 Ventures, Inc
1338 S. Foothill Dr. #180
Salt Lake City, UT 84108


87th & F Investors
c/o Investors Realty Inc.
11301 Davenport Street
Omaha, NE 68154


97th Floor LLC
2600 Executive Parkway Suite #180
Lehi, UT 84043


Adobe
75 Remittance Drive
Suite 1025
Chicago, IL 60675-1025


ADV Properties, LLC
PO Box 596
Waverly, Va 23890


Advanced CFO Solutions
2663 Bridgeport Ave
Cottonwood Heights, UT 84121


Advanced Comfort Solutions
2070 N. Redwood Road
Unit #44
Salt Lake City, UT 84116


Aetna, Inc.
151 Farmington Avenue
Hartford, CT 06156

AIC Owner, LLC
PO Box 842821
Los Angeles, Ca 90084-2821


Alert Logic Inc
1776 Yorktownn St., 7th Floor
Houston, TX 77056


Alexander's Printing Advantage
245 S. 1060 W.
Lindon, UT 84042


All Roads Logisitics LLC
3775 West California Ave
Suite 300
Salt Lake City, UT 84104


Allegra Marketing Print Mail
3480 Rochester Road
Troy, MI 48083


Altec Products Inc
23422 Mill Creek Drive, Suite #225
Laguna Hills, Ca 92653


Ameren Services Company
PO Box 88068
Chicago, IL 60680-1068


American Express
PO Box 360001
FT Lauderdale, Fl 33336-0001

American Express
PO Box 650448
Dallas, TX 75265-0448


American Health Care
3850 Atherton Road
Rocklin, CA 95765


American Health Lawyers Association
PO Box 79340
Baltimore, MD


American Heritage Life Insurance Company
PO Box 650514
Dallas, TX 75265-0514


AmerisourceBergen
PO Box 959
Valley Forge, Pa 19482


Amexpo International
12717 W. Sunrise Blvd Ste 235
Sunrise, Fl 33323


AmWINS Group, Inc.
4725 Piedmont Row Drive
Suite 600
Charlotte, NC 28210


Anda, Inc
2915 Weston Rd
Weston, Fl 33331

APA Benefits Inc
8899 S. 700 E.
Sandy, UT 84070


Aramis Interactive, LLC
815 Cumberland, Ste 500
Lebanon, Pa 17042


Argus
1300 Washington St.
Kansas City, MO 64105


ARI University Heights LP
21031 Warner Center Lane Sutie C
Woodland Hills, Ca 91367


Ascensia Diabetes Care USA Inc
5 Wood Hollow Road
Parsippany, NJ 07054


Asset Finance Group Inc
13595 Dulles Technology Drive
Herndon, Va 20171-3413


AT&T Teleconference Services
PO BOX 5002
Carol Stream, IL 60197-5002


Atmos Energy
PO Box 650205
Dallas, TX 75265-0205

Auburn Pharmaceutical Co
PO Box 72216
Cleveland, OH 44192-2216


Axiscare Health Logistics Inc
203 Garver Rd Building A
Monroe, OH 45050


Baltimore Coutny Fire Department
700 E Joppa Road, 4th Floor
Towson, Maryland 21286-0000


Bass Consulting
10788 Sunrise Point
Shreveport, LA 71106


Benecard Prescription Benefit Facilitato
5040 Ritter Road
Mechanicsburg, PA 17055


Bennett Tueller Johnson & Deere
3165 East Millrock Drive
Suite 500
Salt Lake City, UT 84121-4704


Bing


Biologistic Software Solutions, LLC
1947 Peters Place
Clearwater, Fl 33764

Black Hills Energy
PO Box 6001
Rapid City, SD 57709-6001


Blake Cemer Properties, LLC
20513 Nicholas Circle
Suite 1
Elkhorn, NE 68022


BlueCross Blue Shield CA
50 Beale Street
San Francisco, CA 94105


Blupax Pharmaceuticals, LLC
160 Raritan Center Parkway
Unit 1
Edison, NJ 08837


Bon Appetit Management Co
PO Box 417632
Boston, MA 02241-7632


Box, Inc.
Dept. 34666
PO Box 39000
San Francisco, Ca 94139


Brett Tolman
Ray, Quinney & Nebeker
36 South State Street
Suite 1400
Salt Lake City, UT 84111


