

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

ENTERED
04/18/2017

| | | |
|---|---|---|
| **IN RE:** | § | |
| **UPLIFT RX, LLC**, *et al* | § | **CASE NO: 17-32186** |
| | § | |
| **BELLE PHARMACY, LLC** | § | **CASE NO: 17-32187** |
| | § | |
| **ALLIANCE MEDICAL HOLDINGS, LLC** | § | **CASE NO: 17-32188** |
| | § | |
| **GENEVA PHARMACY, LLC** | § | **CASE NO: 17-32189** |
| | § | |
| **OHANA RX, LLC** | § | **CASE NO: 17-32190** |
| | § | |
| **BENSON PHARMACY, INC.** | § | **CASE NO: 17-32191** |
| | § | |
| **KENDALL PHARMACY, INC.** | § | **CASE NO: 17-32192** |
| | § | |
| **RICHARDSON PHARMACY, LLC** | § | **CASE NO: 17-32193** |
| | § | |
| **INNOVATIVE RX, LLC** | § | **CASE NO: 17-32194** |
| | § | |
| **CHARLESTON RX, LLC** | § | **CASE NO: 17-32195** |
| | § | |
| **ON TRACK RX, LLC** | § | **CASE NO: 17-32196** |
| | § | |
| **UINTA RX, LLC** | § | **CASE NO: 17-32197** |
| | § | |
| **GOODMAN PHARMACY, LLC** | § | **CASE NO: 17-32198** |
| | § | |
| **BROOKSIDERX, LLC** | § | **CASE NO: 17-32199** |
| | § | |
| **OSCEOLA CLINIC PHARMACY, LLC** | § | **CASE NO: 17-32200** |
| | § | |
| **OAK CREEK RX, LLC** | § | **CASE NO: 17-32201** |
| | § | |
| **WAVERLY PHARMACY, LLC** | § | **CASE NO: 17-32202** |
| | § | |
| **NEWTON RX, LLC** | § | **CASE NO: 17-32203** |
| | § | |
| **LONE PEAK RX, LLC** | § | **CASE NO: 17-32204** |
| | § | |
| **IMPROVE RX, LLC** | § | **CASE NO: 17-32205** |
| | § | |
| **NEW JERSEY RX, LLC** | § | **CASE NO: 17-32206** |

| | § | |
|---|---|---|
| **BERKSHIRE PHARMACY, LLC** | § | **CASE NO: 17-32207** |
| | § | |
| **HEALTH SAVER RX, LLC** | § | **CASE NO: 17-32208** |
| | § | |
| **BEST RX, LLC** | § | **CASE NO: 17-32209** |
| | § | |
| **DELANEY PHARMACY, LLC** | § | **CASE NO: 17-32210** |
| | § | |
| **NEW LIFE PHARMACY, LLC** | § | **CASE NO: 17-32211** |
| | § | |
| **SKYLINE HEALTH SERVICES, LLC** | § | **CASE NO: 17-32212** |
| | § | |
| **STONYBROOK PHARMACY, LLC** | § | **CASE NO: 17-32213** |
| | § | |
| **WOODWARD DRUGS, LLC** | § | **CASE NO: 17-32214** |
| | § | |
| **BRIDGESTONE PHARMACY, LLC** | § | **CASE NO: 17-32215** |
| | § | |
| **BROOKHILL PHARMACY, LLC** | § | **CASE NO: 17-32216** |
| | § | |
| **BURBANK PHARMACY, LLC** | § | **CASE NO: 17-32217** |
| | § | |
| **CANYONS PHARMACY, LLC** | § | **CASE NO: 17-32218** |
| | § | |
| **CHESHIRE PHARMACY, LLC** | § | **CASE NO: 17-32219** |
| | § | |
| **CONOLY PHARMACY, LLC** | § | **CASE NO: 17-32220** |
| | § | |
| **COTTONWOOD PHARMACY, LLC** | § | **CASE NO: 17-32221** |
| | § | |
| **GALENA PHARMACY, LLC** | § | **CASE NO: 17-32222** |
| | § | |
| **GARNETT PHARMACY, LLC** | § | **CASE NO: 17-32223** |
| | § | |
| **HAWTHORNE PHARMACY, LLC** | § | **CASE NO: 17-32224** |
| | § | |
| **HAZELWOOD PHARMACY, LLC** | § | **CASE NO: 17-32225** |
| | § | |
| **MEDINA PHARMACY, LLC** | § | **CASE NO: 17-32227** |
| | § | |
| **RAVEN PHARMACY, LLC** | § | **CASE NO: 17-32228** |
| | § | |
| **GLENDALE SQUARE RX, INC.** | § | **CASE NO: 17-32229** |
| | § | |
| **LOCKEFORD RX, INC.** | § | **CASE NO: 17-32230** |

| | | |
|---|---|---|
| | § | |
| **PINNACLE PHARMACY SOLUTIONS, LLC** | § § | **CASE NO: 17-32231** |
| | § | |
| **RIVERFRONT RX, LLC** | § § | **CASE NO: 17-32232** |
| | § | |
| **RIVERBEND PRESCRIPTION SERVICES, LLC** | § § | **CASE NO: 17-32233** |
| | § | |
| **RAVEN PHARMACY HOLDINGS, LLC** | § § | **CASE NO: 17-32234** |
| **BRIDGESTONE PHARMACY HOLDINGS, LLC** | § § | **CASE NO: 17-32235** |
| **CRESTWELL PHARMACY HOLDINGS, LLC** | § § | **CASE NO: 17-32236** |
| **GALENA PHARMACY HOLDINGS, LLC** | § § | **CASE NO: 17-32237** |
| **GENEVA RX HOLDINGS, LLC** | § § | **CASE NO: 17-32238** |
| **HAWTHORNE RX HOLDINGS, LLC** | § § | **CASE NO: 17-32239** |
| **WOODWARD RX HOLDINGS, LLC** | § § | **CASE NO: 17-32240** |
| **PHILADELPHIA PHARMACY HOLDINGS, LLC** | § § | **CASE NO: 17-32241** |
| **HEALTH RX HOLDINGS, LLC** | § § | **CASE NO: 17-32242** |
| **CANYON MEDICAL, LLC** | § § | **CASE NO: 17-32243** |
| **ALLIANCE MEDICAL ADMINISTRATION, INC.** | § § | **CASE NO: 17-32246** |
| **OLLIN PHARMACEUTICAL, LLC** | § § | **CASE NO: 17-32247** |
| **ALTA DISTRIBUTORS, LLC** | § § | **CASE NO: 17-32248** |
| **EAT GREAT CAFE, LLC** | § § | **CASE NO: 17-32249** |
| **ALLIANCE HEALTH NETWORKS, LLC** | § § | **CASE NO: 17-32250** **Jointly Administered Order** |
| **Debtor(s)** | § § | |
| | § | **CHAPTER  11** |

## <u>ORDER FOR APPOINTMENT OF CHAPTER 11 TRUSTEE</u>

For the reasons set forth on the record on this date, and by the agreement of the parties, the Court orders the appointment of a Chapter 11 Trustee.

SIGNED <u>**April 18, 2017.**</u>

_____
Marvin Isgur
UNITED STATES BANKRUPTCY JUDGE