# United States Bankruptcy Court
## Southern District of Texas

In re: **Alliance Health Networks, LLC**
Debtor(s)

Case No. **17-32250**
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| AHN Holding Company, LLC<br>10855 S. Riverfront Parkway<br>South Jordan, UT 84095 | | | 100% ownership interest |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, **Scott Klossner** the **CFO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **5-3-2016**      Signature *[signed]*

Penalty for making a false statement of concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.