UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
JUDY A. ROBBINS
UNITED STATES TRUSTEE
HECTOR DURAN
TRIAL ATTORNEY
515 Rusk, Suite 3516
Houston, Texas  77002
Telephone:  (713) 718-4650 x 241
Fax:  (713) 718-4670

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. |
| | § | |
| UPLIFT RX, LLC | § | 17-32186 (MI) |
| | § | (Chapter 11) |
| | § | Jointly Administered |
| DEBTORS[1] | § | |

## NOTICE OF APPOINTMENT OF
## COMMITTEE OF UNSECURED CREDITORS

TO THE HONORABLE MARVIN ISGUR
UNITED STATES BANKRUPTCY JUDGE:

COMES NOW the United States Trustee for Region 7, by and through the undersigned counsel, who pursuant to 11 U.S.C. § 1102(a) hereby appoints the following eligible creditors to the Committee of Unsecured Creditors in this case:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Uplift Rx, LLC (9306); Belle Pharmacy, LLC (0143); Alliance Medical Holdings, LLC (5945); Geneva Pharmacy, LLC (1929); Ohana Rx, LLC (1722); Benson Pharmacy, Inc. (6606); Kendall Pharmacy, Inc. (0825); Richardson Pharmacy , LLC (9566); Innovative Rx, LLC (9986); Charleston Rx, LLC (5852); On Track Rx, LLC (9021); Uinta Rx, LLC (7157); Goodman Pharmacy , LLC (9373); BrooksideRx , LLC (5927); Osceola Clinic Pharmacy, LLC (4886); Oak Creek Rx, LLC (9722); Waverly Pharmacy , LLC (7342); Newton R";<, LLC (9510); Lone Peak Rx, LLC (5973); Improve Rx, LLC (9120); New Jersey Rx, LLC (0035); Berkshire Pharmacy, LLC (9197); Health Saver Rx, LLC (7810); Best Rx, LLC (0346); Delaney Pharmacy, LLC (7497); New Life Pharmacy, LLC (8292); Skyline Health Services, LLC (6876); Stonybrook Pharmacy, LLC (7700); Woodward Drugs, LLC (2385); Bridgestone Pharmacy, LLC (5294); Brookhill Pharmacy, LLC (5296); Burbank Pharmacy, LLC (5227); Canyons Pharmacy, LLC (1744); Cheshire Pharmacy, LLC (6370); Conoly Pharmacy, LLC (0367); Cottonwood Pharmacy, LLC (5131); Galena Pharmacy, LLC (0672); Garnett Pharmacy, LLC (6505); Hawthorne Pharmacy, LLC (5345); Hazelwood Pharmacy, LLC (1088); Medina Pharmacy, LLC (8987); Raven Pharm acy, LLC (5671 ); Glendale Square Rx, Inc. (1022); Lockeford Rx, Inc. (1853); Pinnacle Pharmacy Solutions, LLC (9760); Riverfront Rx, LLC (7152); Riverbend Prescription Services, LLC (1862); Raven Pharmacy Holdings, LLC (2464); Bridgestone Pharmacy Holdings, LLC (2840); Crestwell Pharmacy Holdings, LLC (1503); Galena Pharmacy Holdings, LLC (8609); Geneva Rx Holdings, LLC (8247); Hawthorne Rx Holdings, LLC (9531); Woodward Rx Holdings, LLC (2173); Philadelphia Pharmacy Holdings, LLC (8526); Health Rx Holdings, LLC (0909); Canyon Medical , LLC (4915); Alliance Medical Administration, Inc. (2899); Ollin Pharmaceutical, LLC (9815); Alta Distributors, LLC (7407); Eat Great Cafe, LLC (2314); Alliance Health Networks, LLC (1815) . The Debtors' mailing address is Uplift Rx, LLC, 15462 FM 529, Houston, TX 77095.

| **Members** | **Counsel for Member** |
|---|---|
| 1. BluPax Pharma Inc.<br>   Attn: Joel Mittelman<br>   160 Raritan Center Parkway, Unit 1<br>   Edison, NJ  08837<br>   Tel. 732-902-6760<br>   Fax 732-902-6761<br>   E-Mail:   jmittelman@blupaxpharma.com | Halperin Battaglia Benzija, LLP<br>Alan D. Halperin, Esq.<br>40 Wall Street, 37th Floor<br>New York, NJ  10005<br>Tel. 212-765-9100<br>Fax 212-765-0964<br>E-Mail: ahalperin@halperinlaw.com |
| 2. SBK Sales Inc.<br>   Attn:  Philip Sofer<br>   16 Israel Zupnick Dr., Unit 113<br>   Monroe, NY  10950<br>   Tel. 845-782-4410<br>   Fax 845-782-4821<br>   E-Mail:  sbksales@frontier.com | |
| 3. Strategic Products Group, Inc.<br>   Attn:  Tim Van Alstine<br>   450 Van Pelt Lane<br>   Pensacola, FL  32505<br>   Tel. 850-982-1121<br>   E-Mail:  vankhem@aol.com | |
| 4. S.P. Distributors<br>   Attn:  Herman Greenfeld<br>   168 10th Street<br>   Brooklyn, NY 11215<br>   Tel. 718-907-5155<br>   Fax 718-854-3040<br>   E-Mail:  spmedical@gmail.com | |
| 5. Zeetogroup, LLC<br>   Attn:  Stephan Goss<br>   925 B Street, 5th Floor<br>   San Diego, CA  92101<br>   Tel. 419-349-5305<br>   E-Mail:  stephan@zeeto.io | Venable LLP<br>Jennifer Nassiri, Esq.<br>2049 Century Park East, Suite 2300<br>Los Angeles, CA  90067<br>Tel. 310-229-0326<br>Fax 310-229-9901<br>E-Mail:  jlnassiri@venable.com |

Date: May 3, 2017                                    Respectfully Submitted,

                                                            JUDY A. ROBBINS
                                                            UNITED STATES TRUSTEE

                                                            By:    /s/ Hector Duran
                                                                        Hector Duran
                                                                        Texas Bar No. 00783996/Fed. ID No. 15243
                                                                        515 Rusk, Suite 3516
                                                                        Houston, Texas 77002
                                                                        Telephone: (713) 718-4650 x 241
                                                                        Fax: (713) 718-4670
                                                                        E-Mail: hector.duran.jr@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing was served on each member of the Committee of Unsecured Creditors and their counsel, and to the Debtors, Debtors' counsel, parties requesting notice, and the twenty largest unsecured creditors by United States Mail, first class, postage prepaid, or by ECF notification or BNC service, on the 3rd day of May, 2017.

                                                /s/ Hector Duran
                                                Hector Duran