# United States Bankruptcy Court
## Southern District of Texas

In re  **Uplift Rx, LLC**                                      Case No.  **17-32186**
                        Debtor(s)                              Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Sheeba Thomas, Pharmacist<br>c/o Uplift Rx, LLC<br>15462 FM 529<br>Houston, TX 77095 | | | 10% ownership interest |
| Uplift Rx Holdings, LLC<br>10855 S. Riverfront Parkway<br>South Jordan, UT 84095 | | | 90% ownership interest |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, Scott E. Klossner the CFO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  5.3.2016                              Signature  *[signed]*

Penalty for making a false statement of concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.