| Fill in this information to identify the case: |
| --- |

Debtor name   **Uplift Rx, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF TEXAS

Case number (if known)   **17-32186**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*.....................................................................................    $           **0.00**

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*..................................................................................    $      **402,885.85**

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*....................................................................................    $      **402,885.85**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................................    $    **29,076,663.00**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................................    $           **0.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................    +$     **64,870.01**

4.   **Total liabilities** .........................................................................................
   Lines 2 + 3a + 3b    $    **29,141,533.01**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Uplift Rx, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF TEXAS

Case number (if known) **17-32186**

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:       Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.       **Cash on hand** | $151.67 |

3.       **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Zions Bank** | **Checking** | **2885** | $0.00 |
| 3.2. | **Zions Bank** **(in the name of the former entity Twin Lakes Pharmacy, LLC)** | **Checking** | **6225** | $63,439.52 |
| 3.3. | **Wells Fargo Bank** **(in the name of the former entity Twin Lakes Pharmacy, LLC)** | **Checking** | **6309** | $8,285.87 |

4.       **Other cash equivalents** *(Identify all)*

5.       **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.        $71,877.06

**Part 2:       Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.       **Deposits, including security deposits and utility deposits**

Debtor   **Uplift Rx, LLC**                          Case number *(if known)*  **17-32186**
         <sub>Name</sub>

Description, including name of holder of deposit

| 7.1. | **MGP Enterprises - seurity deposit** | **$5,127.47** |
|---|---|---|

| 7.2. | **Global Realty & Management - security deposit** | **$2,787.00** |
|---|---|---|

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
    Description, including name of holder of prepayment

| 8.1. | **Prepaid shipping with Endicia** | **$1,005.47** |
|---|---|---|

9.  **Total of Part 2.**                                                       | **$8,919.94** |
    Add lines 7 through 8. Copy the total to line 81.

**Part 3:**  **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

11a. 90 days old or less:    **163,271.00** -    **0.00** = ....    **$163,271.00**
       face amount        doubtful or uncollectible accounts

11b. Over 90 days old:    **174,775.00** -    **90,919.00** =....    **$83,856.00**
       face amount        doubtful or uncollectible accounts

12. **Total of Part 3.**                                                       | **$247,127.00** |
    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**  **Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**  **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |

| Debtor | **Uplift Rx, LLC** | Case number *(If known)* **17-32186** |
|---|---|---|
| | Name | |

| 21. | **Finished goods, including goods held for resale**<br>Inventory | $36,008.18 | | $36,008.18 |
|---|---|---|---|---|

22. **Other inventory or supplies**

23. **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

|  | $36,008.18 |
|---|---|

24. **Is any of the property listed in Part 5 perishable?**
- ☑ No
- ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
- ☐ No
- ☑ Yes. Book value    4525    Valuation method ____    Current Value    4525

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

- ☑ No.  Go to Part 7.
- ☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

- ☐ No.  Go to Part 8.
- ☑ Yes Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 39. | **Office furniture**<br>Office furniture | $8,169.28 | | $8,169.28 |

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**

Add lines 39 through 42.  Copy the total to line 86.

|  | $8,169.28 |
|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
- ☐ No
- ☑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor **Uplift Rx, LLC**                                     Case number *(If known)* **17-32186**
_____
Name

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.   Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48.   Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| **49.   Aircraft and accessories** | | | |
| **50.   Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>Miscellaneous equipment | $1,268.63 | | $1,268.63 |

**51.   Total of Part 8.**                                                    | $1,268.63 |
Add lines 47 through 50.  Copy the total to line 87.

**52.   Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
■ Yes

**53.   Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

|  | Current value of<br>debtor's interest |
|---|---|

**71.   Notes receivable**

| Debtor | **Uplift Rx, LLC** | Case number *(If known)* | **17-32186** |
|---|---|---|---|
| | Name | | |

Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
**Zions Bank**
**(in the name of the former entity Twin Lakes Pharmacy, LLC)**
**($29,515.76 siezed by US Attorney on 2/24/2017)**      **$29,515.76**

78. **Total of Part 11.**      **$29,515.76**
Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor    **Uplift Rx, LLC**
_____
Name

