IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 17-32186 |
| | ) | |
| UPLIFT RX, LLC,[1] | ) | CHAPTER 11 |
| | ) | |
| Debtor. | ) | Jointly Administered |
| | ) | |

**AMENDED NOTICE OF HEARING**

Please take notice that a hearing on the Amended Motion to Compel Rejection of Certain Executory Contracts Between Express Scripts, Inc. and Debtors [Dkt. 953] which was originally scheduled for January 23, 2019 at 10:00 a.m. has been reset for **January 25, 2019 at 10:30 a.m.** before the Honorable Marvin Isgur, U.S. Courthouse, 515 Rusk, Courtroom 404, Houston, TX 77002.

Respectfully submitted,

HUSCH BLACKWELL, LLP

By:   */s/ Buffey Klein*
       Buffey E. Klein
       Texas State Bar No. 24032515
       Buffey.Klein@huschblackwell.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Uplift Rx, LLC (9306); Belle Pharmacy, LLC (0143); Alliance Medical Holdings, LLC (5945); Geneva Pharmacy, LLC (1929); Ohana Rx, LLC (1722); Benson Pharmacy, Inc. (6606); Kendall Pharmacy, Inc. (0825); Richardson Pharmacy, LLC (9566); Innovative Rx, LLC (9986); Charleston Rx, LLC (5852); On Track Rx, LLC (9021); Uinta Rx, LLC (7157); Goodman Pharmacy, LLC (9373); BrooksideRx, LLC (5927); Osceola Clinic Pharmacy, LLC (4886); Oak Creek Rx, LLC (9722); Waverly Pharmacy, LLC (7342); Newton Rx, LLC (9510); Lone Peak Rx, LLC (5973); Improve Rx, LLC (9120); New Jersey Rx, LLC (0035); Berkshire Pharmacy, LLC (9197); Health Saver Rx, LLC (7810); Best Rx, LLC (0346); Delaney Pharmacy, LLC (7497); New Life Pharmacy, LLC (8292); Skyline Health Services, LLC (6876); Stonybrook Pharmacy, LLC (7700); Woodward Drugs, LLC (2385); Bridgestone Pharmacy, LLC (5294); Brookhill Pharmacy, LLC (5296); Burbank Pharmacy, LLC (5227); Canyons Pharmacy, LLC (1744); Cheshire Pharmacy, LLC (6370); Conoly Pharmacy, LLC (0367); Cottonwood Pharmacy, LLC (5131); Galena Pharmacy, LLC (0672); Garnett Pharmacy, LLC (6505); Hawthorne Pharmacy, LLC (5345); Hazelwood Pharmacy, LLC (1088); Medina Pharmacy, LLC (8987); Raven Pharmacy, LLC (5671); Glendale Square Rx, Inc. (1022); Lockeford Rx, Inc. (1853); Pinnacle Pharmacy Solutions, LLC (9760); Riverfront Rx, LLC (7152); Riverbend Prescription Services, LLC (1862); Raven Pharmacy Holdings, LLC (2464); Bridgestone Pharmacy Holdings, LLC (2840); Crestwell Pharmacy Holdings, LLC (1503); Galena Pharmacy Holdings, LLC (8609); Geneva Rx Holdings, LLC (8247); Hawthorne Rx Holdings, LLC (9531); Woodward Rx Holdings, LLC (2173); Philadelphia Pharmacy Holdings, LLC (8526); Health Rx Holdings, LLC (0909); Canyon Medical, LLC (4915); Alliance Medical Administration, Inc. (2899); Ollin Pharmaceutical, LLC (9815); Alta Distributors, LLC (7407); Eat Great Café, LLC (2314); Alliance Health Networks, LLC (1815) . The Debtors' mailing address is Uplift Rx, LLC, 15462 FM 529, Houston, TX 77095.

1900 N. Pearl, Suite 1800
Dallas, Texas  75201
(214) 999-6100
(214) 999-6170 Facsimile
ATTORNEY FOR CREDITOR
EXPRESS SCRIPTS, INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 7, 2019, a true and correct copy of the foregoing Amended Notice of Hearing was served on all counsel of record via ECF.

*/s/ Buffey E. Klein*
Buffey E. Klein

DocID: 4851-3274-5349.1