# UNITED STATES BANKRUPTCY COURT

CASE NAME: UPLIFT RX, LLC, et al.
CASE NUMBER: 17-32186, Jointly Administered
PROPOSED PLAN DATE: To Be Determined

PETITION DATE: April 7, 2017
DISTRICT OF TEXAS: Southern
DIVISION: Houston

## MONTHLY OPERATING REPORT SUMMARY FOR FEBRUARY 2019 [1]

| MONTH | Estate October 2018 | Estate November 2018 | Estate December 2018 | Estate January 2019 | Estate February 2019 |
|---|---|---|---|---|---|
| REVENUES (MOR-6) | $ - | $ - | $ - | $ - | $ - |
| INCOME BEFORE INT., DEPREC., TAX (MOR-6) | (24,519) | (750) | 5,000 | (23,428) | - |
| NET INCOME (LOSS) (MOR-6) | (24,384) | (620) | 5,134 | (23,294) | 121 |
| PAYMENTS TO INSIDERS (MOR-9) | - | 750 | - | - | - |
| PAYMENTS TO PROFESSIONALS (MOR-9) | 2,744 | 750 | - | 2,953 | - |
| TOTAL DISBURSEMENTS (MOR-7) | 24,519 | 750 | - | 23,428 | - |

***The original of this document must be filed with the United States Bankruptcy Court and a copy must be sent to the United States Trustee***

| REQUIRED INSURANCE MAINTAINED AS OF SIGNATURE DATE | EXP. DATE |
|---|---|
| COMMERCIAL GENERAL & PROFESSIONAL LIABILITY [5] | N/A |
| UMBRELLA / EXCESS LIABILITY [5] | N/A |
| AUTOMOBILE LIABILITY [5] | N/A |
| COMMERCIAL PROPERTY LIABILITY [5] | N/A |
| MANAGEMENT, DIRECTORS & OFFICERS LIABILITY [5] | N/A |
| CRIME AND FIDELITY [5] | N/A |
| CYBERCRIME LIABILITY / E & O [5] | N/A |
| WORKER'S COMPENSATION (3004588) | 7/1/2019 |
| WORKER'S COMPENSATION (3350863) | 7/1/2019 |
| CARGO / TRANSIT [5] | N/A |

Are all accounts receivable being collected within terms [2] ? — N/A
Are all post-petition liabilities, including taxes, being paid within terms? [3] — Yes
Have any pre-petition liabilities been paid? [4] — Yes
If so, describe   See Footnote 4
Are all funds received being deposited into DIP bank accounts ? — Yes
Were any assets disposed of outside the normal course of business ? — No

What is the status of your Plan of Reorganization?   Plan filed on January 11, 2019 [ECF No. 963]

I certify under penalty of perjury that the following complete Monthly Operating Report (MOR), consisting of MOR-1 through MOR-9 plus attachments, is true and correct.

SIGNED X _Ronald T. Glass_
RONALD L. GLASS
(PRINT NAME OF SIGNATORY)

TITLE: Chapter 11 Trustee
3.27.2019
DATE

ATTORNEY NAME: Elizabeth A. Green
FIRM NAME: Baker & Hostetler LLP
ADDRESS: 200 S. Orange Ave.
SunTrust Center, Suite 2300
CITY, STATE, ZIP: Orlando, FL 32801
TELEPHONE/FAX: Tel (407) 649-4000 / Fax (407) 841-0168

Notes:
(1) The accompanying Monthly Operating Report Notes are an integral part of this schedule.
(2) Pursuant to the Asset Purchase Agreement dated October 31, 2017 by and between the Debtors and UpWell Holding, Inc., ("UpWell") all accounts receivable were purchased by UpWell on November 17, 2017.
(3) Post-petition liabilities have been, or will be, assumed by UpWell with the exception of approximately $2.675 million in accrued legal and professional fees and $358,380 in accounts payable valued as of the sale date. Post-petition liabilities of the Entities No Longer an Estate Economic Risk are legal obligations of the buyer per the Asset Purchase Agreement.
(4) The Jointly Administered Debtors have been authorized by the Court to pay certain prepetition liabilities in previous reporting periods as provided for in the Interim Order to Pay Prepetition Wages [ECF No. 15] Additionally, other pre-petition liabilities were inadvertently paid in prior reporting periods. The total is less than $40,000 since the Petition Date.
(5) Policies expired on January 15, 2019. All pharmacies were transitioned to Upwell by August 31, 2018.

MOR-1

**CASE NAME:**    UPLIFT RX, LLC, et al.
**CASE NUMBER:**    17-32186, Jointly Administered

## Notes to the Monthly Operating Report - February 2019

### General:

On April 7, 2017 (the "Petition Date"), Uplift Rx, LLC ("Uplift") filed a voluntary petition with the United States Bankruptcy Court under Chapter 11 of the Bankruptcy Code [Case No. 17-32186], along with sixty-two (62) affiliated entities (Affiliated Entities") presented in Exhibit A.  The bankruptcy filings of Uplift and the Affiliated Entities are jointly administered under Case No. 17-32186 (the "Jointly Administered Debtors").  The Jointly Administered Debtors are authorized to file monthly operating reports on a consolidated basis and have presented disbursements by Debtor entity in Exhibit A attached.  On October 5, 2017 the Jointly Administered Debtors filed with the court the Debtors' Expedited Amended Motion for Entry of an Order:  (A) Approving Amended Bidding Procedures; (B) Authorizing Amended Procedures for the Assignment and Assumption of Certain Executory Contracts; and (C) Granting Related Relief in connection with the sale of substantially all of the Jointly Administered Debtor's Assets.  [ECF No. 597]  On November 7, 2017, the Court entered its Order Authorizing Sale Free and Clear of Liens, Claims, and Encumbrances in connection with ECF No. 597.  [ECF No. 663]  Subsequently, on November 17, 2017 the sale transaction closed pursuant to the asset purchase agreement dated October 31, 2017 by and between the Debtors and UpWell .  As a result of the closing of the sale, the Jointly Administered Debtors' (A) sold some but not all assets as of November 17, 2017, (B) will convey the remainder of the assets through a number of rolling closings which will occur over the next several months pursuant to the APA, however (C) no longer retain an economic interest in the assets.  Therefore, the disbursements made after November 17, 2017 are only from the proceeds of the asset sale, and not the ongoing business operations which are the responsibility of the buyer.  Similarly, since the risk of loss is no longer with the Debtors' estates, the insurance is now paid for by the buyer and the buyer is the beneficiary.

Debtor-in-Possession Financial Statements – The accompanying schedules MOR-1 through MOR-9, including Exhibit A, herein are unaudited, preliminary, and may not comply with generally accepted accounting principles in the United States of America ("U.S. GAAP") in all material respects.  In addition, the financial statements and the supplemental information contained herein represent the financial information on a consolidated basis of the Jointly Administered Debtors presented in Exhibit A.  The debtor entities that are no longer an economic risk to the estate are presented separately from the assets liabilities and disbursements of the estate.

The Monthly Operating Report is limited in scope, covers a limited time period, and has been prepared solely for the purpose of complying with the monthly reporting requirements of the Bankruptcy Court and the United States Trustee. The unaudited financial statements have been derived from the books and records of the Debtors. The information presented herein has not been subjected to all procedures that would typically be applied to financial information presented in accordance with U.S. GAAP. Upon the application of such procedures, the financial information could be subject to changes, and these changes could be material. The information furnished in this Monthly Operating Report includes normal recurring adjustments, but does not include all of the adjustments that would typically be made for interim financial statements in accordance with U.S. GAAP.

