IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: | CASE NO.: 17-32186 |
| UPLIFT RX, LLC [1] | CHAPTER 11 |
| Debtor(s). | Jointly Administered |

PROPOSED AGENDA FOR HEARING
SCHEDULED FOR APRIL 15, 2019 at 10:30 A.M (CST)

**Time and Date of Hearing**      April 15, 2019 at 10:30 a.m. (CST)

**Location of Hearing:**      The Honorable Marvin Isgur
United States Bankruptcy Judge
515 Rusk Avenue
Courtroom 404
Houston, Texas 77002

**Copies of Pleadings:**      A copy of each pleading can be viewed (a) for a fee on the Court's website at www.ecf.txsb.uscourts.gov. Copies of the pleadings were served on all parties requesting notice and all registered ECF users in the case.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Uplift Rx, LLC (9306); Belle Pharmacy, LLC (0143); Alliance Medical Holdings, LLC (5945); Geneva Pharmacy, LLC (1929); Ohana Rx, LLC (1722); Benson Pharmacy, Inc. (6606); Kendall Pharmacy, Inc. (0825); Richardson Pharmacy, LLC (9566); Innovative Rx, LLC (9986); Charleston Rx, LLC (5852); On Track Rx, LLC (9021); Uinta Rx, LLC (7157); Goodman Pharmacy, LLC (9373); BrooksideRx, LLC (5927); Osceola Clinic Pharmacy, LLC (4886); Oak Creek Rx, LLC (9722); Waverly Pharmacy, LLC (7342); Newton Rx, LLC (9510); Lone Peak Rx, LLC (5973); Improve Rx, LLC (9120); New Jersey Rx, LLC (0035); Berkshire Pharmacy, LLC (9197); Health Saver Rx, LLC (7810); Best Rx, LLC (0346); Delaney Pharmacy, LLC (7497); New Life Pharmacy, LLC (8292); Skyline Health Services, LLC (6876); Stonybrook Pharmacy, LLC (7700); Woodward Drugs, LLC (2385); Bridgestone Pharmacy, LLC (5294); Brookhill Pharmacy, LLC (5296); Burbank Pharmacy, LLC (5227); Canyons Pharmacy, LLC (1744); Cheshire Pharmacy, LLC (6370); Conoly Pharmacy, LLC (0367); Cottonwood Pharmacy, LLC (5131); Galena Pharmacy, LLC (0672); Garnett Pharmacy, LLC (6505); Hawthorne Pharmacy, LLC (5345); Hazelwood Pharmacy, LLC (1088); Medina Pharmacy, LLC (8987); Raven Pharmacy, LLC (5671); Glendale Square Rx, Inc. (1022); Lockeford Rx, Inc. (1853); Pinnacle Pharmacy Solutions, LLC (9760); Riverfront Rx, LLC (7152); Riverbend Prescription Services, LLC (1862); Raven Pharmacy Holdings, LLC (2464); Bridgestone Pharmacy Holdings, LLC (2840); Crestwell Pharmacy Holdings, LLC (1503); Galena Pharmacy Holdings, LLC (8609); Geneva Rx Holdings, LLC (8247); Hawthorne Rx Holdings, LLC (9531); Woodward Rx Holdings, LLC (2173); Philadelphia Pharmacy Holdings, LLC (8526); Health Rx Holdings, LLC (0909); Canyon Medical, LLC (4915); Alliance Medical Administration, Inc. (2899); Ollin Pharmaceutical, LLC (9815); Alta Distributors, LLC (7407); Eat Great Café, LLC (2314); Alliance Health Networks, LLC (1815) . The Debtors' mailing address is Uplift Rx, LLC, 15462 FM 529, Houston, TX 77095.

A.  **MOTIONS TO BE HEARD**

1. **Order and Notice of Hearing on Disclosure Statement (Doc. No. 964 and 965)**

2. Auburn Pharmaceutical Company's Objection to the Debtors' Disclosure Statement (Doc. No. 979)

3. Preliminary Objection to Debtors' Disclosure Statement by Highland Wholesale, LLC and Kross Pharmaceuticals, LLC (Doc. No. 980)

4. Roche Diabetes Care, Inc., Roche Diagnostics Corp's Statement and Reservation of Rights in Response to Proposed Disclosure Statement (Doc. No. 981)

5. **Fox Rothschild's Second Interim Application for Compensation (Doc. No. 988)**

6. Highland Wholesale, LLC and Kross Pharmaceuticals, LLC's Objection to Fox Rothschild's Second Interim Application for Compensation (Doc. No. 1009)

7. **UpWell Holding. Inc.'s Motion to Compel CVS Caremark to (i) Perform Its Obligations under Executory Contracts; (ii) Enforce the Automatic Stay; and (iii) Enforce the Sale Order (Doc. No. 993) (STATUS CONFERENCE)**

8. CaremarkPCS, L.L.C. and Caremark, L.L.C.'s Objection to UpWell Holding, Inc.'s Motion to Compel CVS Caremark to (i) Perform Its Obligations under Executory Contracts; (ii) Enforce the Automatic Stay; and (iii) Enforce the Sale Order (Doc. No. 1040)

9. **Application to Employ BMC Group, Inc. as Solicitation / Tabulation Agent (Doc. No. 1007)**

Dated: April 11, 2019

/s/ Elizabeth A. Green
**Elizabeth A. Green, Esq.**
So. Dist. Fed. ID. 903144
egreen@bakerlaw.com
**BAKER & HOSTETLER LLP**
200 South Orange Avenue, Suite 2300
Orlando, Florida 32801-3432
Telephone: (407) 649-4000
*Counsel for the Debtors*

4811-5082-1521.1