**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| UPLIFT RX, LLC,[1] | § | Case No. 17-32186 (MI) |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |

**MOTION TO AMEND ORDER AUTHORIZING THE RETENTION
AND EMPLOYMENT OF FOLEY & LARDNER LLP, AS COUNSEL FOR THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS
<u>NUNC PRO TUNC TO MAY 1, 2019</u>**

> **THIS MOTION SEEKS ENTRY OF AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**
>
> **REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Uplift Rx, LLC (9306); Belle Pharmacy, LLC (0143); Alliance Medical Holdings, LLC (5945); Geneva Pharmacy, LLC (1929); Ohana Rx, LLC (1722); Benson Pharmacy, Inc. (6606); Kendall Pharmacy, Inc. (0825); Richardson Pharmacy, LLC (9566); Innovative Rx, LLC (9986); Charleston Rx, LLC (5852); On Track Rx, LLC (9021); Uinta Rx, LLC (7157); Goodman Pharmacy, LLC (9373); BrooksideRx, LLC (5927); Osceola Clinic Pharmacy, LLC (4886); Oak Creek Rx, LLC (9722); Waverly Pharmacy, LLC (7342); Newton Rx, LLC (9510); Lone Peak Rx, LLC (5973); Improve Rx, LLC (9120); New Jersey Rx, LLC (0035); Berkshire Pharmacy, LLC (9197); Health Saver Rx, LLC (7810); Best Rx, LLC (0346); Delaney Pharmacy, LLC (7497); New Life Pharmacy, LLC (8292); Skyline Health Services, LLC (6876); Stonybrook Pharmacy, LLC (7700); Woodward Drugs, LLC (2385); Bridgestone Pharmacy, LLC (5294); Brookhill Pharmacy, LLC (5296); Burbank Pharmacy, LLC (5227); Canyons Pharmacy, LLC (1744); Cheshire Pharmacy, LLC (6370); Conoly Pharmacy, LLC (0367); Cottonwood Pharmacy, LLC (5131); Galena Pharmacy, LLC (0672); Garnett Pharmacy, LLC (6505); Hawthorne Pharmacy, LLC (5345); Hazelwood Pharmacy, LLC (1088); Medina Pharmacy, LLC (8987); Raven Pharmacy, LLC (5671); Glendale Square Rx, Inc. (1022); Lockeford Rx, Inc. (1853); Pinnacle Pharmacy Solutions, LLC (9760); Riverfront Rx, LLC (7152); Riverbend Prescription Services, LLC (1862); Raven Pharmacy Holdings, LLC (2464); Bridgestone Pharmacy Holdings, LLC (2840); Crestwell Pharmacy Holdings, LLC (1503); Galena Pharmacy Holdings, LLC (8609); Geneva Rx Holdings, LLC (8247); Hawthorne Rx Holdings, LLC (9531); Woodward Rx Holdings, LLC (2173); Philadelphia Pharmacy Holdings, LLC (8526); Health Rx Holdings, LLC (0909); Canyon Medical, LLC (4915); Alliance Medical Administration, Inc. (2899); Ollin Pharmaceutical, LLC (9815); Alta Distributors, LLC (7407); Eat Great Café, LLC (2314); Alliance Health Networks, LLC (1815) . The Debtors' mailing address is Uplift Rx, LLC, 15462 FM 529, Houston, TX 77095

4844-2160-1435.2

Foley & Lardner LLP ("Foley") moves the Court for an amended order to correct typographical errors in the Order entered on June 14, 2019 as Docket No. 1128. Attached hereto as **Exhibit A** is the Amended Order Authorizing the Retention and Employment of Foley & Lardner LLP, as Counsel for The Official Committee of Unsecured Creditors *Nunc Pro Tunc* to May 1, 2019. Attached as **Exhibit B** is a blackline reflecting the revisions to the Order as compared to the previously filed version.

While the Order that was entered on the Docket contained the correct date in the appropriate so ordered paragraph (May 1, 2019), the actual title of the order and the first paragraph incorrectly stated that the engagement was *nunc pro tunc* to May 11, 2019. This Motion is intended only to correct the title and first paragraph of the as entered Order.

WHEREFORE, Foley & Lardner LLP requests that the attached Amended Order in this case be amended.

June 26, 2019  
Houston, Texas

Respectfully submitted,

*/s/Sean T. Wilson*
Sean T. Wilson (TX Bar No. 24077962)
FOLEY GARDERE
Foley & Lardner LLP
1000 Louisiana, Suite 2000
Houston, Texas 77002-5011
Email: swilson@foley.com
713-276-5619 (Telephone)/ 713-276-6619 (Fax)

-and-

Paul J. Labov (admitted pro hac)
Foley & Lardner LLP
90 Park Avenue
New York, NY 10016-1314
Email: plabov@foley.com
(212) 682-7474 (Telephone)/ (212) 687-2329 (Fax)

*Counsel for The Official Committee Of Unsecured Creditors*

## CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the foregoing *Motion to Amend Order Authorizing the Retention and Employment of Foley & Lardner LLP, as Counsel for The Official Committee of Unsecured Creditors Nunc Pro Tunc to May 1, 2019* was served on June 26, 2019 on all parties entitled to receive service through the Court's ECF system.

                  */s/Sean T. Wilson*
                   Sean T. Wilson