

ENTERED
08/05/2019

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| IN RE: | JOINTLY ADMINISTERED |
| UPLIFT RX, LLC, et al., | CASE NO. 17-32186-HI-11 |
| Debtors | CHAPTER 11 |

### ORDER GRANTING MOTION TO WITHDRAW

R. Stephen Jarrell is withdrawn as counsel in this proceeding.

Signed: August 05, 2019

_____
Marvin Isgur
United States Bankruptcy Judge