

ENTERED
06/21/2020

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| IN RE: | CASE NO.: 17-32186 |
|---|---|
| UPLIFT RX, LLC [5] | CHAPTER 11 |
| Debtor(s). | Jointly Administered |

**ORDER GRANTING MOTION TO APPROVE *STIPULATION*
*BY AND BETWEEN LIFESCAN, ROCHE, AND THE TRUSTEE*
*(A) RESOLVING ASSERTION OF PRIVILEGE BY TRUSTEE AND*
*(B) FURTHER AMENDING LIQUIDATING TRUST AGREEMENT*__

THIS MATTER came on for consideration of the *Motion to Approve Stipulation By and Between Lifescan, Roche, an the Trustee (A) Resolving Assertion of Privilege by Trustee and (B) Further Amending Liquidating Trust Agreement* (Doc. No. 1395) (the "Motion").[6]  The Motion was filed pursuant to BLR 9013-1(b), and no timely objections to the Motion were received.  After

---

[5] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Uplift Rx, LLC (9306); Belle Pharmacy, LLC (0143); Alliance Medical Holdings, LLC (5945); Geneva Pharmacy, LLC (1929); Ohana Rx, LLC (1722); Benson Pharmacy, Inc. (6606); Kendall Pharmacy, Inc. (0825); Richardson Pharmacy, LLC (9566); Innovative Rx, LLC (9986); Charleston Rx, LLC (5852); On Track Rx, LLC (9021); Uinta Rx, LLC (7157); Goodman Pharmacy, LLC (9373); BrooksideRx, LLC (5927); Osceola Clinic Pharmacy, LLC (4886); Oak Creek Rx, LLC (9722); Waverly Pharmacy, LLC (7342); Newton Rx, LLC (9510); Lone Peak Rx, LLC (5973); Improve Rx, LLC (9120); New Jersey Rx, LLC (0035); Berkshire Pharmacy, LLC (9197); Health Saver Rx, LLC (7810); Best Rx, LLC (0346); Delaney Pharmacy, LLC (7497); New Life Pharmacy, LLC (8292); Skyline Health Services, LLC (6876); Stonybrook Pharmacy, LLC (7700); Woodward Drugs, LLC (2385); Bridgestone Pharmacy, LLC (5294); Brookhill Pharmacy, LLC (5296); Burbank Pharmacy, LLC (5227); Canyons Pharmacy, LLC (1744); Cheshire Pharmacy, LLC (6370); Conoly Pharmacy, LLC (0367); Cottonwood Pharmacy, LLC (5131); Galena Pharmacy, LLC (0672); Garnett Pharmacy, LLC (6505); Hawthorne Pharmacy, LLC (5345); Hazelwood Pharmacy, LLC (1088); Medina Pharmacy, LLC (8987); Raven Pharmacy, LLC (5671); Glendale Square Rx, Inc. (1022); Lockeford Rx, Inc. (1853); Pinnacle Pharmacy Solutions, LLC (9760); Riverfront Rx, LLC (7152); Riverbend Prescription Services, LLC (1862); Raven Pharmacy Holdings, LLC (2464); Bridgestone Pharmacy Holdings, LLC (2840); Crestwell Pharmacy Holdings, LLC (1503); Galena Pharmacy Holdings, LLC (8609); Geneva Rx Holdings, LLC (8247); Hawthorne Rx Holdings, LLC (9531); Woodward Rx Holdings, LLC (2173); Philadelphia Pharmacy Holdings, LLC (8526); Health Rx Holdings, LLC (0909); Canyon Medical, LLC (4915); Alliance Medical Administration, Inc. (2899); Ollin Pharmaceutical, LLC (9815); Alta Distributors, LLC (7407); Eat Great Café, LLC (2314); Alliance Health Networks, LLC (1815) . The Debtors' mailing address is Uplift Rx, LLC, 15462 FM 529, Houston, TX 77095.

[6] All capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

4828-3229-6125.7

considering the record in this case and the Motion, the Court finds it appropriate to grant the Motion. Accordingly, it is

ORDERED

1. Omitted.

2. The Stipulation attached to the Motion as Exhibit B is approved.

3. The Trustee is authorized to waive all privileges held by the Liquidating Trust, including the attorney-client privilege, on the terms set forth in the Stipulation.

4. The Amended Liquidating Trust Agreement attached to the Motion as Exhibit C is approved, and the Trustee is authorized to execute and deliver the Amended Liquidating Trust Agreement.

5. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

Signed: June 20, 2020

Marvin Isgur
United States Bankruptcy Judge

4828-3229-6125.7