IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: | CASE NO.: 17-32186 |
| UPLIFT RX, LLC *et al* [1] | Chapter 11 |
| Debtors. | Jointly Administered |

### NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL
### FOR ALLIANCE HEALTH LIQUIDATING TRUST

PLEASE TAKE NOTICE that the law firm of Baker & Hostetler, LLP hereby withdraws as counsel for Mark Shapiro, in his capacity as Liquidating Trustee of the Alliance Health Liquidating Trust ("Trustee" and "Liquidating Trust," respectively) and the Liquidating Trust in the above-captioned bankruptcy cases effective as of April 9, 2021. Mr. Gary Marsh of the law firm of Troutman Pepper Hamilton Sanders LLP ("Troutman Pepper") filed a Notice of Appearance as counsel for the Trustee on April 9, 2021 (Doc. No. 1436). The Court granted Mr. Marsh's *Motion for Admission* Pro Hac Vice on April 12, 2021 (Doc. No. 1439). Accordingly, effective April 9, 2021, Mr. Marsh and Troutman Sanders shall be substituted as general counsel for the Trustee and Liquidating Trust in the above-captioned bankruptcy cases.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Uplift Rx, LLC (9306); Belle Pharmacy, LLC (0143); Alliance Medical Holdings, LLC (5945); Geneva Pharmacy, LLC (1929); Ohana Rx, LLC (1722); Benson Pharmacy, Inc. (6606); Kendall Pharmacy, Inc. (0825); Richardson Pharmacy, LLC (9566); Innovative Rx, LLC (9986); Charleston Rx, LLC (5852); On Track Rx, LLC (9021); Uinta Rx, LLC (7157); Goodman Pharmacy, LLC (9373); BrooksideRx, LLC (5927); Osceola Clinic Pharmacy, LLC (4886); Oak Creek Rx, LLC (9722); Waverly Pharmacy, LLC (7342); Newton Rx, LLC (9510); Lone Peak Rx, LLC (5973); Improve Rx, LLC (9120); New Jersey Rx, LLC (0035); Berkshire Pharmacy, LLC (9197); Health Saver Rx, LLC (7810); Best Rx, LLC (0346); Delaney Pharmacy, LLC (7497); New Life Pharmacy, LLC (8292); Skyline Health Services, LLC (6876); Stonybrook Pharmacy, LLC (7700); Woodward Drugs, LLC (2385); Bridgestone Pharmacy, LLC (5294); Brookhill Pharmacy, LLC (5296); Burbank Pharmacy, LLC (5227); Canyons Pharmacy, LLC (1744); Cheshire Pharmacy, LLC (6370); Conoly Pharmacy, LLC (0367); Cottonwood Pharmacy, LLC (5131); Galena Pharmacy, LLC (0672); Garnett Pharmacy, LLC (6505); Hawthorne Pharmacy, LLC (5345); Hazelwood Pharmacy, LLC (1088); Medina Pharmacy, LLC (8987); Raven Pharmacy, LLC (5671); Glendale Square Rx, Inc. (1022); Lockeford Rx, Inc. (1853); Pinnacle Pharmacy Solutions, LLC (9760); Riverfront Rx, LLC (7152); Riverbend Prescription Services, LLC (1862); Raven Pharmacy Holdings, LLC (2464); Bridgestone Pharmacy Holdings, LLC (2840); Crestwell Pharmacy Holdings, LLC (1503); Galena Pharmacy Holdings, LLC (8609); Geneva Rx Holdings, LLC (8247); Hawthorne Rx Holdings, LLC (9531); Woodward Rx Holdings, LLC (2173); Philadelphia Pharmacy Holdings, LLC (8526); Health Rx Holdings, LLC (0909); Canyon Medical, LLC (4915); Alliance Medical Administration, Inc. (2899); Ollin Pharmaceutical, LLC (9815); Alta Distributors, LLC (7407); Eat Great Café, LLC (2314); Alliance Health Networks, LLC (1815). The Debtors' mailing address is Uplift Rx, LLC, 15462 FM 529, Houston, TX 77095.

Dated: April 23, 2021

Respectfully submitted,

*/s/ Elizabeth A. Green*
Elizabeth A. Green, Esq.
egreen@bakerlaw.com
Jimmy D. Parrish, Esq.
jparrish@bakerlaw.com
BAKER & HOSTETLER LLP
So. Dis. Fed. ID 903144
200 S. Orange Avenue, Suite 2300
Orlando, Florida 32801
Telephone: (407) 649-4000
Facsimile: (407) 841-0168
*Former Counsel for the Trustee and Liquidating Trust*

*/s/ Gary W. Marsh*
Gary W. Marsh, Esq.
Ga. Bar No. 471290
gary.marsh@troutman.com
TROUTMAN SANDERS
600 Peachtree Street, NE, Suite 3000
Atlanta, GA 30308
Telephone: (404) 885-2752
*Counsel for the Trustee and Liquidating Trust*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 23, 2021, a true copy of the foregoing was filed with the Court using the CM/ECF System which will provide notice of such filing to all parties requesting such notice.

*/s/ Elizabeth A. Green*
Elizabeth A. Green, Esq.