| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 17-32186 |
|---|---|---|---|
| Debtor | In Re: | Uplift Rx, LCC et al. | |

This lawyer, who is admitted to the State Bar of _____Florida_____ :

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Marilee A. Mark<br>Cimo Mazer Mark PLLC<br>100 SE 2nd Street, Suite 3650<br>Miami, FL 33131<br>(305) 374-6483 (Main), (786) 301-4789 (Cell)<br>FL Bar No. 725961 |
|---|---|

Seeks to appear as the attorney for this party:

Mark Shapiro, Liquidating Trustee of the Alliance Health Liquidating Trust

| Dated: October 25, 2021 | Signed: /s/ Marilee A. Mark |
|---|---|

COURT USE ONLY: The applicant's state bar reports their status as: _____.

| Dated: | Signed: _____<br>Deputy Clerk |
|---|---|

**Order**

This lawyer is admitted *pro hac vice*.

Dated: _____    _____
United States Bankruptcy Judge