UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

In re: UPLIFT RX, LLC, et. al. § Case No. 17-32186
§ Lead Case No. 17-32186
§
Debtor(s) § ☒ Jointly Administered

# Post-confirmation Report

Chapter 11

Quarter Ending Date: 09/30/2021         Petition Date: 04/07/2017

Plan Confirmed Date: 08/08/2019         Plan Effective Date: 09/13/2019

This Post-confirmation Report relates to:   ◯ Reorganized Debtor
                                            ⦿ Other Authorized Party or Entity:  Alliance Health Liquidating Trust
                                                                                 Name of Authorized Party or Entity

/s/ Gary W. Marsh                                  Gary W. Marsh
Signature of Responsible Party                     Printed Name of Responsible Party

10/11/2021
Date
                                                   600 Peachtree Street NE, Suite 3000, Atlanta, GA 30308
                                                   Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-PCR (06/07/2021)            1

Debtor's Name UPLIFT RX, LLC, et. al.                                                   Case No. 17-32186

## Part 1: Summary of Post-confirmation Transfers

|  | Current Quarter | Total Since Effective Date |
|---|---:|---:|
| a. Total cash disbursements | $55,683 | $4,653,131 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $55,683 | $4,653,131 |

## Part 2: Preconfirmation Professional Fees and Expenses

| | | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---:|---:|---:|---:|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor | | *Aggregate Total* | $0 | $7,240,625 | $0 | $5,967,223 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | Baker Hostetler | Lead Counsel | $0 | $3,997,488 | $0 | $3,074,875 |
| | ii | GlassRatner dba B Riley Advisor | Financial Professional | $0 | $1,500,293 | $0 | $1,335,261 |
| | iii | Fox Rothschild | Other | $0 | $761,782 | $0 | $677,986 |
| | iv | FTI | Financial Professional | $0 | $54,142 | $0 | $54,142 |
| | v | Cohn Reznick | Financial Professional | $0 | $311,355 | $0 | $277,106 |
| | vi | Chapter 11 Trustee | Other | $0 | $615,565 | $0 | $547,853 |

| | | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---:|---:|---:|---:|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor | | *Aggregate Total* | $0 | $0 | $0 | $0 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | | | $0 | $0 | $0 | $0 |
| | ii | | | $0 | $0 | $0 | $0 |
| c. | All professional fees and expenses (debtor & committees) | | | $0 | $7,240,625 | $0 | $5,967,223 |

## Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan

|  | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---:|---:|---:|---:|---:|
| a. Administrative claims | $0 | $42,130 | $4,244,035 | $0 | 0% |
| b. Secured claims | $0 | $0 | $0 | $0 | 0% |
| c. Priority claims | $0 | $0 | $0 | $0 | 0% |
| d. General unsecured claims | $0 | $0 | $0 | $0 | 0% |
| e. Equity interests | $0 | $0 | $0 | | |

## Part 4: Questionnaire

a. Is this a final report?  Yes ◯  No ⦿
  If yes, give date Final Decree was entered: _____
  If no, give date when the application for Final Decree is anticipated: 12/31/2022
b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?  Yes ⦿  No ◯

| Debtor's Name UPLIFT RX, LLC, et. al. | Case No. 17-32186 |
|---|---|

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

| /s/ Mark Shapiro | Mark Shapiro |
|---|---|
| Signature of Responsible Party | Printed Name of Responsible Party |
| Liquidating Trustee | 10/11/2021 |
| Title | Date |