Bright House Networks
PO Box 30574
Tampa, Fl 33630-3574

Bronson Medical, LLC
1484 South State Street
Salt Lake City, UT 84115


Brookport Inc
1050 SW 191 Ave
Pembroke Pines, Fl 33029


Bruce Gingrich
1100 Jackson Street, Suite B
Richmond, TX 77469


BTX Global Logistics
375 Bridgeport Ave
Shelton, Ct 06484


Bulwark Exterminating LLC
PO Box 151
Queen Creek, Az 85142


C Chang, LLC
3 Peru Street
Edison, NJ 08820


Cactus & Tropicals
2735 South 2000 East
Salt Lake City, UT 84109


Call MD Plus Inc
2502 N. Rocky Pt. Dr Ste 860
Tampa, Fl 33715

Canon Financial Services, Inc.
14904 Collections Center Drive
Chicago, IL 60693-0149


Capital Premium Financing, Inc.
P.O. Box 660899
Dallas, TX 75266-0899


Capital Royalty LP
1000 Main Street, Sutie 2500
Huston, TX 77002


CareerStaff RX
PO Box 301076
Dallas, TX


CCI Mechanical, Inc.
2345 South CCI Way
Salt Lake City, UT 84119


CEB Inc
1919 N. Lynn Street
Arllington, Va 22209


Century Link
PO Box 29040
Phoenix, Az 85038-9040


Certify Inc
20 York Street, Suite 201
Portland, Me 04101

Change Healthcare Solutions LLC
PO Box 572490
Murray, UT 84157-2490


Charlotte Port of Three LLC
Coffey Creek Business Center
19762 Macarthur Blvd.
Suite 300
Irvine, Ca 92612

Charter Communications Inc
12405 Powerscourt Drvie
Saint Louis, MO 63131


Cigna
900 Cottage Grove Road
Bloomfield, CT 06002


Cintas Corporation #180
Cintas Loc #180
PO Box 88005
Chicago, IL 60680-1005


Cintas Corporation No. 2
PO Box 631025
Cincinnati, OH 45263-1025


City of Olive Branch
9200 Pigeon Roost
Olive Branch, MS 38654


Cline Williams Wright Johnson & Oldfathe
233 South 13th Street, 1900 US Bank Buil
Lincoln, NE 68508

CNA Insurance
PO Box 790094
St. Louis, MO


Comcast Cable
PO Box 34227
Seattle, WA 98124-1227


Commercial Lighting Supply Inc.
PO Box 65675
Salt Lake City, UT 84165-0675


Compunet, Inc.
505 S. Florence St
Grangeville, ID 83530


ComScore
14140 Collection Center Dr
Chicago, IL 60693


Connect Health Solutions
1101 Wootton Parkway
10th Floor
Rockville, MD 20852


Cotopaxi
74 Main Street
Salt Lake City, UT 84101


CotterWeb
Joseph Sosa: 1295 Northland Dr
Mendota Heights, MN 55120

Covalent Media Group
200 Pequiot Ave
1st Floor
Southport, Ct


Cox Business Services Omaha
PO Box 2742
Omaha, NE 68103-2742



CPA Detective/ Forensiq
185 Madison Ave, 5th Floor
New York, NY 00010-0169



CPS Energy
PO Box 2678
San Antonio, TX 78289-0001



CVE Technologies Group, Inc.
1414 South Gustin R
Salt Lake City, UT 84104



CVS
1 CVS Drive
Woonsocket, RI 02895



CVS Caremark
Provider Enrollment MC 129
9501 E. Shea Blvd.
Scottsdale, AZ 85260



Dabaja Properties Management LLC
8351 North Wayne Rd
Westland, MI 48185-1351

Darrell Kaye Asher
Sulaiman Law Group, Ltd.
900 Jorie Blvd.
Suite 150
Oak Brook, IL 60523


Datadog
620 8th Ave, Floor 45
New York, NY 10081-1741



DataRx
5920 Odell Street
Cumming, GA 30040



DataShield Corporation
11320 Davenport St.
Omaha, NE 68154



De Lage Landen Financial Services
PO Box 41602
Philadelphia, Pa 19101-1602



Department of Medical Assistance Service
PO Box 26803
Richmond, Va 23261-6803



Digital Simplistics Inc.
14207 West 95th South
PO Box 14305
Lenexa,, KS 66215



Direct Agents
740 Broadway, Ste 701
New York, NY 10003

DIRECTV
PO Box 60036
Los Angeles, Ca 90060-0036


Diversified Insurance Group
136 E South Temple Street
Suite 2300
Salt Lake City, UT 84111


Dominion Generation, Dominion North Caro
120 Tredegar St.
Richmond, Va 23219


Donald L. Rands
Zions First National Bank
One South Main Street
Suite 200
Salt Lake City, UT 84133