Case number *(If known)*  **17-32186**

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$71,877.06** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$8,919.94** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$247,127.00** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$36,008.18** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$8,169.28** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$1,268.63** | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................> | | **$0.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$29,515.76** | |
| 91. **Total.** Add lines 80 through 90 for each column | **$402,885.85** + 91b. | **$0.00** |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | **$402,885.85** |

**Fill in this information to identify the case:**

Debtor name    **Uplift Rx, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF TEXAS

Case number (if known)    **17-32186**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  |  | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1   Zions First National Bank**<br>Creditor's Name<br><br>**Corporate Banking Group<br>One South Main Street<br>Suite 200<br>Salt Lake City, UT 84133**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**1) term loan $19,719,689<br>2) revolving line of credit $9,356,974** | **$29,076,663.00** | **$27,303,400.00** |

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
**6/24/2014**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☑ Contingent
☐ Unliquidated
☑ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          $29,076,663.00

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Brett Tolman<br>Ray, Quinney & Nebeker<br>36 South State Street<br>Suite 1400<br>Salt Lake City, UT 84111** | Line  **2.1** |  |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor  **Uplift Rx, LLC**
_____
Name

**Donald L. Rands**
**Zions First National Bank**
**One South Main Street**
**Suite 200**
**Salt Lake City, UT 84133**

Case number (if know)    **17-32186**
_____

Line   **2.1**

| Fill in this information to identify the case: |
| --- |

Debtor name    **Uplift Rx, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF TEXAS

Case number (if known)    **17-32186**

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                        12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
| --- | --- | --- | --- | --- |

**Harris County Tax Assessor
5300 Griggs Road
Houston, TX 77021**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**for notice purposes**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
| --- | --- | --- | --- | --- |

**Internal Revenue Service
Centralized Insolvency Ops
PO Box 7346
Philadelphia, PA 19101**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**for notice purposes**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

| Debtor | **Uplift Rx, LLC** | Case number (if known) | **17-32186** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Texas Dept. of Revenue**
**Texas State Comptroller**
**P.O. Box 13528**
**Austin, TX 78711-3528**

| Date or dates debt was incurred | Basis for the claim:<br>**for notice purposes** |
|---|---|

| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
|---|---|

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Utah State Tax Commission**
**210 North 1950 West**
**Salt Lake City, UT 84134**

| Date or dates debt was incurred | Basis for the claim:<br>**for notice purposes** |
|---|---|

| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
|---|---|

---

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$118.09** |
|---|---|---|---|

**ADT Security Services Inc.**
**Po Box 371956**
**Pittsburgh, PA 15250-7956**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2016-2017**

Basis for the claim: **Other-Utility**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$742.27** |
|---|---|---|---|

**Anda, Inc**
**2915 Weston Rd**
**Weston, FL 33331**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2016-2017**

Basis for the claim: **Product**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,527.00** |
|---|---|---|---|

**Auburn Pharmaceutical Co**
**PO Box 72216**
**Cleveland, OH 44192-2216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2017**

Basis for the claim: **Product**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Uplift Rx, LLC** | | Case number *(if known)* | **17-32186** |
|---|---|---|---|---|
| | Name | | | |

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,122.00** |
|---|---|---|---|
| | **Blupax Pharmaceuticals, LLC**<br>**160 Raritan Center Parkway**<br>**Unit 1**<br>**Edison, Nj 08837** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2017** | **Basis for the claim:**  **Product** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Comcast Business**<br>**PO Box 7660618**<br>**Dallas, TX 75266** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:**  **for notice purposes** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,829.00** |
|---|---|---|---|
| | **Eqyinvest Owner II, Ltd, LLP**<br>**Copperfield Crossing- JP Morgan Chase Ba**<br>**PO Box 730373**<br>**Dallas, Tx 75373-0373** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2017** | **Basis for the claim:**  **Other-G&A** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$23,445.47** |
|---|---|---|---|
| | **First Digital Telecom**<br>**PO Box 1499**<br>**Salt Lake City, UT 84110-1499** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2016** | **Basis for the claim:**  **IT** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$848.28** |
|---|---|---|---|
| | **Foundation Systems, Inc**<br>**890 East 700 North**<br>**American Fork, UT 84003** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2016-2017** | **Basis for the claim:**  **IT** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,555.30** |
|---|---|---|---|
| | **IC Group**<br>**4080 South 500 West**<br>**Salt Lake City, UT 84123** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2017** | **Basis for the claim:**  **Other-Services** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Johnson & Johnson/LifeScan**<br>**Patterson Belknap Webb & Tyler LLP**<br>**1133 Avenue of the Americas**<br>**New York, NY 10036-6731** | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:**  **potential claim** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| Debtor | **Uplift Rx, LLC** | | Case number (if known) | **17-32186** |
|---|---|---|---|---|
| | Name | | | |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$14,995.00** |
|---|---|---|---|