Reservation of Rights: Given the complexity of the Debtors' business, inadvertent errors, omissions or over inclusions may have occurred. Accordingly, the Debtors hereby reserve all of their rights to dispute the validity, status, enforceability, or executory nature of any claim amount, representation or other statement in this Monthly Operating Report and reserve the right to amend or supplement this Monthly Operating Report, if necessary, but shall be under no obligation to do so.

Notes

CASE NAME: UPLIFT RX, LLC, et al.
CASE NUMBER: 17-32186, Jointly Administered

## COMPARATIVE BALANCE SHEETS[1]

| ASSETS | Estate October 31, 2018 | Estate November 30, 2018 | Estate December 31, 2018 | Estate January 31, 2019 | Estate February 28, 2019 |
|---|---|---|---|---|---|
| **CURRENT ASSETS** | | | | | |
| Cash | $ 3,192,171 | $ 3,191,551 | $ 3,196,685 | $ 3,173,391 | $ 3,173,512 |
| Accounts Receivable, Net | - | - | - | - | - |
| Other Receivable | - | - | - | - | - |
| Inventory, Net: Weighted Average | - | - | - | - | - |
| Prepaid Expenses and Deposits | 1,260,209 | 1,260,209 | 1,260,209 | - | - |
| TOTAL CURRENT ASSETS | 4,452,380 | 4,451,760 | 4,456,894 | 3,173,391 | 3,173,512 |
| Property, Plant & Equipment at Cost | - | - | - | - | - |
| Less Accumulated Depreciation | - | - | - | - | - |
| NET BOOK VALUE OF PP & E | - | - | - | - | - |
| Definite-lived Intangible Assets | - | - | - | - | - |
| Less Accumulated Amortization | - | - | - | - | - |
| NET BOOK VALUE OF DEFINITE-LIVED INTANGIBLE ASSETS | - | - | - | - | |
| Goodwill and Indefinite-Lived Intangible Assets | - | - | - | - | |
| **OTHER ASSETS** | | | | | |
| Other Assets | - | - | - | - | |
| **TOTAL ASSETS** | $ 4,452,380 | $ 4,451,760 | $ 4,456,894 | $ 3,173,391 | $ 3,173,512 |

Notes:
(1) The accompanying Monthly Operating Report Notes are an integral part of this schedule.

MOR-2

CASE NAME: UPLIFT RX, LLC, et al.
CASE NUMBER: 17-32186, Jointly Administered

## COMPARATIVE BALANCE SHEETS[1]

| LIABILITIES & OWNER'S EQUITY | Estate October 31, 2018 | Estate November 30, 2018 | Estate December 31, 2018 | Estate January 31, 2019 | Estate February 28, 2019 |
|---|---|---|---|---|---|
| LIABILITIES | | | | | |
| POST-PETITION LIABILITIES(MOR-4) | $  - | $  - | $  - | $  - | $  - |
| PRE-PETITION LIABILITIES | | | | | |
| CURRENT LIABILITIES: | | | | | |
| Accounts Payable | 26,475,467 | 26,475,467 | 26,475,467 | 26,475,467 | 26,475,467 |
| Accrued Expenses and Other Liabilities | 3,210,786 | 3,210,786 | 3,210,786 | 3,210,786 | 3,210,786 |
| Assets Transferable to UpWell Holdings, Inc. | - | - | - | - | - |
| Current Portion of Note Payable | 256,116 | 256,116 | 256,116 | 256,116 | 256,116 |
| Current Portion of Capital Lease Obligation | - | - | - | - | - |
| Long-Term Debt Obligation | - | - | - | - | - |
| Line of Credit | - | - | - | - | - |
| Customer Deposits | - | - | - | - | - |
| Deferred Revenue | - | - | - | - | - |
| TOTAL CURRENT LIABILITIES | 29,942,369 | 29,942,369 | 29,942,369 | 29,942,369 | 29,942,369 |
| Note Payable, Net of Current Portion | 9,000,000 | 9,000,000 | 9,000,000 | 9,000,000 | 9,000,000 |
| Capital Lease Obligation, Net of Current Portion | - | - | - | - | - |
| TOTAL PRE-PETITION LIABILITIES | 38,942,369 | 38,942,369 | 38,942,369 | 38,942,369 | 38,942,369 |
| TOTAL LIABILITIES | 38,942,369 | 38,942,369 | 38,942,369 | 38,942,369 | 38,942,369 |
| OWNER'S EQUITY (DEFICIT) | | | | | |
| Series A Preferred Units; 3,639,027 issued and outstanding | 2,088,802 | 2,088,802 | 2,088,802 | 2,088,802 | 2,088,802 |
| Class A Units; 42,350,916 issued and outstanding | 18,660,660 | 18,660,660 | 18,660,660 | 18,660,660 | 18,660,660 |
| Series B Preferred Units; 16,887,585 issued and outstanding | 36,312,287 | 36,312,287 | 36,312,287 | 36,312,287 | 36,312,287 |
| Class B Units; 4,924,698 issued and outstanding | - | - | - | - | - |
| Unit Option Exercises | 840,500 | 840,500 | 840,500 | 840,500 | 840,500 |
| Accumulated Deficit | (92,392,238) | (92,392,858) | (92,387,724) | (93,671,227) | (93,671,106) |
| TOTAL OWNER'S EQUITY (NET WORTH) | (34,489,989) | (34,490,609) | (34,485,475) | (35,768,978) | (35,768,857) |
| TOTAL LIABILITIES & OWNERS EQUITY | $ 4,452,380 | $ 4,451,760 | $ 4,456,894 | $ 3,173,391 | $ 3,173,512 |

Notes:
(1) The accompanying Monthly Operating Report Notes are an integral part of this schedule.

MOR-3

CASE NAME:    UPLIFT RX, LLC, et al.
CASE NUMBER:  17-32186, Jointly Administered

## SCHEDULE OF POST-PETITION LIABILITIES[1]

| | Estate October 31, 2018 | Estate November 30, 2018 | Estate December 31, 2018 | Estate January 31, 2019 | Estate February 28, 2019 |
|---|---|---|---|---|---|
| *TRADE ACCOUNTS PAYABLE* | $ - | $ - | $ - | $ - | $ - |
| TAX PAYABLE | | | | | |
| Federal Payroll Taxes | - | - | - | - | |
| State Payroll Taxes | - | - | - | - | |
| Ad Valorem Taxes | - | - | - | - | |
| Other Taxes | - | - | - | - | |
| TOTAL TAXES PAYABLE | - | - | - | - | |
| SECURED DEBT POST-PETITION | - | - | - | - | |
| ACCRUED INTEREST PAYABLE | - | - | - | - | |
| ACCRUED PROFESSIONAL FEES* | - | - | - | - | |
| OTHER ACCRUED LIABILITIES | | | | | |
| 1.  Accrued Operating Expenses | - | - | - | - | |
| 2.  Accrued Marketing Cost of Goods Sold | - | - | - | - | |
| TOTAL POST-PETITION LIABILITIES (MOR-3) | $ - | $ - | $ - | $ - | $ - |

*Payment requires Court Approval

Notes:
(1) The accompanying Monthly Operating Report Notes are an integral part of this schedule.