Double Verify, Inc.
575 8th Avenue 8th Floor
New York, NY 10018


Douglas Distributing
2570 South 2570 West
Salt Lake City, UT 84119


Downtown Self Storage
29 W 800 South
Salt Lake City, UT 84101


Dramatic Health, Inc.
45 Rockfeller Plaza, Suite 2000
New York, NY 10111

Draper Real Investors, LLC
3725 W 4100 S
West Valley City, UT 84120


DTE Energy
PO Box 740786
Cincinnati, OH 45274-0786


ECM Inc.
19277 Conifer Lane, Suite 2
Council Bluffs, IA 51503


Ecolab Equipment Care
24673 Network Place
Chicago, IL 60673-1246


Educators Health Plans Life, Accident, a
852 E. Arrowhead Land
(blank)
(blank)
Murray, Utah 84107-0000


Electronics for Imaging
6750 Dunbarton Circle
Freemont, Ca 94555


Emergency Pavilions LLC
401 Chancery lane
Simppsonville, SC 29681


Emiles
PO Box 975002
Dallas, TX 75397-5002

Employee Health Ins. Mngmt., Inc.
26711 Northwestern Highway
Suite 400
Southfield, MI 48033


EnvisionRx Options
2181 East Aurora Road
Suite 201
Twinsburg, OH 44087


Eqyinvest Owner II, Ltd, LLP
Copperfield Crossing- JP Morgan Chase Ba
PO Box 730373
Dallas, TX 75373-0373


Ernest Packaging Solutions
PO Box 27086
Salt Lake City, UT 84127


Express Scripts
Network Contracting Management
One Express Way
Saint Louis, MO 63121


Facebook
Attn: Accounts Receivable
15161 Collections Center Drive
Chicago, IL 60693


Federal Express
Dept. LA PO Box 21415
Pasadena, Ca 91185-1415


Finkel Roth Group, LLC
37420 Hillstech Dr
Farmington Hills, MI 48331

First Digital Telecom
PO Box 1499
Salt Lake City, UT 84110-1499


FIRST Insurance Funding Corp.
PO Box 7000
Carol Stream, IL 60197-7000


Fitness Member Services, Inc.
9815 South Monroe Street #103
Sandy, UT 84070


Five 9, Inc.
7901 Stoneridge Drive, Ste 200
Pleasanton, Ca 94588


Flatiron Media
20 West 22nd Street, #908
New York, NY 10010


Flex Marketing Group
2150 Broadway #7D
New York, NY 10023


Florida Door Solutions
777 S. Park Ave
Apopka, Fl 32703


Fluent
33 Whitehall St 15th Floor
New York, NY 10004

Foundation Systems, Inc
890 East 700 North
American Fork, UT 84003


Gateway Pharmacy Networks
PO Box 307
Bellbrook, OH 45305


GBS Benefits, Inc.
465 S 400 E Ste 300
Salt Lake City, UT 84111


Geissler Building Care Inc.
17982 Sky Park Circle
Suite C
Irvine, Ca 72614


Geraldine Deustshe Living Trust
c/o DCM Management Company
Attn: Robert Goltermann
8300 Eager Road, Suite 601
Brentwood, MO 63144


Globalwide Media Limited
200-1675 Douglas Street
Victoria, BC V8W2G5


Gold Cup Services
Gold Cup Services
145 West Crystal Avenue
Salt Lake City, UT 84115


Golkow, Inc.
One Liberty Place
1650 Market Street, Suite 5150
Philadelphia, Pa 19103

Google
Dept 33654: PO Box 39000
San Francisco, Ca 94139


Granite Office
1955 South Milestone Drive, St
Salt Lake City, UT 84104


Grant Burton
444 South 150 West
Centerville, UT 84014


Graphik Display and Sign
17 South 1400  West
Lindon, UT 84042


Gray Robinson, P.A.
301 East Pine Street
Suite 1400
PO Box 3068 (32802-3068)
Orlando, Fl 32801

Greenville Water
PO BOX 687
Greenville, SC 29602


Halls Plaza LLC
18520 Burbank Blvd #200
Tarzana, Ca 91356


Harsch Investment Properties, LLC
Polvorosa Business Park, Unit 76
PO Box 5000
Portland, OR 97208-5000

HD Smith
21950 Network Place
Chicago, IL 60673-1219


Health Day
150 Broadhollow Rd., Ste 302
Melville, NY 11747


Healthcare Highways Rx
5904 Stone Creek Drive
Suite 120
The Colony, TX 75056


Hidden Valley Country Club
11820 South Highland Drive
Sandy, UT 84092-7333


Highland Wholesale, LLC
4227 S. Highland Dr. Suite 7
Salt Lake City, UT 84124


Holladay Properties
c/o Holladay Property Services
PO Box 404485
Atlanta, GA 30384-4485