**Kross Pharmaceuticals**
5406 W 1100 N
#103403
Highland, UT 84003

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2016-2017

**Basis for the claim:**  Product

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,890.00** |
|---|---|---|---|

**Pharmaco Technology**
13727 Noel Road Tower II, Suite 200
Dallas, Tx 75240

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2017

**Basis for the claim:**  Product

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,590.83** |
|---|---|---|---|

**PharmaLink, Inc.**
11211 69th Street North
Largo, FL 33773

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2017

**Basis for the claim:**  Other

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$75.00** |
|---|---|---|---|

**Rasi**
Registered Agent Solutions Inc
1701 Directors Blvd
Suite 300
Austin, TX 78744

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2017

**Basis for the claim:**  Legal

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,533.96** |
|---|---|---|---|

**River City Pharma**
PO Box 713774
Cincinnati, OH 45271-3774

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2017

**Basis for the claim:**  Product

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Roche**
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  potential claim

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,715.57** |
|---|---|---|---|

**RPH on the Go USA, Inc.**
Dept. CH 14430
Palatine, IL 60055-4430

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2017

**Basis for the claim:**  Other-Services

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Uplift Rx, LLC** | Case number (if known) | **17-32186** |
|---|---|---|---|

Name

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,650.00 |
|---|---|---|---|

**Safeway Distributors, Inc.**
**15851 SW 31st St.**
**Suite 600**
**Davie, FL 33331**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2017__

**Basis for the claim:** __Product__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $162.98 |
|---|---|---|---|

**Staples Advantage**
**PO Box 83689**
**Chigcago, IL 60696-3689**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2017__

**Basis for the claim:** __Other-G&A__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**US Attorney**
**111 South Main Street**
**Salt Lake City, UT 84111**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __2/22/2017__

**Basis for the claim:** __product sales investigation__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $69.26 |
|---|---|---|---|

**XOOM Energy Texas**
**PO Box 650411**
**Dallas, Tx 75265-0411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2017__

**Basis for the claim:** __Other-Utility__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 64,870.01 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 64,870.01 |

**Fill in this information to identify the case:**

Debtor name    **Uplift Rx, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF TEXAS

Case number (if known)    **17-32186**

☐ Check if this is an amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | security services | |
|---|---|---|---|
| | State the term remaining | evergreen | ADT Security Services, Inc.<br>PO Box 371878<br>Pittsburgh, PA 15250 |
| | List the contract number of any government contract | | |

| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Pharmacy Benefit Management | |
|---|---|---|---|
| | State the term remaining | | CVS Caremark<br>Provider Enrollment MC 129<br>9501 E. Shea Blvd.<br>Scottsdale, AZ 85260 |
| | List the contract number of any government contract | | |

| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | Pharmacy Benefit Management | |
|---|---|---|---|
| | State the term remaining | | EnvisionRx Options<br>2181 East Aurora Road<br>Suite 201<br>Twinsburg, OH 44087 |
| | List the contract number of any government contract | | |

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | property lease | |
|---|---|---|---|
| | State the term remaining | thru 5/31/2017 | EQY Invest Owner II Ltd., LLP<br>Copperfield Crossing - JP Morgan Chase<br>PO Box 730373<br>Dallas, TX 75373 |
| | List the contract number of any government contract | | |

| Debtor 1 | **Uplift Rx, LLC** | | Case number *(if known)* | **17-32186** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