MOR-4

CASE NAME:          UPLIFT RX, LLC, et al.
CASE NUMBER:        17-32186, Jointly Administered

## AGING OF POST-PETITION LIABILITIES of Estate [1]
### February 2019

| DAYS OUTSTANDING | TOTAL | TRADE ACCOUNTS | ACCRUED OPERATING EXPENSES | ACCRUED MARKETING COST OF GOODS SOLD | ACCRUED PROFESSIONAL FEES | ACCRUED SECURED DEBT | ACCRUED TAXES PAYABLE |
|---|---|---|---|---|---|---|---|
| 0-30 | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| 31-60 | - | - | - | - | - | - | - |
| 61-90 | - | - | - | - | - | - | - |
| 91+ | - | - | - | - | - | - | - |
| TOTAL | $ - | $ - | $ - | $ - | $ - | $ - | $ - |

## AGING OF ACCOUNTS RECEIVABLE [1]
### February 2019

| DAYS OUTSTANDING | TOTAL | THIRD PARTY REVENUE ACCOUNTS RECEIVABLE | MARKETING ACCOUNTS RECEIVABLE | SUBTENANT ACCOUNTS RECEIVABLE |
|---|---|---|---|---|
| 0-30 | $ - | $ - | $ - | $ - |
| 31-60 | - | - | - | - |
| 61-90 | - | - | - | - |
| 91+ | - | - | - | - |
| SUBTOTAL | - | - | - | - |
| Provision for doubtful accounts | - | | | |
| Unapplied cash | - | | | |
| Anticipated provider withholdings | - | | | |
| Reversals from prior period | - | | | |
| Credits and rebates | - | | | |
| Affiliated companies | - | | | |
| Estimated marketing revenue | - | | | |
| TOTAL | $ - | | | |

Notes:
(1) The accompanying Monthly Operating Report Notes are an integral part of this schedule.

MOR-5

CASE NAME: UPLIFT RX, LLC. et al.
CASE NUMBER: 17-32186, Jointly Administered

## STATEMENT OF INCOME (LOSS)[1]

| | Estate | Estate | Estate | Estate | Estate | FILING TO DATE |
|---|---|---|---|---|---|---|
| | October 2018 | November 2018 | December 2018 | January 2019 | February 2019 | |
| REVENUES (MOR-1) | $ - | $ - | $ 5,000 | $ - | $ - | $ 115,437,282 |
| TOTAL COST OF REVENUES | - | - | - | - | - | 51,228,677 |
| GROSS PROFIT | - | - | 5,000 | - | - | 64,208,605.51 |
| OPERATING EXPENSES: | | | | | | |
| LABOR COST | | | | | | |
| Non-Executive Incentive Bonuses | - | - | - | - | - | 308,322 |
| Payroll Taxes | - | - | - | - | - | 1,625,313 |
| Employee Benefits | - | - | - | - | - | 2,359,143 |
| Wages | - | - | - | - | - | 19,282,046 |
| Commissions | - | - | - | - | - | 2,185,643 |
| Severance | - | - | - | - | - | (16,372) |
| Capitalized Labor | - | - | - | - | - | (524,209) |
| Total Labor Cost | - | - | - | - | - | 25,219,886 |
| OPERATING COSTS | | | | | | |
| Facilities Cost | - | - | - | - | - | 3,060,369 |
| General & Administrative | - | - | - | - | - | 2,917,161 |
| Investigation & Restructuring Expenses | 21,775 | - | - | 20,475 | - | 4,081,276 |
| Professional Fees | 2,744 | 750 | - | 2,953 | - | 1,077,575 |
| Selling & Marketing | - | - | - | - | - | 7,249,144 |
| Shipping & Variable Expenses | - | - | - | - | - | 3,331,510 |
| Technology Expenses | - | - | - | - | - | 2,125,784 |
| Total Operating Costs | 24,519 | 750 | - | 23,428 | - | 23,842,818 |
| TOTAL OPERATING EXPENSES | 24,519 | 750 | - | 23,428 | - | 49,062,704 |
| INCOME BEFORE INT. DEPR/TAX (MOR-1) | (24,519) | (750) | 5,000 | (23,428) | - | 15,145,901 |
| INTEREST EXPENSE | - | - | - | - | - | 146,682 |
| DEPRECIATION | - | - | - | - | - | 3,468,494 |
| OTHER (INCOME) EXPENSE | (134) | (130) | (134) | (134) | (121) | 254,176 |
| OTHER ITEMS | - | - | - | - | - | 60,113,376 |
| TOTAL INT. DEPR & OTHER ITEMS | (134) | (130) | (134) | (134) | (121) | 63,982,728 |
| NET INCOME (LOSS) BEFORE TAXES | (24,384) | (620) | 5,134 | (23,294) | 121 | (48,836,827) |
| FEDERAL INCOME TAXES | - | - | - | - | - | 61,256 |
| NET INCOME (LOSS) (MOR-1) | $ (24,384) | $ (620) | $ 5,134 | $ (23,294) | $ 121 | $ (48,898,083) |

Notes:
(1) The accompanying Monthly Operating Report Notes are an integral part of this schedule

MOR-6

CASE NAME:   UPLIFT RX, LLC, et al.
CASE NUMBER:   17-32186, Jointly Administered

| CASH RECEIPTS AND DISBURSEMENTS[(1)] | Estate October 2018 | Estate November 2018 | Estate December 2018 | Estate January 2019 | Estate February 2019 | FILING TO DATE |
|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | $ 3,216,555.66 | 3,192,171.27 | 3,191,551.16 | 3,196,685.39 | 3,173,391.22 | $ 902,899.43 |
| Adjustment | - | - | - | - | * | 37,275.08 |
| **RECEIPTS:** | | | | | | |
| 2. CASH SALES | - | - | - | - | - | 99,601.48 |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | - | - | - | - | - | 75,416,671.75 |
| 4. LOANS & ADVANCES (attach list) | - | - | - | - | - | - |
| 5. SALE OF ASSETS | - | - | - | - | - | 13,050,000.00 |
| 6. OTHER (attach list) | 134.22 | 129.89 | 5,134.23 | 134.23 | 121.25 | 3,216,768.75 |
| TOTAL RECEIPTS** | 134.22 | 129.89 | 5,134.23 | 134.23 | 121.25 | 91,783,041.98 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | - | - | - | - | | |
| **DISBURSEMENTS:** | | | | | | |
| 7. NET PAYROLL | - | - | - | - | - | 16,271,853.84 |
| 8. PAYROLL TAXES PAID | - | - | - | - | - | 2,285,480.41 |
| 9. SALES, USE & OTHER TAXES PAID | - | - | - | - | - | 3,300.00 |
| 10. SECURED/RENTAL/LEASES | - | - | - | - | - | 10,129,447.78 |
| 11. UTILITIES & TELEPHONE | - | - | - | - | - | 390,714.25 |
| 12. INSURANCE | - | - | - | - | - | 865,933.24 |
| 13. INVENTORY PURCHASES | - | - | - | - | - | 31,123,960.64 |
| 14. VEHICLE EXPENSES | - | - | - | - | - | - |
| 15. TRAVEL & ENTERTAINMENT | - | - | - | - | - | 7,428.61 |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | - | - | - | - | - | 121,289.63 |
| 17. ADMINISTRATIVE & SELLING | - | - | - | - | - | 79,860.75 |
| 18. OTHER (attach list) | - | - | - | - | - | 21,519,905.96 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | - | - | - | - | - | 82,799,175.11 |
| 19. PROFESSIONAL FEES | 2,743.61 | 750.00 | - | 2,953.40 | - | 3,627,912.20 |
| 20. U.S. TRUSTEE FEES | 21,775.00 | - | - | 20,475.00 | - | 473,522.40 |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | - | - | - | - | - | - |
| TOTAL DISBURSEMENTS** | 24,518.61 | 750.00 | - | 23,428.40 | - | 86,900,609.71 |
| 22. NET CASH FLOW | (24,384.39) | (620.11) | 5,134.23 | (23,294.17) | 121.25 | 4,882,432.27 |
| Adjustment | - | - | - | - | | (2,649,094.31) |
| 23. CASH - END OF MONTH (MOR-2) | $ 3,192,171.27 | $ 3,191,551.16 | $ 3,196,685.39 | $ 3,173,391.22 | $ 3,173,512.47 | $ 3,173,512.47 |