Horizon New Jersey Health
210 Silvia Street
West Trenton, NJ 08628


HSW RR, Inc.
DBA Roto Rooter Plumbing and Service
729 West 1390 South
Salt Lake City, UT 84104

Huge, LLC
45 Main St Ste 220
Brooklyn, NY 11201


Humana Health Plan, Inc.
500 W. Main Street
Louisville, KY 40202


Huntsman Cancer Foundation
Attention: Lori Kun
500 Huntsman Way
Salt Lake City, UT 84108


IC Group
4080 South 500 West
Salt Lake City, UT 84123


Ideal Pure Water
PO Box 70
Boys Town, NE 68010


Ifficient Interactve
1756 Platte St, Ste 200
Denver, CO 80202-6142


IM Solutions LLC
PO Box 731701
Dallas, TX 75373-1701


IMS, LLC
1160 S Rogers Circle
Suite 2
Boca Raton, Fl 33487

Independence Medical
1810 Summit Commerce Park
Twinsburg, OH 44087


Inmar-Carolina Services Co inc
PO Box 75205
Charlotte, NC 28275-0205


Integral Ad Science Inc
Box 200197
Pittsburgh, Pa 15251-0197


Integrate.com, Inc.
Dept. LA 24143
Pasadena, Ca 91185-4143


Interform
PO Box 577
Centerville, UT 84014


Intermountain Healthcare
MISC A/R
PO Box 57703
Murray, UT 84157-0703


Internal Revenue Service
Centralized Insolvency Ops
PO Box 7346
Philadelphia, PA 19101


Iron Mountain, Inc.
1000 Campus Dr
Collegeville, Pa 19426

Isaac Commercial Properties LLC
771 Corporate Drive, Suite 500
Lexington, KY 40503


J. Semas Family LP
PO Box 1154
Alamo, Ca 94507-1154


Jeff Lingle & XuanDao Gray-Lingle
Law Offices of Todd M. Friedman, P.C.
21550 Oxnard Street
Suite 780
Woodland Hills, CA 91367


JL Landscaping LLC
7061 Rt. 35 South
South Amboy, NJ 08879


Johnson & Johnson/LifeScan
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the America
New York, NY 10036


Kelly Services, Inc.
1212 Solutions Center
Chicago, IL 60677-1002


KinRay
152-35 Tenth Ave
Whitestone, NY 11357


Kross Pharmaceuticals
5406 West 11000 North
84003, UT

Kumar Construction Co Inc
370 Richard Mine Rd
Wharton, NJ 07860


LearnSomething Inc.
PO Box 201322
Dallas, TX 75320-1322


Les Olsen Company
PO Box 65598
Salt Lake City, UT 84165-0598


Life Time Fitness
2902 Corporate Place
Chanhassen, MN 55317


Lifechek, Inc
1100 Jackson Street
Suite B
Richmond, TX 77469


LifeScript
75 Remittance Drive
Dept 6172
Chicago, IL 60675-6172


Lightstream Managed Services LLC
208 North 2100 West 2nd Floor
(blank)
(blank)
Salt Lake City, UT 84116


Linden/Parkway Properties, LLC
1050 Penfield Rd
Rochester, NY 14625

Linea Design Inc.
144 W Lockwood
Suite 150
St. Louis, MO 63119


Lone Peak Pharmacy
11724 S. State St. #102
Draper, UT 84020



Lone Peak Valuation Group
36 South State Street, Ste 500
Salt Lake City, UT 84111



LowestMed Inc
12244 S. Business Park Drive, Suite 230
Draper, UT 84020



MagellanRx Management
11013 W. Broad Street
Suite 500
Glen Allen, VA 23060



Manatt, Phelps & Phillips, LLP
11355 W. Olympic Boulevard
Los Angeles, Ca 90064



Mark Harmel Consulting
10611 Ohio Avenue
Los Angeles, Ca 90024



Marketo Inc
901 Mariners Island Blvd Suite 200
San Mateo, Ca 94404

Mary Glenn
5259 Savannah Parkway
Southaven, MS 38672


Matthew Donaca
2712 Abbot Kinney Blvd. #3
Venice, CA 90291


Maverik Inc.
Attn: Accounts Receivable
185 South State Stree, Suite 800
Salt Lake City, UT 84111


Maxor Plus
320 S. Polk Street
#200
Amarillo, TX 79101


McKesson
1900 South 4490 West
Salt Lake City, UT 84104


MedImpact
10181 Scripps Gateway Court
San Diego, CA 92131


MeetMe Inc
100 Union Square
New Hope, Pa 18938


Melissa Data Corporation
22382 Avenida Empresa
Rancho Santa Margari, Ca 92688-2112