  **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Pharmacy Benefit Management** | |
|---|---|---|---|
| | State the term remaining | | **Express Scripts** |
| | List the contract number of any government contract | | **Network Contracting Management** |
| | | | **One Express Way** |
| | | | **Saint Louis, MO 63121** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **IT services** | |
|---|---|---|---|
| | State the term remaining | **thru 11/5/2017** | **FirstDigital Telecom** |
| | List the contract number of any government contract | | **90 South 400 West** |
| | | | **Suite M-100** |
| | | | **Salt Lake City, UT 84101** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **IT services** | |
|---|---|---|---|
| | State the term remaining | **thru 5/30/2018** | **FirstDigital Telecom** |
| | List the contract number of any government contract | | **90 South 400 West** |
| | | | **Suite M-100** |
| | | | **Salt Lake City, UT 84101** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Pharmacy Benefit Management** | |
|---|---|---|---|
| | State the term remaining | | **Gateway Pharmacy Networks** |
| | List the contract number of any government contract | | **PO Box 307** |
| | | | **Bellbrook, OH 45305** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Pharmacy Benefit Management** | |
|---|---|---|---|
| | State the term remaining | | **MeridianRx** |
| | List the contract number of any government contract | | **1 Campus Martius** |
| | | | **Suite 750** |
| | | | **Detroit, MI 48226** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Pharmacy Benefit Management** | |
|---|---|---|---|
| | State the term remaining | | **Navitus** |
| | List the contract number of any | | **2601 West Beltline Highway** |
| | | | **Suite 600** |
| | | | **Madison, WI 53713** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor 1 | **Uplift Rx, LLC** | | Case number *(if known)* | **17-32186** |
|---|---|---|---|---|
| | First Name | Middle Name    Last Name | | |



**Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

|  | government contract | |
|---|---|---|

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Pharmacy Benefit Management** | |
|---|---|---|---|
| | State the term remaining | | **NetCard Systems/Welldyne** |
| | List the contract number of any government contract | | **7472 S. Tucson Way<br>Suite 100<br>Centennial, CO 80112** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Pharmacy Benefit Management** | |
|---|---|---|---|
| | State the term remaining | | **OptumRx** |
| | List the contract number of any government contract | | **11000 Optum Circle<br>Eden Prairie, MN 55344-2503** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Pharmacy Benefit Management** | |
|---|---|---|---|
| | State the term remaining | | **Pharmacy Data Management, Inc.** |
| | List the contract number of any government contract | | **1170 E. Western Reserve Road<br>Poland, OH 44514** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Pharmacy Benefit Management** | |
|---|---|---|---|
| | State the term remaining | | **ProCare Rx** |
| | List the contract number of any government contract | | **1267 Professional Parkway<br>Gainesville, GA 30507** |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Pharmacy Benefit Management** | |
|---|---|---|---|
| | State the term remaining | | **Script Care LTD/Tredium Solutions** |
| | List the contract number of any government contract | | **6380 Folsom Drive<br>Beaumont, TX 77706** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Pharmacy Benefit Management** | **Southern Scripts<br>407 Bienville Street<br>Natchitoches, LA 71457** |
|---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1  **Uplift Rx, LLC**
First Name        Middle Name        Last Name

Case number *(if known)*   **17-32186**

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract _____ | |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Pharmacy Benefit Management** | |
|---|---|---|---|
| | State the term remaining | | **US Script**<br>**5 River Park Place E.**<br>**#210**<br>**Fresno, CA 93720** |
| | List the contract number of any government contract _____ | | |

**Fill in this information to identify the case:**

Debtor name __**Uplift Rx, LLC**__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF TEXAS__

Case number (if known) __**17-32186**__

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1  **See Attachment** | | **Zions First National Bank** | ■ D  __2.1__<br>☐ E/F  _____<br>☐ G  _____ |
| 2.2  **Marcus Pinnock** | **5338 Cottonwood Lane**<br>**Holladay, UT 84117** | **EQY Invest Owner II Ltd., LLP** | ☐ D  _____<br>☐ E/F  _____<br>■ G  __2.1__ |