* Applies to Individual debtors only

Notes:
(1)  The accompanying Monthly Operating Report Notes are an integral part of this schedule.

MOR-7

CASE NAME:      UPLIFT RX, LLC, et al.
CASE NUMBER:   17-32186, Jointly Administered

| OTHER RECEIPTS[1] | Estate October 2018 | Estate November 2018 | Estate December 2018 | Estate January 2019 | Estate February 2019 | FILING TO DATE |
|---|---|---|---|---|---|---|
| 1. Incoming credit | $ - | $ - | $ - | $ - | $ - | $ 67,619.40 |
| 2. Bank adjustment | - | - | - | - | - | 4,307.23 |
| 3. Merchant transactions | - | - | - | - | - | 2,818,911.59 |
| 4. Returned deposits | - | - | - | - | - | (57,592.99) |
| 5. Other receipts | - | - | - | - | - | - |
| 6. Bank interest | 134.22 | 129.89 | 134.23 | 134.23 | 121.25 | 4,267.93 |
| 7. Zions Bank ZBA Debit Reversal | - | - | - | - | - | 364,255.59 |
| 8. Upwell Holdings | - | - | 5,000.00 | - | - | 15,000.00 |
| TOTAL OTHER RECEIPTS | $ 134.22 | $ 129.89 | $ 5,134.23 | $ 134.23 | $ 121.25 | $ 3,216,768.75 |

CASH RECEIPTS AND DISBURSEMENTS line 6 on MOR-7

Notes:
(1) The accompanying Monthly Operating Report Notes are an integral part of this schedule.

MOR-7a

CASE NAME:     UPLIFT RX, LLC, et al.
CASE NUMBER:   17-32186, Jointly Administered

| OTHER DISBURSEMENTS[1] | Estate October 2018 | Estate November 2018 | Estate December 2018 | Estate January 2019 | Estate February 2019 | FILING TO DATE |
|---|---|---|---|---|---|---|
| | | | | $ | $ | $ |
| 1. 401(k) | | - | | - | - | 1,197,936.46 |
| 2. Other Disbursements | - | - | | - | - | 8,364.12 |
| 3. Bank Charges | - | - | | - | - | 216,789.62 |
| 4. Benefits | - | - | | - | - | 2,175,185.39 |
| 5. Employee Reimbursement | - | - | | - | - | 379,185.08 |
| 6. IT Services | - | - | | - | - | 2,024,693.17 |
| 7. Licensing and fees | - | - | | - | - | 174,353.81 |
| 8. Media | - | - | | - | - | 9,473,212.34 |
| 9. Merchant Fees | - | - | | - | - | 171,091.36 |
| 10. Pharmacy Purchase/Management Fee | - | - | | - | - | 74,000.00 |
| 11. Shipping | - | - | | - | - | 1,941,855.17 |
| 12. Teladoc | - | - | | - | - | 3,275,080.00 |
| 13. Onsite food and beverage program | - | - | | - | - | 65,862.32 |
| 14. Petty cash | - | - | | - | - | 2,000.00 |
| 15. Office supplies | - | - | | - | - | 88,055.02 |
| 16. Security | - | - | | - | - | 32,736.07 |
| 17. Pest control | - | - | | - | - | 889.55 |
| 18. Customer refunds | - | - | | - | - | 30,945.88 |
| 19. Temporary Labor | - | - | | - | - | 87,672.19 |
| 20. Obsolete inventory disposal | - | - | | - | - | 89,198.41 |
| 21. Bookkeeping services | - | - | | - | - | 10,800.00 |
| TOTAL OTHER DISBURSEMENTS | $ - | $ - | | $ - | $ - | $ 21,519,905.96 |

CASH RECEIPTS AND DISBURSEMENTS line 18 on MOR-7

Notes:
(1) The accompanying Monthly Operating Report Notes are an integral part of this schedule.