Meredith Corporation
PO Box 730421
Dallas, TX 75373-0421


MeridianRx
1 Campus Martius
Suite 750
Detroit, MI 48226


Merritt Blvd
C/O Maryland Financial Investors, Inc.
2800 Quarry Lake Dr.
Suite 340
Baltimore, MD 21209


Messina Group, Inc.
1501 M St NW, Suite 910
Washington, DC 00020-0005


MetTel
PO Box 1056
New York, NY 10268-1056


Miami-Luken Inc
265 S. Pioneer Blvd
Springboro, OH 45066-3307


Microsoft Corporation
1950 N. Stemmons Fwy Ste 5010 LB #842467
Dallas, TX 75207


Microsoft Online Inc.
PO Box 847543
Dallas, TX 75284-7543

Millard Plaza Pizza Group, LLC
2601 S 70th St.
Lincoln, NE 68506


Millennium Waves
5369 Los Palma Vista Dr
Orlando, Fl 32837


Modaramo LLC
20 Vandervneter Ave
Suite 105E
Port Washington, NY 11050


Momentum Recycling
658 South 4050 West
Salt Lake City, UT 84104


MyDBSolutions
3341 South 4000 West
Suite #300
West Valley, UT 84120


MyPoints
PO Box 200333
Pittsburgh, Pa 15251-0333


Nabs & Grabs
1472 Butts Station Rd
Chesapeake, Va 23320-3002


Nashville Electric Service
1214 Church Street
Nashville, Tn 37246

National Health Information Newtork, Inc
PO Box 227216
Dallas, TX 75222-7216


National Pharmaceutical Services
PO Box 407
Boys Town, NE 68010


Navitus
2601 West Beltline Highway
Suite 600
Madison, WI 53713


NE-Medical
621 NW 53rd Street
Suite 240
Boca Raton, Fl 33160


NetCard Systems/Welldyne
7472 S. Tucson Way
Suite 100
Centennial, CO 80112


Neustar Services, Inc.
Bank of America
PO Box 742000
Atlanta, GA 30374-2000


New Jersey Office of the Att. Gen.
Board of Pharmacy
124 Halsey St 6 Fl,PO Box45013
Newark, NJ 07101


NFD Inc.
124 Lakefront Drive
Hunt Valley, MD 21030

North Carolina Board of Pharmacy
6015 Farrington Road
Chapel Hill, NC 27517


Novca Networks LTD
26 Upper Pembroke
Dublin2


Office Furniture Solutions
1809 South 900 West
Salt Lake City, UT 84104


Ohio Bureau of Workers Compensation
30 West Spring Street
Columbus, OH 43215-2256


Omaha Public Power District
PO Box 3995
Omaha, NE 68103-0995


OP Vision LTD
3 Golda Meir St Science Park
Ness, Ziona 00740-3648


OpenX Technologies
Dept CH 19650
Palatine, IL 60055-9650


Optiv Security Inc
1125 17th Street Ste 1700
Denver, CO 80202

OptumRx
11000 Optum Circle
Eden Prairie, MN 55344


OptumRx/Catamaran



Original Agency



Orijane Dalton
Kathleen M. Neary
411 South 13th Street
Suite 300
Lincoln, NE 68508

Orkin
PO Box 540549
Omaha, NE 68154-0549



Parsons Behle & Latimer
201 S Main Street, Suite 1800
Salt Lake City, UT 84111



PBM Plus, Inc.
300 Techne Center Dr.
#B
Milford, OH 45150


PDX Inc.
Attn: Accounts Receivable
PO Box 227216
Dallas, TX 75222-7216

Peak Performance Partners
PO Box 682126
Park City, UT 84068


Pecks Liquor Mart Inc
Irondequoit Liquor
Attn: Joe Pecoraro
525 Titus Avenue, Suite A141
Rochester, NY 14617


Pentagon-Hidden Valley, LLC
C/O Capstone Property Management
4422 South Century Drive
Murray, UT 84123


PerformRX
200 Stevens Drive
Philadelphia, PA 19113


Pest Solutions 356
3803 S 148th St
Omaha, NE 68144


Petersburg Alarm Company, Inc.
1801 Old Bermuda Hundred Rd.
Chester, Va 23836


Pharmaco Technology
13727 Noel Road Tower II, Suite 200
Dallas, TX 75240


Pharmacy Data Management, Inc.
1170 E. Western Reserve Road
Poland, OH 44514

PharmaLink, Inc.
11211 69th Street North
Largo, Fl 33773


Pheasant Hollow Business Park
Roderick Enterprises
1214 East Vine Street
Salt Lake City, UT 84121