Attachment to Schedule H

Schedule of Loan Parties

| | |
|---|---|
| ALLIANCE MEDICAL HOLDINGS, LLC | a Delaware limited liability company |
| ALLIANCE HEALTH NETWORKS, L.L.C. | a Delaware limited liability company |
| ALLIANCE MEDICAL ADMINISTRATION, INC. | a Utah corporation |
| ALTA DISTRIBUTORS, LLC | a Delaware limited liability company |
| AHN HOLDING COMPANY LLC | a Delaware limited liability company |
| CANYON MEDICAL, LLC | a Delaware limited liability company |
| CENTRAL MEDICAL, LLC | a Delaware limited liability company |
| CHRONIC CARE HEALTH FOUNDATION, LLC | a Delaware limited liability company |
| CLOUD MANAGEMENT, LLC | a Delaware limited liability company |
| COTTONWOOD PHARMACY, LLC | a Utah limited liability company |
| CSL CAPITAL HOLDINGS, LLC | a Delaware limited liability company |
| EAT GREAT CAFÉ, LLC | a Utah limited liability company |
| INGRAM DIABETIC, LLC | a Utah limited liability company |
| INGRAM MEDICAL ADMINISTRATION, INC. | a Utah corporation |
| JTK MEDICAL, LLC | a Delaware limited liability company |
| NEW LIFE PHARMACY, LLC | a Utah limited liability company |
| OLLIN PHARMACEUTICAL, LLC f/k/a SP DIABETIC, LLC | a Utah limited liability company |
| PEACH MEDICAL HOLDINGS, LLC | a Delaware limited liability company |
| SKYLINE HEALTH SERVICES, LLC | a Delaware limited liability company |
| STEEL MEDICAL, LLC | a Delaware limited liability company |
| STONYBROOK PHARMACY, LLC | a Nebraska limited liability company |
| WARNER DIABETIC, LLC | a Utah limited liability company |
| WHITE CAPITAL MANAGEMENT, LLC | a Delaware limited liability company |
| ALAMEDA RX HOLDINGS, LLC | a Delaware limited liability company |
| BELLE PHARMACY, LLC | a Texas limited liability company |
| BENSON PHARMACY, INC. | a California corporation |
| BERKSHIRE PHARMACY, LLC | a Pennsylvania limited liability company |
| BEST RX, LLC | an Ohio limited liability company |
| BEST RX HOLDINGS, LLC | a Delaware limited liability company |
| BETTER CARE RX HOLDINGS, LLC | a Delaware limited liability company |
| BRIDGESTONE PHARMACY, LLC | a Delaware limited liability company |
| BRIDGESTONE PHARMACY HOLDINGS, LLC | a Tennessee limited liability company |
| BROOKHILL PHARMACY, LLC | a North Carolina limited liability company |
| BROOKSIDERX, LLC | a Nebraska limited liability company |
| BROOKSIDERX HOLDINGS, LLC | a Delaware limited liability company |
| BUBBA'S RX HOLDINGS, LLC | a Delaware limited liability company |
| BURBANK PHARMACY, LLC | a Louisiana limited liability company |
| CANYONS PHARMACY, LLC | a Pennsylvania limited liability company |