MOR-7b

CASE NAME: UPLIFT RX, LLC, et al
CASE NUMBER: 17-32186, Jointly Administered

## CASH ACCOUNT RECONCILIATION(1)
### MONTH OF FEBRUARY 2019

| No. | Account Name | Bank Name | Account Type | Account Number (last 4 digits only) | Transitioned to Upwell(5) | Ending Bank Balance on February 28, 2019 | Outstanding Checks | Deposits In Transit | Ending Adjusted Bank Balance (Must Agree with Books) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Alliance Health Networks, LLC | Zions Bank | Pharmacy Account - Swept to Concentration Account | 6828 | X | $ | $ | $ | $ |
| 2 | Alliance Medical Administration, Inc. | Zions Bank | Primary Expense Account | 9016 | X | | | | |
| 3 | Alliance Medical Administration, Inc. | Zions Bank | Pharmacy Account - Swept to Concentration Account | 8745 | X | | | | |
| 4 | Alliance Medical Holdings, LLC | Zions Bank | Primary Sweep Concentration Account | 8984 | X | | | | |
| 5 | Alliance Medical Holdings, LLC | Zions Bank | Gold Business/Investment Sweep Account | 0224 | X | | | | |
| 6 | Alta Distributors, LLC | Zions Bank | Pharmacy Account - Swept to Concentration Account | 8836 | X | | | | |
| 7 | Belle Pharmacy, LLC | Zions Bank | Pharmacy Account - Swept to Concentration Account | 4121 | X | | | | |
| 8 | Benson Pharmacy, Inc. | Zions Bank | Pharmacy Account - Swept to Concentration Account | 3024 | X | | | | |
| 9 | Berkshire Pharmacy, LLC | Zions Bank | Pharmacy Account - Swept to Concentration Account | 3925 | X | | | | |
| 10 | Best Rx, LLC | Zions Bank | Pharmacy Account - Swept to Concentration Account | 2596 | X | | | | |
| 11 | Bridgestone Pharmacy Holdings, LLC | NONE | N/A | N/A | X | | | | |
| 12 | Bridgestone Pharmacy, LLC | Zions Bank | Pharmacy Account - Swept to Concentration Account | 2935 | X | | | | |
| 13 | Brookhill Pharmacy, LLC | Zions Bank | Pharmacy Account - Swept to Concentration Account | 2950 | X | | | | |
| 14 | BrooksideRx, LLC | Zions Bank | Pharmacy Account - Swept to Concentration Account | 7332 | X | | | | |
| 15 | Burbank Pharmacy, LLC | Zions Bank | Pharmacy Account - Swept to Concentration Account | 3321 | X | | | | |
| 16 | Canyon Medical. LLC | NONE | N/A | N/A | X | | | | |
| 17 | Canyons Pharmacy, LLC | Zions Bank | Pharmacy Account - Swept to Concentration Account | 2737 | X | | | | |
| 18 | Charleston Rx, LLC | Zions Bank | Pharmacy Account - Swept to Concentration Account | 2992 | X | | | | |
| 19 | Cheshire Pharmacy, LLC | Zions Bank | Pharmacy Account - Swept to Concentration Account | 2752 | X | | | | |
| 20 | Conoly Pharmacy, LLC | Zions Bank | Pharmacy Account - Swept to Concentration Account | 3032 | X | | | | |
| 21 | Cottonwood Pharmacy, LLC | Zions Bank | Pharmacy Account - Swept to Concentration Account | 5821 | X | | | | |
| 22 | Crestwell Pharmacy Holdings, LLC | NONE | N/A | N/A | X | | | | |
| 23 | Delaney Pharmacy, LLC | Zions Bank | Pharmacy Account - Swept to Concentration Account | 2976 | X | | | | |
| 24 | Eat Great Café, LLC | NONE | N/A | N/A | X | | | | |
| 25 | Galena Pharmacy Holdings, LLC | NONE | N/A | N/A | X | | | | |
| 26 | Galena Pharmacy, LLC | Zions Bank | Pharmacy Account - Swept to Concentration Account | 2968 | X | | | | |
| 27 | Garnett Pharmacy, LLC | Zions Bank | Pharmacy Account - Swept to Concentration Account | 3313 | X | | | | |
| 28 | Geneva Pharmacy, LLC | Zions Bank | Pharmacy Account - Swept to Concentration Account | 6069 | X | | | | |
| 29 | Geneva Rx Holdings, LLC | NONE | N/A | N/A | X | | | | |
| 30 | Glendale Square Rx, Inc. | Zions Bank | Pharmacy Account - Swept to Concentration Account | 2794 | X | | | | |
| 31 | Goodman Pharmacy, LLC | Zions Bank | Pharmacy Account - Swept to Concentration Account | 2638 | X | | | | |
| 32 | Hawthorne Pharmacy, LLC | Zions Bank | Pharmacy Account - Swept to Concentration Account | 6391 | X | | | | |
| 33 | Hawthorne Rx Holdings, LLC | NONE | N/A | N/A | X | | | | |
| 34 | Hazelwood Pharmacy, LLC | Zions Bank | Pharmacy Account - Swept to Concentration Account | 3784 | X | | | | |
| 35 | Health Rx Holdings, LLC | NONE | N/A | N/A | X | | | | |
| 36 | Health Saver Rx, LLC | Zions Bank | Pharmacy Account - Swept to Concentration Account | 3040 | X | | | | |
| 37 | Improve Rx, LLC | Zions Bank | Pharmacy Account - Swept to Concentration Account | 2877 | X | | | | |
| 38 | Innovative Rx, LLC | Zions Bank | Pharmacy Account - Swept to Concentration Account | 2562 | X | | | | |
| 39 | Kendall Pharmacy, Inc. | Zions Bank | Pharmacy Account - Swept to Concentration Account | 4287 | X | | | | |
| 40 | Lockeford Rx. Inc. | Zions Bank | Pharmacy Account - Swept to Concentration Account | 4220 | X | | | | |
| 41 | Lone Peak Rx, LLC | Zions Bank | Pharmacy Account - Swept to Concentration Account | 3305 | X | | | | |
| 42 | Medina Pharmacy, LLC | Zions Bank | Pharmacy Account - Swept to Concentration Account | 6383 | X | | | | |
| 43 | New Jersey Rx, LLC | Zions Bank | Pharmacy Account - Swept to Concentration Account | 2869 | X | | | | |
| 44 | New Life Pharmacy, LLC | Zions Bank | Pharmacy Account - Swept to Concentration Account | 8737 | X | | | | |
| 45 | Newton Rx, LLC | Zions Bank | Pharmacy Account - Swept to Concentration Account | 3057 | X | | | | |
| 46 | Oak Creek Rx, LLC | Zions Bank | Pharmacy Account - Swept to Concentration Account | 3008 | X | | | | |
| 47 | Ohana Rx, LLC | Zions Bank | Pharmacy Account - Swept to Concentration Account | 2653 | X | | | | |
| 48 | Ollin Pharmaceutical, LLC | Zions Bank | Pharmacy Account - Swept to Concentration Account | 8927 | X | | | | |
| 49 | On Track Rx, LLC | Zions Bank | Pharmacy Account - Swept to Concentration Account | 2588 | X | | | | |
| 50 | Osceola Clinic Pharmacy LLC | Zions Bank | Pharmacy Account - Swept to Concentration Account | 2679 | X | | | | |
| 51 | Philadelphia Pharmacy Holdings, LLC | NONE | N/A | N/A | X | | | | |
| 52 | Pinnacle Pharmacy Solutions, LLC | Zions Bank | Pharmacy Account - Swept to Concentration Account | 4568 | X | | | | |
| 53 | Raven Pharmacy Holdings LLC | NONE | N/A | N/A | X | | | | |
| 54 | Raven Pharmacy, LLC | Zions Bank | Pharmacy Account - Swept to Concentration Account | 3065 | X | | | | |
| 55 | Richardson Pharmacy, LLC | Zions Bank | Pharmacy Account - Swept to Concentration Account | 2620 | X | | | | |
| 56 | Riverbend Prescription Services, LLC | Zions Bank | Pharmacy Account - Swept to Concentration Account | 2943 | X | | | | |
| 57 | Riverfront Rx, LLC | Zions Bank | Pharmacy Account - Swept to Concentration Account | 5799 | X | | | | |
| 58 | Skyline Health Services, LLC | Zions Bank | Pharmacy Account - Swept to Concentration Account | 8802 | X | | | | |
| 59 | Stonybrook Pharmacy, LLC | Zions Bank | Pharmacy Account - Swept to Concentration Account | 8919 | X | | | | |
| 60 | Uinta Rx, LLC | Zions Bank | Pharmacy Account - Swept to Concentration Account | 3073 | X | | | | |
| 61 | Uplift Rx, LLC | Zions Bank | Pharmacy Account - Swept to Concentration Account | 0408 | X | | | | |
| 62 | Waverly Pharmacy, LLC | Zions Bank | Pharmacy Account - Swept to Concentration Account | 2885 | X | | | | |
| 63 | Woodward Drugs, LLC | Zions Bank | Pharmacy Account - Swept to Concentration Account | 3016 | X | | | | |
| 64 | Woodward Rx Holdings, LLC | Zions Bank | Pharmacy Account - Swept to Concentration Account | 2760 | X | | | | |
| 65 | Alameda Pharmacy, LLC | NONE | N/A | N/A | X | | | | |
| 66 | Baytree Pharmacy LLC Blocked Account FBO Alta Distributors LLC | Zions Bank | Basic Business Checking | 6241 | X | | | | |
| 67 | Cordele Pharmacy LLC Block Account FBO Alliance Medical Holdings LLC | Zions Bank | Pharmacy Account - Swept to Corp Account | 1364 | X | | | | |
| 68 | Cure RX LLC Blocked Account FBO Alta Distributors | Zions Bank | Pharmacy Account - Swept to Corp Account | 4692 | X | | | | |
| 69 | David Pharmacy LLC Blocked Account FBO Alta Distributors | Zions Bank | Pharmacy Account - Swept to Corp Account | 0440 | X | | | | |
| 70 | El Dorado Pharmacy LLC Blocked Account FBO Alta Distributors | Zions Bank | Pharmacy Account - Swept to Corp Account | 6217 | X | | | | |
| 71 | Genesee Pharmacy LLC Blocked Account FBO Alta Distributors LLC | Zions Bank | Pharmacy Account - Swept to Corp Account | 6233 | X | | | | |
| 72 | Hawkins Pharmacy LLC Blocked Account FBO Alta Distributors | Zions Bank | Pharmacy Account - Swept to Corp Account | 4718 | X | | | | |
| 73 | Jefferson Pharmacy LLC Blocked Account FBO Alta Distributors | Zions Bank | Pharmacy Account - Swept to Corp Account | 0408 | X | | | | |
| 74 | Norwood Pharmacy LLC Blocked Account FBO Alta Distributors | Zions Bank | Pharmacy Account - Swept to Corp Account | 4700 | X | | | | |
| 75 | Oak Creek Pharmacy LLC Blocked Account FBO Alta Distributors | Zions Bank | Pharmacy Account - Swept to Corp Account | 8653 | X | | | | |