Phoenix 2006 Partners, LLC
c/o Harrison Properties, LLC
5112 N 40th St. #105
Phoenix, Az 85018


Pioneer Credit Recovery Inc
PO Box 345
Arcade, NY 14009


Pioneer Rx
PO Box 53407
Shreveport, LA 71135-3407


Pitney Bowes Global
Financial Services LLC
PO Box 371887
Pittsburgh, Pa 15250-7887


Powderhorn Media
4772 South Ichabod St.
Holladay, UT 84117


Power Team, Inc.
718 Washington Ave N
Suite 101
Minneapolis, MN 55401

PR Newswire Assocaition LLC
350 Hudson ST Ste 300
New York, NY 10014


Pratt Pharmaceuticals
PO Box 47
Pope, MS 38658


Premier Security Group, Inc.
4368 N. Brawley Ave. Suite 101
Fresno, Ca 93722


Prime Therapeutics
1305 Corporate Center Drive
Eagan, MN 55121


Prime Therapeutics
PO Box 64812
Saint Paul, MN 55164-0812


PriMed Pharmaceuticals, LLC
1301 Corlies Ave.
Units 3A-3D
Neptune, NJ 07753


Priority One Security
18 Interchange Blvd
Suite B
Greenville, SC 29607


Prizm Media Inc.
Suite 60257 Fraser RPO
Vancouver BC  V5W-4B5

ProCare Rx
1267 Professional Parkway
Gainesville, GA 30507


Prodege, LLC
DEPT LA 24252
Pasadena, Ca 91185-4252


PROSHRED Security of Richmond
2214 Westwood Avenue
Richmond, Va 23230


PS Business Park LP
PO Box 200697-01
Dallas, TX 75320-0697


PSE&G
P.O. Box 14444
New Brunswick, NJ 08906-4444


Purchase Power
PO Box 371874
Pittsburgh, Pa 15250-7874


Pure Water Partners
Dept CH 19648
Palantine, IL 60655-9648


Pure Water Solutions of America
3208 South State Street
Salt Lake City, UT 84115

PX Inc
120 Newport Center Dr
Newport Beach, Ca 92660


Q Interactive
PO Box 101452
Atlanta, GA 31193-1452


Quality Lawn Care LLC
PO Box 2304
Lancaster, OH 43130


Qualtrics
2250 N. University Pkway, 48
Provo, UT 84604


QuickRewards Network Inc
2728 Arkansas Dr
Brooklyn, NY 11234


R&S Cleaning Service
10430 West Villa Chula
Peoria, Az 85383


RadiumOne, Inc
PO Box 8321
Pasadena, Ca 91109-8321


Rasi
Registered Agent Solutions Inc
515 Congress Ave  Ste 2300
Austin, TX 78701

RBM Services, Inc.
1515 N Riverside Ave
Provo, UT 84604


Reading Equities, LLC
14000 Horizon Way
Suite 100
Mt. Laurel, NJ 08054


Real Salt Lake
9256 S. State Street
Sandy, UT 84070


Red Sky Solutions LLC
11925 S. 700 E.
Draper, Utah 84020-0000


Revco Leasing Company
3244 South 300 West
PO Box 65598
Salt Lake City, UT 84115


Revenue Universe, LLC
106 Harkness Dr.
Milford, Ct 06460


River City Pharma
PO Box 713774
Cincinnati, OH 45271-3774


Riverpark Five LLC
10701 South River Front Parkway Suite 13
South Jordan, UT 84095

Robert Half Finance and Accounting
PO Box 743295
Los Angeles, Ca 90074-3295


Roche
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036


Rock Plaza LLC
30407 W. 13 Mile
Farmington Hlls, MI 48334


Rocky Mtn Power
1033 NE 6th AVE
Portland, OR 97256-0001


RPH on the Go USA, Inc.
Dept. CH 14430
Palatine, IL 60055-4430


S.P Distributors
168 10th Street
Brooklyn, NY 11215


Safeway Distributors, Inc.
15851 SW 41st St.
Suite 600
Davie, Fl 33331


Sage Software Inc.
14855 Collections Center Dr
Chicago, IL 60693

Sagebrush LLC
893 Rosefield Ln
Draper, UT 84020


Salesforce.com, Inc
The Landmark @ One Market Street, Ste 30
San Francisco, Ca 94105