1

| | |
|---|---|
| CHARLESTON RX. LLC | a South Carolina limited liability company |
| CHARLESTON RX HOLDINGS, LLC | a Delaware limited liability company |
| CHESHIRE PHARMACY, LLC | a Georgia limited liability company |
| CHESHIRE RX HOLDINGS, LLC | a Delaware limited liability company |
| CONOLY PHARMACY, LLC | a Texas limited liability company |
| CONOLY PHARMACY HOLDINGS, LLC | a Delaware limited liability company |
| CRESTWELL PHARMACY HOLDINGS, LLC | a Delaware limited liability company |
| DELANEY PHARMACY, LLC | a Kentucky limited liability company |
| EL DORADO RX HOLDINGS, LLC | a Delaware limited liability company |
| GALENA PHARMACY, LLC | a Pennsylvania limited liability company |
| GALENA PHARMACY HOLDINGS, LLC | a Delaware limited liability company |
| GARNETT PHARMACY, LLC | a New York limited liability company |
| GENEVA PHARMACY, LLC | a Nebraska limited liability company |
| GENEVA RX HOLDINGS, LLC | a Delaware limited liability company |
| GENSHAI HOLDINGS, LLC | a Delaware limited liability company |
| GLENDALE SQUARE RX, INC. | a California corporation |
| GOODMAN PHARMACY, LLC | a Mississippi limited liability company |
| GOOD WAVE, LLC | a Delaware limited liability company |
| HAWKINS PHARMACY HOLDINGS, LLC | a Delaware limited liability company |
| HAWTHORNE PHARMACY, LLC | an Ohio limited liability company |
| HAWTHORNE RX HOLDINGS, LLC | a Delaware limited liability company |
| HAZELWOOD PHARMACY, LLC | a Missouri limited liability company |
| HEALTH RX HOLDINGS, LLC | a Delaware limited liability company |
| HEALTH SAVER RX, LLC | a North Carolina limited liability company |
| HEALTH SAVER HOLDINGS, LLC | a Delaware limited liability company |
| IMPROVE RX, LLC | a Michigan limited liability company |
| IMPROVE RX HOLDINGS, LLC | a Delaware limited liability company |
| IMPROVE RX HOLDINGS, LLC | a Delaware limited liability company |
| INNOVATIVE RX, LLC | a Utah limited liability company |
| INNOVATIVE RX HOLDINGS, LLC | a Delaware limited liability company |
| INSIGHT RX HOLDINGS, LLC | a Delaware limited liability company |
| KENDALL PHARMACY, INC. | a California corporation |
| LIVING AGAIN HOLDING CO., LLC | a Delaware limited liability company |
| LOCKEFORD RX, INC. | a California corporation |
| LOCKEFORD RX HOLDINGS, LLC | a Delaware limited liability company |
| LONE PEAK RX, LLC | a Utah limited liability company |
| MED MART HOLDINGS, LLC | a Delaware limited liability company |
| MEDINA PHARMACY, LLC | a Texas limited liability company |
| NAMASTE CAPITAL HOLDINGS, LLC | a Delaware limited liability company |
| NEW JERSEY RX, LLC | a New Jersey limited liability company |
| NEW JERSEY RX HOLDINGS, LLC | a Delaware limited liability company |
| NEWTON RX, LLC | a New Jersey limited liability company |
| NEWTON RX HOLDINGS, LLC | a Delaware limited liability company |
| OAK CREEK RX, LLC | a Nebraska limited liability company |
| OAK CREEK PHARMACY HOLDINGS, LLC | a Delaware limited liability company |
| OHANA RX, LLC | a New York limited liability company |

| OHANA PHARMACY HOLDINGS, LLC | a Delaware limited liability company |
|---|---|
| ON TRACK RX, LLC | a Florida limited liability company |
| ON TRACK RX HOLDINGS, LLC | a Delaware limited liability company |
| OSCEOLA RX HOLDINGS, LLC | a Delaware limited liability company |
| OSCEOLA CLINIC PHARMACY, LLC | a Florida limited liability company |
| PHARMACARE HOLDINGS, LLC | a Delaware limited liability company |
| PHILADELPHIA PHARMACY HOLDINGS, LLC | a Delaware limited liability company |
| PINEVIEW RX HOLDINGS, LLC | a Delaware limited liability company |
| PINNACLE PHARMACY SOLUTIONS, LLC | an Arizona limited liability company |
| PRO RX HOLDINGS, LLC | a Delaware limited liability company |
| RAVEN PHARMACY, LLC | a Maryland limited liability company |
| RAVEN PHARMACY HOLDINGS, LLC | a Delaware limited liability company |
| RICHARDSON PHARMACY, LLC | a Texas limited liability company |
| RIVERBEND PRESCRIPTION SERVICES, LLC | a Utah limited liability company |
| RIVERFRONT RX, LLC | an Iowa limited liability company |
| RX PRO HOLDING CO, LLC | a Delaware limited liability company |
| RX SOLUTIONS HOLDINGS, LLC | a Delaware limited liability company |
| SMART RX HOLDINGS, LLC | a Delaware limited liability company |
| UINTA RX, LLC | an Illinois limited liability company |
| UINTA RX HOLDINGS, LLC | a Delaware limited liability company |
| UPLIFT RX, LLC | a Texas limited liability company |
| UPLIFT RX HOLDINGS, LLC | a Delaware limited liability company |
| VITALITY HOLDINGS, LLC | a Delaware limited liability company |
| WAVERLY PHARMACY, LLC | a Virginia limited liability company |
| WOODWARD DRUGS, LLC | a Michigan limited liability company |
| WOODWARD RX HOLDINGS, LLC | a Delaware limited liability company |