CASE NAME: UPLIFT RX LLC et al
CASE NUMBER: 17-32186 Jointly Administered

## CASH ACCOUNT RECONCILIATION[1]
### MONTH OF FEBRUARY 2019

| No. | Account Name | Bank Name | Account Type | Account Number (last 4 digits only) | Transitioned to Upwell[5] | Ending Bank Balance on February 28, 2019 | Outstanding Checks | Deposits In Transit | Ending Adjusted Bank Balance (Must Agree with Books) |
|---|---|---|---|---|---|---|---|---|---|
| 76 | Peterson RX LLC Blocked Account FBO Alta Distributors | Zions Bank | Pharmacy Account - Swept to Corp Account | 0424 | X | - | - | - | - |
| 77 | Rock City Pharmacy LLC Blocked Account FBO Alta Distributors | Zions Bank | Pharmacy Account - Swept to Corp Account | 0416 | X | - | - | - | - |
| 78 | Staley Pharmacy LLC Blocked Account FBO Alta Distributors | Zions Bank | Pharmacy Account - Swept to Corp Account | 4734 | X | - | - | - | - |
| 79 | Twin Lakes Pharmacy Blocked Account FBO Alta Distributors | Zions Bank | Pharmacy Account - Swept to Corp Account | 6225 | X | - | - | - | - |
| 80 | Alliance Health Networks, LLC - Debtor in Possession | Wells Fargo[2] | Pharmacy Account - Swept to Concentration Account | 0541 | X | - | - | - | - |
| 81 | Alliance Medical Administration, Inc. - Debtor in Possession | Wells Fargo[2] | Primary Sweep Concentration Account | 0558 | X | - | - | - | - |
| 82 | Baytree Pharmacy, LLC - Debtor in Possession | Wells Fargo[2] | Pharmacy Account - Swept to Corp Account | 0566 | X | - | - | - | - |
| 83 | Belle Pharmacy, LLC - Debtor in Possession | Wells Fargo[2] | Pharmacy Account - Swept to Concentration Account | 0574 | X | - | - | - | - |
| 84 | Benson Pharmacy, Inc. - Debtor in Possession | Wells Fargo[2] | Pharmacy Account - Swept to Concentration Account | 0582 | X | - | - | - | - |
| 85 | Berkshire Pharmacy, LLC - Debtor in Possession | Wells Fargo[2] | Pharmacy Account - Swept to Concentration Account | 0590 | X | - | - | - | - |
| 86 | Best Rx, LLC - Debtor in Possession | Wells Fargo[2] | Pharmacy Account - Swept to Concentration Account | 0616 | X | - | - | - | - |
| 87 | Bridgestone Pharmacy, LLC - Debtor in Possession | Wells Fargo[2] | Pharmacy Account - Swept to Concentration Account | 6386 | X | - | - | - | - |
| 88 | BrooksideRx, LLC - Debtor in Possession | Wells Fargo[2] | Pharmacy Account - Swept to Concentration Account | 6394 | X | - | - | - | - |
| 89 | Charleston Rx, LLC - Debtor in Possession | Wells Fargo[2] | Pharmacy Account - Swept to Concentration Account | 6402 | X | - | - | - | - |
| 90 | Cheshire Pharmacy, LLC - Debtor in Possession | Wells Fargo[2] | Pharmacy Account - Swept to Concentration Account | 6410 | X | - | - | - | - |
| 91 | Delaney Pharmacy, LLC - Debtor in Possession | Wells Fargo[2] | Pharmacy Account - Swept to Concentration Account | 6428 | X | - | - | - | - |
| 92 | Garnett Pharmacy, LLC - Debtor in Possession | Wells Fargo[2] | Pharmacy Account - Swept to Concentration Account | 6436 | X | - | - | - | - |
| 93 | Geneva Pharmacy, LLC - Debtor in Possession | Wells Fargo[2] | Pharmacy Account - Swept to Concentration Account | 6444 | X | - | - | - | - |
| 94 | Goodman Pharmacy, LLC - Debtor in Possession | Wells Fargo[2] | Pharmacy Account - Swept to Concentration Account | 6451 | X | - | - | - | - |
| 95 | Hawthorne Pharmacy, LLC - Debtor in Possession | Wells Fargo[2] | Pharmacy Account - Swept to Concentration Account | 6469 | X | - | - | - | - |
| 96 | Health Saver Rx, LLC - Debtor in Possession | Wells Fargo[2] | Pharmacy Account - Swept to Concentration Account | 6477 | X | - | - | - | - |
| 97 | Improve Rx, LLC - Debtor in Possession | Wells Fargo[2] | Pharmacy Account - Swept to Concentration Account | 6485 | X | - | - | - | - |
| 98 | Innovative Rx, LLC - Debtor in Possession | Wells Fargo[2] | Pharmacy Account - Swept to Concentration Account | 6493 | X | - | - | - | - |
| 99 | Kendall Pharmacy, Inc - Debtor in Possession | Wells Fargo[2] | Pharmacy Account - Swept to Concentration Account | 6501 | X | - | - | - | - |
| 100 | New Jersey Rx, LLC - Debtor in Possession | Wells Fargo[2] | Pharmacy Account - Swept to Concentration Account | 2308 | X | - | - | - | - |
| 101 | New Life Pharmacy, LLC - Debtor in Possession | Wells Fargo[2] | Pharmacy Account - Swept to Concentration Account | 7889 | X | - | - | - | - |
| 102 | NewtonRx, LLC - Debtor in Possession | Wells Fargo[2] | Pharmacy Account - Swept to Concentration Account | 7897 | X | - | - | - | - |
| 103 | Oak Creek Rx, LLC - Debtor in Possession | Wells Fargo[2] | Pharmacy Account - Swept to Concentration Account | 7905 | X | - | - | - | - |
| 104 | Ohana Rx, LLC - Debtor in Possession | Wells Fargo[2] | Pharmacy Account - Swept to Concentration Account | 3684 | X | - | - | - | - |
| 105 | Ollin Pharmaceutical, LLC - Debtor in Possession | Wells Fargo[2] | Pharmacy Account - Swept to Concentration Account | 3692 | X | - | - | - | - |
| 106 | On Track Rx, LLC - Debtor in Possession | Wells Fargo[2] | Pharmacy Account - Swept to Concentration Account | 3700 | X | - | - | - | - |
| 107 | Skyline Health Services, LLC - Debtor in Possession | Wells Fargo[2] | Pharmacy Account - Swept to Concentration Account | 3718 | X | - | - | - | - |
| 108 | Staley Pharmacy, LLC - Debtor in Possession | Wells Fargo[2] | Pharmacy Account - Swept to Corp Account | 3726 | X | - | - | - | - |
| 109 | Stonybrook Pharmacy, LLC - Debtor in Possession | Wells Fargo[2] | Pharmacy Account - Swept to Concentration Account | 3734 | X | - | - | - | - |
| 110 | Waverly Pharmacy, LLC - Debtor in Possession | Wells Fargo[2] | Pharmacy Account - Swept to Concentration Account | 3742 | X | - | - | - | - |
| 111 | Woodward Drugs, LLC - Debtor in Possession | Wells Fargo[2] | Pharmacy Account - Swept to Concentration Account | 3759 | X | - | - | - | - |
| | **Subtotal** | | | | | - | - | - | - |
| | **Less: Accounts transitioned to Upwell** | | | | | | | | |
| | **Entities No Longer An Estate Economic Risk - Total** | | | | | - | - | - | - |
| 80 | GlassRatner Advisory & Capital Group, LLC Escrow Account[3] | Wells Fargo | Escrow Account | 5833 | | 3,161,191.56 | - | - | 3,161,191.56 |
| 81 | Alliance Medical Holdings LLC Debtor Ronald L Glass As Trustee[4] | Signature Bank | Bankruptcy IMMA | 2920 | | 13,797.61 | 1,476.70 | - | 12,320.91 |
| 82 | Alliance Medical Holdings LLC Debtor Ronald L Glass As Trustee[4] | Signature Bank | Bankruptcy Checking | 2912 | | - | - | - | - |
| | **Estate - Total** | | | | | 3,174,989.17 | 1,476.70 | - | 3,173,512.47 |
| | **Grand Total** | | | | | $ 3,174,989.17 | $ 1,476.70 | $ - | $ 3,173,512.47 |