Sandy Sign LLC
12402 S. 1510 W.
Riverton, UT 84065


Sav-Rx
224 North Park Avenue
Fremont, NE 68025


SBK Sales
16 Israel Zupnick Drive
Unit 113
Monroe, NY 10950


Script Care LTD/Tredium Solutions
6380 Folsom Drive
Beaumont, TX 77706


ScriptGuide Rx
15400 E. Jefferson Avenue
Grosse Pointe Park, MI 48230


ScriptSave/Medical Security Card
Company, LLC
4911 E. Broadway Blvd.
Tucson, AZ 85711

Secco Squared
255 W. 36th Street
Suite 1502
New York, NY 10018


Security Shredding
200 Speedwell Avenue
Morris Plains, NJ 07950


SelectHealth, Inc.
5381 S. Green Street
Murray, Utah 84123-0000


ServerDensity
The Organ Works
Turnham Green Terrance
Mews
London, W4 1QU UK

Shonk Family Limited Partnership
133 Ann Court
Lancaster, OH 43130


Shoppes at Hamilton Crossing LLC
1550 Hwy 126
Bristol, Tn 37620


Shred It - IT US JV LLC
23166 Network Place
Chicago, IL 60673-1252


Sigis
2400 Camino Ramon, Suite 375
San Ramon, Ca 94583

Simple Diagnostics, Inc
11555 Heron Bay Blvd Suite 200
Coral Springs, Fl 33076


Sky Satellite
2272 S 1560 W
Woods Cross, UT 84087


Sonitrol/Pacific West Security
1587 Schallenberger Rd
San Jose, Ca 95131


Sound Bites, Inc.
1020 Timber Lane
Wilmette, IL 60091


Southern Scripts
407 Bienville Street
Natchitoches, LA 71457


Sparkletts
PO Box 660579
Dallas, TX 75266-0579


St. John River Investment LLC
c/o Weaver Realty Group LLC
8651 Baypine Road, Suite 115
Jacksonville, Fl 32256


Staley Pharmacy LLC
c/o Gary Jumper
13824 Asherwoods Cove
Bluffdale, UT 84065

Staples Advantage
PO Box 83689
Chigcago, IL 60696-3689


State of West Virginia
West Virginia Attorney General
P.O. Box 1789
Charleston, WV 25326


Stinson Leonard Street LLP
PO Box 843052
Kansas City, MO 64184-3052


Stone Security
361 W Ironwood Dr.
Salt Lake City, UT 84115


Strategic Products Group Inc
16 Preserve CT
Gulf Shores, AL 36542


Structures, Inc
11414 Gravois Rd., Ste 201
St. Louis, MO 63126


Suburban Disposal Corporation
PO Box 112
Spencerport, NY 14559-0112


Superior Building Group
2350 South 7th Street, Suite 200
Saint Louis, MO 63104

Susan Tuckett Media, Inc.
245 East Hudson Lane
Elk Ridge, UT 84651


Sussex County's Sheriff's Office
Sussex County's Sheriff's Office
Emergency Preparedness Bureau/Fire Marsh
135 Morris Turnpike
Newton, NJ 07860

Swire Coca-Cola, USA
PO Box 1410
Draper, UT 84020-1410


Tableau
PO Box 204021
Dallas, TX 75320-4021


Taboola, Inc.
28 West 23rd St.
5th Floor
New York City, NY 10010


Tailwind
4010 N. Lincoln Blvd.
Suite 200
Oklahoma City, OK 73105


Tanner LLC
36 S. State Street, Suite 600
Key Bank Tower at City Creek
Salt Lake City, UT 84111-1400


Taylor Electric Inc
2650 South 1030 West
Salt Lake City, Utah 84119-0000

TCU-Canyon Park
1501 N Technology Way
Suite 3300
Orem, UT 84097


TDS Operating, Inc.
788 Montgomery Ave
Ocoee, Fl 34761


Terminix
PO Box 17167
Memphis, Tn 38187


The Bronze Buffalo Club
1118 Mountain Dell
Afton, WY 83110


The Buy Boxx LLC
108 Trantham Trail
Clayton, NC 27527


The Hanover Insurance Company
P.O. Box 580045
Charlotte, NC 28258-0045


The Original Agency, LLC
335 Madison Ave, 16th Floor
New York, NY 10017


The Residences at the District
11100 S. River Heights Drive
South Jordan, UT 84095