Notes:
(1) The accompanying Monthly Operating Report Notes are an integral part of this schedule.
(2) Wells Fargo Debtor in Possession accounts were opened due to Zions forced closure of all accounts during April 2018.
(3) Estate escrow account set up to receive sales proceeds from UpWell.
(4) Estate checking accounts.
(5) All pharmacies transitioned to UpWell by August 31, 2018.

MOR-8

CASE NAME:     UPLIFT RX, LLC, et al.
CASE NUMBER:   17-32186, Jointly Administered

## PAYMENTS TO INSIDERS AND PROFESSIONALS[(1)]

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U.S. Bankruptcy Code) and the professionals.

Also, for insiders, identify the type of compensation paid (e.g., salary, commission, bonus, etc.) (Attach additional pages as necessary).

| INSIDERS: NAME/COMP TYPE | POSITION | MONTH Estate October 2018 | MONTH Estate November 2018 | MONTH Estate December 2018 | MONTH Estate January 2019 | MONTH Estate February 2019 | Filing to Date |
|---|---|---|---|---|---|---|---|
| 1. Jordan Smith | SVP of Inside Sales (terminated on September 15, 2017) | $ - | $ - | $ - | $ - | $ - | $ 87,779.15 |
| 2. Jeffrey Smith | Chief Executive Officer (resigned on April 14, 2017) | - | - | - | - | - | 23,027.35 |
| 3. Scott Klossner | Chief Financial Officer | - | 750.00 | - | - | - | 187,243.47 |
| 4. Blaine Smith | Chief Revenue Officer | - | - | - | - | - | 160,493.43 |
| 5. Sahily Paoline | Chief Pharmacy Officer | - | - | - | - | - | 162,262.88 |
| 6. Matt Simas | Interim Chief Executive Officer | - | - | - | - | - | 167,818.30 |
| **TOTAL INSIDERS (MOR-1)** | | **$ -** | **$ 750.00** | **$ -** | **$ -** | **$ -** | **$ 788,624.58** |

| PROFESSIONALS | POSITION | MONTH Estate October 2018 | MONTH Estate November 2018 | MONTH Estate December 2018 | MONTH Estate January 2019 | MONTH Estate February 2019 | Filing to Date |
|---|---|---|---|---|---|---|---|
| 1. Hilco Valuation Services, LLC | Professional | $ - | $ - | $ - | $ - | $ - | $ 17,645.25 |
| 2. Tom Collins | Mediator | - | - | - | - | - | 3,900.00 |
| 3. Victig | Recruiting | - | - | - | - | - | 2,895.50 |
| 4. HealthCare Appraisers Inc. | Business Valuation | - | - | - | - | - | 16,643.00 |
| 5. Jennifer Hamelin | Consulting | - | - | - | - | - | 20,612.90 |
| 6. Stinson Leonard Street LLP | Legal | - | - | - | - | - | 330.00 |
| 7. Baker & Hostetler | Legal | - | - | - | - | - | 1,840,276.57 |
| 8. WSRP, LLC | 401(k) Audit | - | - | - | - | - | 6,644.25 |
| 9. Coldwell Banker Commercial Advisors | Realtor | - | - | - | - | - | 55,822.91 |
| 10. Tanner LLC | Tax | - | - | - | - | - | 20,000.00 |
| 11. David Hoffman & Associates | Consulting | - | - | - | - | - | 14,517.40 |
| 12. Fox Rothschild LLP | Legal | - | - | - | - | - | 350,901.48 |
| 13. BMC Group | Claims Agent | 2,743.61 | - | - | 2,953.40 | - | 24,866.01 |
| 14. Cohn Reznick, LLP | Legal | - | - | - | - | - | 222,480.83 |
| 15. Scott Klossner | Consulting | - | 750.00 | - | - | - | 5,454.59 |
| 16. Kimball Legal | Legal | - | - | - | - | - | 12,828.82 |
| 17. GlassRatner Advisory & Capital Group, LLC | Financial Advisors | - | - | - | - | - | 1,012,092.69 |
| **TOTAL PROFESSIONALS (MOR-1)** | | **$ 2,743.61** | **$ 750.00** | **$ -** | **$ 2,953.40** | **$ -** | **$ 3,627,912.20** |

Notes:
(1) The accompanying Monthly Operating Report Notes are an integral part of this schedule.