The Right Touch Installations Co
8672 S. 1980 W
South Jordan, UT 84095


The Ultimate Software Group, Inc.
PO Box 930953
Atlanta, GA 31193-0953


Therapeutic Research Center
Dept LA 24176
Pasadena, Ca 91185-4176


Thinkstock
6300 Wilshire Blvd
16th Floor
Los Angeles, CA 90048


Tiburon Media-V
39 Main Street
Tiburon, Ca 94920


Time Warner Cable
PO Box 0916
Carol Stream, IL 60132-0916


TMC Realty Partners
7231 E Princess Blvd #212
Scottsdale, Az 85255


Town of Waverly
PO Box 318
Waverly, Va 23890

TrackVia, Inc.
1675 Larimer Street, Ste 500
Denver, CO 80202


TransFirst
Merchant Services Center: 1220
Broomfield, CO 80021


Trustco Inc.
2735 East Parleys Way
Suite 305
Salt Lake City, UT 84109-1666


Turner Pest Control LLC
8400 Baymeadows Way Suite #12
Jacksonville, Fl 32256


Twitter
1355 Market St., Ste 900
San Francisco, Ca 94103


Tylersville Shops LLC
PO Box 8189
Cincinnati, OH 45208


U.S. Dept. of Justice
John W. Huber, US Atty
District of Utah
111 S. Main Street #1800
Salt Lake City, UT 84111


U.S. Food & Drug Administration
10903 New Hampshire Avenue
Silver Spring, MD 20993

Uline Shipping Supply Specialists
2200 S Lakeside Drive
Waukegan, IL 60085


Unico Properties LLC
BOSTON BUILDING, LLC
PO Box 843464
Los Angeles, Ca 90084-3464


United Parcel Services
55 Glenlake Parkway NE
Atlanta, GA 30328


Universal Systems Inc
965 East 3300 South
Salt Lake City, Utah 84106-0000


University of Utah
c/o College of Nursing
10 South 2000 East
Salt Lake City, UT 84112


Unum LIfe Insurnce Company of America
1 Fountain Suare
Chattanooha, Tn 37402-1330


UPS Freight
28013 Network Place
Chicago, IL 60673-1280


UPS Supply Chain Solutions
28013 Network Place
Chicago, IL 60673

US Bancorp Equipment Finance, Inc.
PO Box 790448
St Louis, MO 63179-0448


US Dept of Health & Human Servs.
Office for Civil Rights
200 Independence Avenue, S.W.
Washington, DC 20201


US Interactive Media
1201 Alta Loma Rd
Los Angeles, Ca 90069


US Script
5 River Park Place E.
#210
Fresno, CA 93720


Utah Business Magazine
4770 South 5600 West
West Valley City, UT 84118


Utah State Tax Commission
210 North 1950 West
Salt Lake City, UT 84134


Utah Transit Authority
669 West 200 South
Salt Lake City, UT 84101


Veracity Networks
170 Election Road, Suite 200
Draper, UT 84020-6420

Verizon Wireless
PO Box 660108
Dallas, TX 75266-0108


VFD 110 Q LLC
5123 S. 111 Street
Omaha, NE 68137


Victig
14587 S 790 W, Suite A
Bluffdale, UT 84065


VIP Mercury LLC
970 N Oaklawn Avenue
Suite 300
Elmhurst, IL 60126


VLCM
PO Box 271043
Salt Lake City, UT 84127-1043


W4
Dept. LA 23609
Pasadena, Ca 91185-3609


Waste management of Michigan Inc
48797 Alpha Dr Suite 100
Wixom, MI 48393


Waste Management of Nebraska
13505 N 216th St
Bennington, NE 68007

Waste Management of Nebraska
PO Box 9001054
Louisville, KY 40290-1054


Waste Managment of New Jersey Inc.
PO Box 13648
Philadelphia, Pa 19101-3648


Waste Managment of NY-Rochester
PO Box 13648
Philadelphia, Pa 19101-3648


Waste Managment of Orange County
PO Box 541065
Los Angeles, Ca 90054-1065


Waste Managment of Tenn-Memphis
PO Box 9001054
Louisville, KY 40290-1054


Water Wall Specialists, Corp
2148 North 400 West #7
Layton, UT 84041


WDB Management LLC
933 S. 360 E.
Salem, UT 84653


What if Holdings, LLC
400 Kelby Street
Floor 11
Fort Lee, NJ

Wolter Kluwer
PO Box 1610
Hagerstown, MD 21740


Workers' Compensation Fund
PO Box 2227
Sandy, UT 84091-2227


WSRP, LLC
155 North 400 West
Suite 400
Salt Lake City, UT 84103


Xerox Corp
PO Box 7405
Pasadena, Ca 91109-7405


XO Communications Service, LLC.
14239 Collections Center Drive
Chicago, IL 60693


Zebra Technologies International
6048 Eagle Way
Chicago, IL 60678-1060


Zeeto Group
PO Box 505294
St. Louis, MO 63150-5294


Zendesk
989 Market Street
Suite 300
San Francisco, CA 94013

Zions First National Bank
Corporate Banking Group
One South Main Street
Suite 200
Salt Lake City, UT 84133