MOR-9

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Exhibit A - CONSOLIDATING DISBURSEMENTS OF JOINTLY ADMINISTERED CASES IN CHAPTER 11

CASE NAME: UPLIFT RX, LLC, et al
JOINT ADMINISTRATION CASE NUMBER: 17-32186

DISBURSEMENTS (1)

| No. | Entity | Case No. | Estate October 2018 | Estate November 2018 | Estate December 2018 | Estate January 2019 | Estate February 2019 | Filing to Date |
|---|---|---|---|---|---|---|---|---|
| 1 | Alliance Health Networks, LLC | 17-32250 | | | | | | 10,966,555.45 |
| 2 | Alliance Medical Administration, Inc. | 17-32246 | | | | | | 33,224,756.80 |
| 3 | Alliance Medical Holdings, LLC | 17-32188 | | | | 23,428.40 | | 11,561,791.97 |
| 4 | Atta Distributors, LLC | 17-32248 | 24,518.61 | 750.00 | | | | 15,468.08 |
| 5 | Belle Pharmacy, LLC | 17-32187 | | | | | | 581,538.00 |
| 6 | Benson Pharmacy, Inc. | 17-32191 | | | | | | 509,716.34 |
| 7 | Berkshire Pharmacy LLC | 17-32207 | | | | | | 1,057.74 |
| 8 | Best Rx, LLC | 17-32209 | | | | | | 820.35 |
| 9 | Bridgestone Pharmacy Holdings, LLC | 17-32235 | | | | | | |
| 10 | Bridgestone Pharmacy, LLC | 17-32215 | | | | | | 54,653.44 |
| 11 | Brookhill Pharmacy, LLC | 17-32216 | | | | | | |
| 12 | BrooksideRx, LLC | 17-32199 | | | | | | 5,673,639.25 |
| 13 | Burbank Pharmacy, LLC | 17-32217 | | | | | | |
| 14 | Canyon Medical, LLC | 17-32243 | | | | | | |
| 15 | Canyons Pharmacy, LLC | 17-32218 | | | | | | 1,138,044.69 |
| 16 | Charleston Rx, LLC | 17-32195 | | | | | | 1,407.78 |
| 17 | Cheshire Pharmacy, LLC | 17-32219 | | | | | | |
| 18 | Conoly Pharmacy, LLC | 17-32220 | | | | | | |
| 19 | Cottonwood Pharmacy, LLC | 17-32221 | | | | | | |
| 20 | Crestwell Pharmacy Holdings, LLC | 17-32236 | | | | | | 261,664.53 |
| 21 | Delancy Pharmacy, LLC | 17-32210 | | | | | | |
| 22 | Eat Great Café, LLC | 17-32249 | | | | | | |
| 23 | Galena Pharmacy Holdings, LLC | 17-32237 | | | | | | |
| 24 | Galena Pharmacy, LLC | 17-32222 | | | | | | 398,743.45 |
| 25 | Garnett Pharmacy, LLC | 17-32223 | | | | | | 3,842,404.97 |
| 26 | Geneva Pharmacy, LLC | 17-32189 | | | | | | |
| 27 | Geneva Rx Holdings, LLC | 17-32238 | | | | | | 1,713.90 |
| 28 | Glendale Square Rx, Inc. | 17-32229 | | | | | | 596.95 |
| 29 | Goodman Pharmacy, LLC | 17-32198 | | | | | | 531,790.66 |
| 30 | Hawthorne Pharmacy, LLC | 17-32224 | | | | | | |
| 31 | Hawthorne Rx Holdings, LLC | 17-32239 | | | | | | |
| 32 | Hazelwood Pharmacy, LLC | 17-32225 | | | | | | |
| 33 | Health Rx Holdings, LLC | 17-32242 | | | | | | 1,401.41 |
| 34 | Health Saver Rx, LLC | 17-32208 | | | | | | 1,599.11 |
| 35 | Improve Rx, LLC | 17-32205 | | | | | | 1,475,352.87 |
| 36 | Innovative Rx, LLC | 17-32194 | | | | | | 638,401.35 |
| 37 | Kendall Pharmacy, Inc | 17-32192 | | | | | | 913.90 |
| 38 | Lockeford Rx, Inc. | 17-32230 | | | | | | 1,856.88 |
| 39 | Lone Peak Rx, LLC | 17-32204 | | | | | | 369,856.85 |
| 40 | Medina Pharmacy, LLC | 17-32227 | | | | | | 1,650.25 |
| 41 | New Jersey Rx, LLC | 17-32206 | | | | | | 2,097,422.02 |
| 42 | New Life Pharmacy, LLC | 17-32211 | | | | | | 147,962.78 |
| 43 | Newton Rx, LLC | 17-32203 | | | | | | 598,154.18 |
| 44 | Oak Creek Rx, LLC | 17-32201 | | | | | | 9,043.96 |
| 45 | Ohana Rx, LLC | 17-32190 | | | | | | 10,829,353.61 |
| 46 | Orlin Pharmaceutical, LLC | 17-32247 | | | | | | 616.16 |
| 47 | On Track Rx, LLC | 17-32196 | | | | | | 1,278.41 |
| 48 | Osceola Clinic Pharmacy LLC | 17-32200 | | | | | | |
| 49 | Philadelphia Pharmacy Holdings, LLC | 17-32241 | | | | | | 8,104.05 |
| 50 | Pinnacle Pharmacy Solutions, LLC | 17-32231 | | | | | | |
| 51 | Raven Pharmacy Holdings, LLC | 17-32234 | | | | | | |
| 52 | Raven Pharmacy, LLC | 17-32228 | | | | | | 15.00 |
| 53 | Richardson Pharmacy, LLC | 17-32193 | | | | | | 429,531.48 |
| 54 | Riverbend Prescription Services, LLC | 17-32233 | | | | | | |
| 55 | Riverfront Rx, LLC | 17-32232 | | | | | | 4,304.29 |
| 56 | Skyline Health Services, LLC | 17-32212 | | | | | | 402,100.53 |
| 57 | Stonybrook Pharmacy, LLC | 17-32213 | | | | | | 1,909.98 |
| 58 | Uinta Rx, LLC | 17-32197 | | | | | | 198.30 |
| 59 | Uplift Rx, LLC | 17-32186 | | | | | | 203,518.87 |
| 60 | Waverly Pharmacy, LLC | 17-32202 | | | | | | 307,581.33 |
| 61 | Woodward Drugs, LLC | 17-32214 | | | | | | 602,097.79 |
| 62 | Woodward Rx Holdings, LLC | 17-32240 | | | | | | |
| | Total Disbursements (same as MOR-1 disbursements) | | $ 24,518.61 | $ 750.00 | $ - | $ 23,428.40 | $ - | $ 86,900,609.71 |

Exhibit A

(1) On October 5, 2017 the Jointly Administered Debtors filed with the court the Debtors' Expedited Amended Motion for Entry of an Order: (A) Approving Amended Bidding Procedures; (B) Authorizing Amended Procedures for the Assignment and Assumption of Certain Executory Contracts; and (C) Granting Related Relief in connection with the sale of substantially all of the Jointly Administered Debtor's Assets. [ECF No. 597] On November 7, 2017, the Court entered its Order Authorizing Sale Free and Clear of Liens, Claims, and Encumbrances in connection with ECF No. 597. [ECF No. 663] Subsequently, on November 17, 2017 the sale transaction closed pursuant to the asset purchase agreement dated October 31, 2017 by and between the Debtors and UpWell. As a result of the closing of the sale, the Jointly Administered Debtors' a) sold some but not all assets as of November 17, 2017, b) will convey the remainder of the assets through a number of rolling closings which will occur over the next several months pursuant to the APA, however c) no longer retain an economic interest in the assets. Therefore, the disbursements made after November 17, 2017 are only from the proceeds of the asset sale, and not the ongoing business operations which are the responsibility of the buyer.