# UNITED STATES BANKRUPTCY COURT

### SOUTHERN DISTRICT OF TEXAS

### HOUSTON DIVISION

| | | |
|---|---|---|
| In re: UPLIFT RX, LLC, et. al. | § | Case No.  17-32186 |
| | § | |
| | § | Lead Case No.  17-32186 |
| _____ | § | |
| Debtor(s) | § | ☒ Jointly Administered |

## Post-confirmation Report
Chapter 11

Quarter Ending Date: 03/31/2022                      Petition Date: 04/07/2017

Plan Confirmed Date: 08/08/2019                    Plan Effective Date: 09/13/2019

This Post-confirmation Report relates to:  ◯ Reorganized Debtor

⦿ Other Authorized Party or Entity: Alliance Health Liquidating Trust

Name of Authorized Party or Entity

/s/ Gary W. Marsh                                    Gary W. Marsh
Signature of Responsible Party                       Printed Name of Responsible Party

04/18/2022
Date

                                                     600 Peachtree Street NE, Suite 3000, Atlanta, GA
                                                     30308
                                                     Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name UPLIFT RX, LLC, et. al.　　　　　　　　　　　　　　　Case No. 17-32186

## Part 1: Summary of Post-confirmation Transfers

|  | Current Quarter | Total Since Effective Date |
|---|---|---|
| a. Total cash disbursements | $68,126 | $4,758,534 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $68,126 | $4,758,534 |

## Part 2: Preconfirmation Professional Fees and Expenses

| | | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor | | *Aggregate Total* | $0 | $7,240,625 | $0 | $5,967,223 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| i | | Baker Hostetler | Lead Counsel | $0 | $3,997,488 | $0 | $3,074,875 |
| ii | | B Riley Advisory Services | Financial Professional | $0 | $1,500,293 | $0 | $1,335,261 |
| iii | | Fox Rothschild | Other | $0 | $761,782 | $0 | $677,986 |
| iv | | FTI | Financial Professional | $0 | $54,142 | $0 | $54,142 |
| v | | Cohn Reznick | Financial Professional | $0 | $311,355 | $0 | $277,106 |
| vi | | Chapter 11 Trustee | Other | $0 | $615,565 | $0 | $547,853 |
| vii | | | | | | | |
| viii | | | | | | | |
| ix | | | | | | | |
| x | | | | | | | |
| xi | | | | | | | |
| xii | | | | | | | |
| xiii | | | | | | | |
| xiv | | | | | | | |
| xv | | | | | | | |
| xvi | | | | | | | |
| xvii | | | | | | | |
| xviii | | | | | | | |
| xix | | | | | | | |
| xx | | | | | | | |
| xxi | | | | | | | |
| xxii | | | | | | | |
| xxiii | | | | | | | |
| xxiv | | | | | | | |
| xxv | | | | | | | |
| xxvi | | | | | | | |
| xxvii | | | | | | | |
| xxviii | | | | | | | |
| xxix | | | | | | | |

Debtor's Name UPLIFT RX, LLC, et. al.                                    Case No.  17-32186

| | | | | | |
|---|---|---|---|---|---|
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |

Debtor's Name UPLIFT RX, LLC, et. al.                                    Case No.  17-32186

| | | | | | |
|---|---|---|---|---|---|
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxiii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |
| xcix | | | | | |
| c | | | | | |
| ci | | | | | |

| | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor          *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | | Firm Name | Role | | | |
| | i | | | | | |
| | ii | | | | | |
| | iii | | | | | |
| | iv | | | | | |
| | v | | | | | |
| | vi | | | | | |

Debtor's Name UPLIFT RX, LLC, et. al.                                    Case No.  17-32186

| | | | | | |
|---|---|---|---|---|---|
| vii | | | | | |
| viii | | | | | |
| ix | | | | | |
| x | | | | | |
| xi | | | | | |
| xii | | | | | |
| xiii | | | | | |
| xiv | | | | | |
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |

UST Form 11-PCR (12/01/2021)

Debtor's Name UPLIFT RX, LLC, et. al.                                    Case No.  17-32186

| | | | | | |
|---|---|---|---|---|---|
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxiii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |

UST Form 11-PCR (12/01/2021)                                    6

Debtor's Name UPLIFT RX, LLC, et. al.                                            Case No.  17-32186

| | | | | | | |
|---|---|---|---|---|---|---|
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | $0 | $7,240,625 | $0 | $5,967,223 |

**Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan**

| | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---|---|---|---|---|
| a. Administrative claims | $0 | $0 | $522,542 | $0 | 0% |
| b. Secured claims | $0 | $0 | $0 | $0 | 0% |
| c. Priority claims | $0 | $0 | $0 | $0 | 0% |
| d. General unsecured claims | $0 | $0 | $0 | $0 | 0% |
| e. Equity interests | $0 | $0 | $0 | | |

**Part 4: Questionnaire**

a. Is this a final report?                                                        Yes ◯  No ⦿

    If yes, give date Final Decree was entered: _____

    If no, give date when the application for Final Decree is anticipated: _____

b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?        Yes ⦿  No ◯

UST Form 11-PCR (12/01/2021)                                7

Debtor's Name UPLIFT RX, LLC, et. al.                                    Case No.  17-32186

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes.  For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records."  *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/ rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee.  11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

/s/ Mark Shapiro                                         Mark Shapiro
Signature of Responsible Party                           Printed Name of Responsible Party

Liquidating Trustee                                      04/18/2022
Title                                                    Date

Debtor's Name UPLIFT RX, LLC, et. al.                    Case No.  17-32186



Page 1

Other Page 1



Page 2 Minus Tables



Bankruptcy Table 1-50

Debtor's Name UPLIFT RX, LLC, et. al.                                    Case No.  17-32186



Bankruptcy Table 51-100

Non-Bankruptcy Table 1-50

Non-Bankruptcy Table 51-100

Part 3, Part 4, Last Page

**CASE NAME:**          **UPLIFT RX, LLC ET AL.**
**CASE NUMBER:**          **17-32186**

**Notes to the Liquidating Trustee's Post-Confirmation Report of the Alliance Health Liquidating Trust**

---

**General:**

**(1)** Part 3a:  Recoveries of the Holders of Claims and Interests under Confirmed Plan, Administrative Claims:  In prior reporting periods, the cumulative amount paid to the administrative claimants included payments to the post-petition professionals.  This has been corrected on the enclosed Post-Confirmation Report and includes only the post-confirmation payments to the professionals addressed in the Plan.

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | } | CASE NO:  17-32186 |
| | } | |
| UPLIFT RX, LLC, et al. | } | CHAPTER 11 |
| | } | |
| | } | **Jointly Administered** |
| | } | |
| Debtor(s). | } | **JUDGE MARVIN ISGUR** |
| | } | |

---

### LIQUIDATING TRUSTEE'S  POST-CONFIRMATION
### QUARTERLY OPERATING REPORT
### FOR THE PERIOD

**FROM** <u>January 1, 2022</u> **TO** <u>March 31, 2022</u>

Comes now the above-named debtor and files its Post-Confirmation Quarterly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated: <u>April 18, 2022</u>

/s/ Gary W. Marsh
Attorney for Liquidating Trustee

Liquidating Trustee Address
and Phone Number:
Mark Shapiro, Liquidating Trustee
c/o B. Riley Advisory Services
3500 Maple Avenue, Suite 420
Dallas, TX  75219
(972) 794-1056
mshapiro@brileyfin.com

Attorney's Address
and Phone Number:
Gary W. Marsh
Troutman Pepper Sanders Hamilton LLP
Georgia Bar No. 471290
600 Peachtree Street, NE
Suite 3000
Atlanta, GA 30308
Tel (404) 885-2752
gary.marsh@troutman.com

QUARTERLY OPERATING REPORT -
POST CONFIRMATION

ATTACHMENT NO. 1

| QUESTIONNAIRE | | |
|---|---|---|
| | YES* | NO |
| 1. Have any assets been sold or transferred outside the normal course of business, or outside the Plan of Reorganization during this reporting period? | | X |
| 2. Are any post-confirmation sales or payroll taxes past due? | | X |
| 3. Are any amounts owed to post-confirmation creditors/vendors over 90 days delinquent? | | X |
| 4. Is the Debtor current on all post-confirmation plan payments? | X | |
| | | |

**If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.*

| INSURANCE INFORMATION | | |
|---|---|---|
| | YES | NO* |
| 1. Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | N/A | |
| 2. Are all premium payments current? | N/A | |

**If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.*

| CONFIRMATION OF INSURANCE | | | | |
|---|---|---|---|---|
| TYPE of POLICY        and        CARRIER | | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD: |
|---|
| |
| **Estimated Date of Filing the Application for Final Decree:  TBD** |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This 18th  day of  April  2022

_____
Liquidating Trustee's Signature

QUARTERLY OPERATING REPORT -
POST CONFIRMATION

**ATTACHMENT NO. 2**

## CHAPTER 11 POST-CONFIRMATION
## SCHEDULE OF RECEIPTS AND DISBURSEMENTS

| | |
|---|---|
| **Case Name:** | **UPLIFT RX, LLC, et al.** |
| **Case Number: 17-32186** | |
| **Date of Plan Confirmation: August 8, 2019 (Effective Date September 13, 2019) [Note 1]** | |

| | | Quarterly | Post Confirmation Total |
|---|---|---|---|
| 1. | **CASH (Beginning of Period)** | $ 1,200,248.22 | $ 3,049,895.05 |
| 2. | **INCOME or RECEIPTS during the Period** | $ 14.58 | $ 2,840,776.15 |
| 3. | **DISBURSEMENTS [Note 2]** | | |
| a. | **Operating Expenses (Fees/Taxes):** | | |
| (i) | U.S. Trustee Quarterly Fees | $ 16,216.38 | $ 252,748.64 |
| (ii) | Federal Taxes | - | - |
| (iii) | State Taxes | - | - |
| (iv) | Other Taxes | - | 164.12 |
| | | - | |
| b. | **All Other Operating Expenses:** | $ 51,909.26 | $ 3,983,079.68 |
| | | | |
| c. | **Plan Payments:** | | |
| (i) | Administrative Claims [ Note 3] | $ - | $ 522,541.60 |
| (ii) | Class 1 - Priority Non Tax Claims | - | - |
| (iii) | Class 2 - Zions Bank Claims | - | - |
| (iv) | Class 3 - Ad Valorem Tax Claims | - | - |
| (v) | Class 4 - RA Health Claim Against Uplift Rx, LLC | - | - |
| (vi) | Class 5 - Unsecured Claims Against Corporate Debtors | - | - |
| (vii) | Total from Attachment 3 | - | - |
| | *(Attach additional pages as needed)* | | |
| | **Total Disbursements (Operating & Plan)** | $ 68,125.64 | $ 4,758,534.04 |
| 1. | **CASH (End of Period)** | $ 1,132,137.16 | $ 1,132,137.16 |

**Notes:**

**[1]** Per Doc. No. 1319, Notice of Occurrence of Effective Date, the Effective Date of the Amended Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code of Uplift Rx, LLC and Its Debtor Affiliates (Doc. No. 1124) as supplemented by the Plan Supplement (Doc. No. 1153) (the "Plan") occurred on September 13, 2019.  Therefore, the reporting period for the Debtor's first Post-Confirmation Quarterly Operating Report is from September 13, 2019 through October 31, 2019.

**[2]** Disbursements come out of Alliance Medical Holdings, LLC account.  See attachment for complete listing of entities.

**[3]**  In prior reporting periods, the cumulative amount paid to the administrative claimants included payments to the post-petition professionals.  This has been corrected on the enclosed Post-Confirmation Report and includes only the post-confirmation payments to the professionals addressed in the Plan.

QUARTERLY OPERATING REPORT -
POST CONFIRMATION

ATTACHMENT NO. 2 (continued)

### CHAPTER 11 POST-CONFIRMATION
### SCHEDULE OF RECEIPTS AND DISBURSEMENTS
### PLAN PAYMENTS (CONTINUED)

| Case Name: | **UPLIFT RX, LLC, et al.** |
|---|---|
| **Case Number:** | **17-32186** |
| **Date of Plan Confirmation: Date of Plan Confirmation:  August 8, 2019 (Effective Date September 13, 2019) [Note 1]** | |

| | | Quarterly | Post Confirmation Total |
|---|---|---|---|
| c. | **Plan Payments (continued):** | | |
| (i) | Class 6 - Unsecured Claims Against Uplift Rx, LLC | $ - | $ - |
| (ii) | Class 7 - Unsecured Claims Against Belle Pharmacy, LLC | - | - |
| (iii) | Class 8 - Unsecured Claims Against Benson Pharmacy, LLC | - | - |
| (iv) | Class 9 - Unsecured Claims Against Bridgestone Pharmacy, LLC | - | - |
| (v) | Class 10 - Unsecured Claims Against Brookhill Pharmacy, LLC | - | - |
| (vi) | Class 11 - Unsecured Claims Against Brookside Rx, LLC | - | - |
| (viii) | Class 12 - Unsecured Claims Against Canyon Medical, LLC | - | - |
| (ix) | Class 13 - Unsecured Claims Against Charleston Rx, LLC. | - | - |
| (x) | Class 14 - Unsecured Claims Against Cheshire Pharmacy, LLC. | - | - |
| (xi) | Class 15 - Unsecured Claims Against Conoly Pharmacy, LLC. | - | - |
| (xii) | Class 16 - Unsecured Claims Against Cottonwood Pharmacy, LLC | - | - |
| (xiii) | Class 17 - Unsecured Claims Against Delaney Pharmacy, LLC. | - | - |
| (xiv) | Class 18 - Unsecured Claims Against Galena Pharmacy, LLC | - | - |
| (xv) | Class 19 - Unsecured Claims Against Garnett Pharmacy, LLC | - | - |
| (xvi) | Class 20 - Unsecured Claims Against Geneva Pharmacy, LLC | - | - |
| (xvii) | Class 21 - Unsecured Claims Against v Glendale Square Rx, In | - | - |
| (xviii) | Class 22 - Unsecured Claims Against Goodman Pharmacy, LLC | - | - |
| (xix) | Class 23 - Unsecured Claims Against Hawthorne Pharmacy, LLC | - | - |
| (xx) | Class 24 - Unsecured Claims Against Hazelwood Pharmacy, LLC | - | - |
| (xxi) | Class 25 - Unsecured Claims Against Health Saver Rx, LLC | - | - |
| (xxii) | Class 26 - Unsecured Claims Against Improve Rx, LLC. | - | - |
| (xxiii) | Class 27 - Unsecured Claims Against Innovative Rx, LLC | - | - |
| (xxiv) | Class 28 - Unsecured Claims Against Kendall Pharmacy, LLC | - | - |
| (xxv) | Class 29 - Unsecured Claims Against Lockeford Rx, LLC | - | - |
| (xxvi) | Class 30 - Unsecured Claims Against Lone Peak Rx, LLC | - | - |
| (xxvii) | Class 31 - Unsecured Claims Against Medina Pharmacy, LLC | - | - |
| (xxviii) | Class 32 - Unsecured Claims Against New Jersey Rx, LLC. | - | - |
| (xxix) | Class 33 - Unsecured Claims Against Newton Rx, LLC | - | - |
| (xxx) | Class 34 - Unsecured Claims Against Oak Creek Rx, LLC | - | - |
| (xxxi) | Class 35 - Unsecured Claims Against Ohana Rx, LLC | - | - |
| (xxxii) | Class 36 - Unsecured Claims Against On Track Rx, LLC | - | - |
| (xxxiii) | Class 37 - Unsecured Claims Against Osceola Clinic Pharmacy, LLC | - | - |
| (xxxiv) | Class 38 - Unsecured Claims Against Raven Pharmacy, LLC | - | - |
| (xxxv) | Class 39 - Unsecured Claims Against Richardson Pharmacy, LLC | - | - |
| (xxxvi) | Class 40 - Unsecured Claims Against Riverbend Prescription Services, LLC | - | - |
| (xxxvii) | Class 41 - Unsecured Claims Against Stonybrook Pharmacy, LLC | - | - |
| (xxxviii) | Class 42 - Unsecured Claims Against Uinta Rx, LLC | - | - |
| (xxxiv) | Class 43 - Unsecured Claims Against Waverly Pharmacy, LLC | - | - |
| (xxxv) | Class 44 - Unsecured Claims Against Woodward Drugs, LLC. | - | - |
| (xxxvi) | Class 45 - Equity Interests | - | - |
| | **Total Plan Payments (Attachment 2, continued)** | $ - | $ - |

**Uplift Rx, LLC, et al., Case No. 17-32186, Jointly Administered**
**2022 Q1 - Post-Confirmation Disbursements by Entity**

| No. | Case No. | Account No. | Case Name | January | February | March | Total Disbursements |
|---|---|---|---|---|---|---|---|
| 1 | 17-32188 | 414-17-32188 | Alliance Medical Holdings, LLC | $ 8,759.75 | $ 8,681.63 | $ 50,684.26 | $ 68,125.64 |
| 2 | 17-32187 | 414-17-32187 | Belle Pharmacy, LLC | - | - | - | - |
| 3 | 17-32191 | 414-17-32191 | Benson Pharmacy, Inc. | - | - | - | - |
| 4 | 17-32207 | 414-17-32207 | Berkshire Pharmacy, LLC[1] | - | - | - | - |
| 5 | 17-32209 | 414-17-32209 | Best Rx, LLC[1] | - | - | - | - |
| 6 | 17-32235 | 414-17-32235 | Bridgestone Pharmacy Holdings, LLC[1] | - | - | - | - |
| 7 | 17-32215 | 414-17-32215 | Bridgestone Pharmacy, LLC | - | - | - | - |
| 8 | 17-32216 | 414-17-32216 | Brookhill Pharmacy, LLC | - | - | - | - |
| 9 | 17-32199 | 414-17-32199 | BrooksideRx, LLC | - | - | - | - |
| 10 | 17-32217 | 414-17-32217 | Burbank Pharmacy, LLC[1] | - | - | - | - |
| 11 | 17-32243 | 414-17-32243 | Canyon Medical, LLC | - | - | - | - |
| 12 | 17-32218 | 414-17-32218 | Canyons Pharmacy, LLC[1] | - | - | - | - |
| 13 | 17-32195 | 414-17-32195 | Charleston Rx, LLC | - | - | - | - |
| 14 | 17-32219 | 414-17-32219 | Cheshire Pharmacy, LLC | - | - | - | - |
| 15 | 17-32220 | 414-17-32220 | Conoly Pharmacy, LLC | - | - | - | - |
| 16 | 17-32221 | 414-17-32221 | Cottonwood Pharmacy, LLC | - | - | - | - |
| 17 | 17-32236 | 414-17-32236 | Crestwell Pharmacy Holdings, LLC[1] | - | - | - | - |
| 18 | 17-32210 | 414-17-32210 | Delaney Pharmacy, LLC | - | - | - | - |
| 19 | 17-32237 | 414-17-32237 | Galena Pharmacy Holdings, LLC[1] | - | - | - | - |
| 20 | 17-32222 | 414-17-32222 | Galena Pharmacy, LLC | - | - | - | - |
| 21 | 17-32223 | 414-17-32223 | Garnett Pharmacy, LLC | - | - | - | - |
| 22 | 17-32189 | 414-17-32189 | Geneva Pharmacy, LLC | - | - | - | - |
| 23 | 17-32238 | 414-17-32238 | Geneva Rx Holdings, LLC[1] | - | - | - | - |
| 24 | 17-32229 | 414-17-32229 | Glendale Square Rx, Inc. | - | - | - | - |
| 25 | 17-32198 | 414-17-32198 | Goodman Pharmacy, LLC | - | - | - | - |
| 26 | 17-32224 | 414-17-32224 | Hawthorne Pharmacy, LLC | - | - | - | - |
| 27 | 17-32239 | 414-17-32239 | Hawthorne Rx Holdings, LLC[1] | - | - | - | - |
| 28 | 17-32225 | 414-17-32225 | Hazelwood Pharmacy, LLC | - | - | - | - |
| 29 | 17-32242 | 414-17-32242 | Health Rx Holdings, LLC[1] | - | - | - | - |
| 30 | 17-32208 | 414-17-32208 | Health Saver Rx, LLC | - | - | - | - |
| 31 | 17-32205 | 414-17-32205 | Improve Rx, LLC | - | - | - | - |
| 32 | 17-32194 | 414-17-32194 | Innovative Rx, LLC | - | - | - | - |
| 33 | 17-32192 | 414-17-32192 | Kendall Pharmacy, Inc. | - | - | - | - |
| 34 | 17-32230 | 414-17-32230 | Lockeford Rx, Inc. | - | - | - | - |
| 35 | 17-32204 | 414-17-32204 | Lone Peak Rx, LLC | - | - | - | - |
| 36 | 17-32227 | 414-17-32227 | Medina Pharmacy, LLC | - | - | - | - |
| 37 | 17-32206 | 414-17-32206 | New Jersey Rx, LLC | - | - | - | - |
| 38 | 17-32203 | 414-17-32203 | Newton Rx, LLC | - | - | - | - |
| 39 | 17-32201 | 414-17-32201 | Oak Creek Rx, LLC | - | - | - | - |
| 40 | 17-32190 | 414-17-32190 | Ohana Rx, LLC | - | - | - | - |
| 41 | 17-32196 | 414-17-32196 | On Track Rx, LLC | - | - | - | - |
| 42 | 17-32200 | 414-17-32200 | Osceola Clinic Pharmacy LLC | - | - | - | - |
| 43 | 17-32241 | 414-17-32241 | Philadelphia Pharmacy Holdings, LLC[1] | - | - | - | - |
| 44 | 17-32234 | 414-17-32234 | Raven Pharmacy Holdings, LLC[1] | - | - | - | - |
| 45 | 17-32228 | 414-17-32228 | Raven Pharmacy, LLC | - | - | - | - |
| 46 | 17-32193 | 414-17-32193 | Richardson Pharmacy, LLC | - | - | - | - |
| 47 | 17-32233 | 414-17-32233 | Riverbend Prescription Services, LLC | - | - | - | - |
| 48 | 17-32213 | 414-17-32213 | Stonybrook Pharmacy, LLC | - | - | - | - |
| 49 | 17-32197 | 414-17-32197 | Uinta Rx, LLC | - | - | - | - |
| 50 | 17-32186 | 414-17-32186 | Uplift Rx, LLC | - | - | - | - |
| 51 | 17-32202 | 414-17-32202 | Waverly Pharmacy, LLC | - | - | - | - |
| 52 | 17-32214 | 414-17-32214 | Woodward Drugs, LLC | - | - | - | - |
| 53 | 17-32240 | 414-17-32240 | Woodward Rx Holdings, LLC[1] | - | - | - | - |
| | | | Total | $ 8,759.75 | $ 8,681.63 | $ 50,684.26 | $ 68,125.64 |

**Notes:**
**(1)** On July 1, 2020, the court entered the Order dismissing the Chapter 11 Case [ECF No. 1407].

**QUARTERLY
OPERATING REPORT -
POST CONFIRMATION**

**ATTACHMENT NO. 3**

### CHAPTER 11 POST-CONFIRMATION
### BANK ACCOUNT RECONCILIATIONS
#### January 2022

| Bank Account Information | Account #1 | Account #2 | Account #3 | Total |
|---|---|---|---|---|
| Name of Bank: | Signature Bank | Signature Bank | Signature Bank | |
| Account Number: | *2912 | *2920 | *3227 | |
| Purpose of Account (Operating/Payroll/Tax) | Bankruptcy Operating | Bankruptcy IMMA | Bankruptcy | |
| Type of Account (e.g. checking) | Checking | Checking | Checking | |
| | | | | |
| 1.  Balance per Bank Statement | $          62,732.30 | $          103,812.36 | 1,024,950.00 | $          1,191,494.66 |
| 2.  **ADD**:  Deposits not credited | - | - | - | - |
| 3.  **SUBTRACT**:  Outstanding Checks | - | - | - | - |
| 4.  Other Reconciling Items | - | - | - | - |
| | | | | |
| 5.  **Month End Balance** (Must Agree with Books) | $          62,732.30 | $          103,812.36 | 1,024,950.00 | $          1,191,494.66 |
| | | | | |

**Note:  Attach copy of each bank statement and bank reconciliation.**

| Investment Account Information<br><br>Bank / Account Name  / Number | Date of Purchase | Type of Instrument | | Current Value |
|---|---|---|---|---|
| N/A | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Note:  Attach copy of each investment account statement.**



## SIGNATURE BANK

565 Fifth Avenue, 12ᵗʰ Floor
New York, NY 10017

Statement Period
From January  01, 2022
To   January  31, 2022
Page   1 of   2

PRIVATE CLIENT GROUP 316
950 THIRD AVENUE
NEW YORK, NY 10022

ALLIANCE MEDICAL HOLDINGS LLC DEBTOR    9-316
RONALD L GLASS AS TRUSTEE
CASE# 1732186
3445 PEACHTREE ROAD, SUITE 1225
ATLANTA GA  30326              999          See Back for Important Information

Primary Account: ████2912        1

IMPORTANT MESSAGE ABOUT IDENTITY THEFT! SIGNATURE BANK WILL NEVER
ASK YOU TO PROVIDE PERSONAL OR BUSINESS ACCOUNT INFORMATION THROUGH
E-MAIL. IF YOU RECEIVE ANY E-MAIL OR OTHER INQUIRY THAT APPEARS TO COME
FROM SIGNATURE, DO NOT RESPOND TO IT OR CLICK ON ANY LINKS INCLUDED IN
THE E-MAIL. INSTEAD, CALL US TOLL-FREE AT 1-866-SIGLINE OR CONTACT
YOUR ACCOUNT OFFICER. FOR MORE INFORMATION ON IDENTITY THEFT, VISIT
OUR WEBSITE AT WWW.SIGNATURENY.COM. CLICK ON "ABOUT US", "PRIVACY
& SECURITY", "IDENTITY THEFT" FOR MORE INFORMATION ON SAFEGUARDING YOUR
IDENTITY AND PERSONAL INFORMATION.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| ████2912    BANKRUPTCY CHECKING | | 21,492.05 | 62,732.30 |
| RELATIONSHIP    TOTAL | | | 62,732.30 |

**SIGNATURE BANK**

```
                                        Statement Period
                                   From January   01, 2022
                                   To    January  31, 2022
                                   Page     2 of     2

                                   PRIVATE CLIENT GROUP 316
                                   950 THIRD AVENUE
                                   NEW YORK, NY 10022


        ALLIANCE MEDICAL HOLDINGS LLC DEBTOR     9-316
        RONALD L GLASS AS TRUSTEE
        CASE# 1732186
        3445 PEACHTREE ROAD, SUITE 1225
        ATLANTA GA  30326                999          See Back for Important Information


                                              Primary Account: ████2912          1
```

BANKRUPTCY CHECKING          ████2912


Summary

```
  Previous Balance as of January   01, 2022                            21,492.05
          1 Credits                                                    50,000.00
          1 Debits                                                      8,759.75
  Ending Balance as of    January   31, 2022                           62,732.30
```

Deposits and Other Credits
```
  Jan 27  ONLINE TRANSFER CREDIT                                       50,000.00
          ONLINE XFR FROM: XXXXXX2920
```

Checks by Serial Number
```
  Jan 06       45          8,759.75
```

Daily Balances
```
  Dec 31      21,492.05                 Jan 27       62,732.30
  Jan 06      12,732.30
```



# SIGNATURE BANK

565 Fifth Avenue, 12th Floor
New York, NY 10017

Statement Period
From January   01, 2022
To    January   31, 2022
Page    1 of     2

PRIVATE CLIENT GROUP 316
950 THIRD AVENUE
NEW YORK, NY 10022

ALLIANCE MEDICAL HOLDINGS LLC DEBTOR    8-316
RONALD L GLASS AS TRUSTEE
CASE# 1732186
3445 PEACHTREE ROAD, SUITE 1225
ATLANTA GA  30326              999            See Back for Important Information

Primary Account: ███2920          0

IMPORTANT MESSAGE ABOUT IDENTITY THEFT! SIGNATURE BANK WILL NEVER
ASK YOU TO PROVIDE PERSONAL OR BUSINESS ACCOUNT INFORMATION THROUGH
E-MAIL. IF YOU RECEIVE ANY E-MAIL OR OTHER INQUIRY THAT APPEARS TO COME
FROM SIGNATURE, DO NOT RESPOND TO IT OR CLICK ON ANY LINKS INCLUDED IN
THE E-MAIL. INSTEAD, CALL US TOLL-FREE AT 1-866-SIGLINE OR CONTACT
YOUR ACCOUNT OFFICER. FOR MORE INFORMATION ON IDENTITY THEFT, VISIT
OUR WEBSITE AT WWW.SIGNATURENY.COM. CLICK ON "ABOUT US", "PRIVACY
& SECURITY", "IDENTITY THEFT" FOR MORE INFORMATION ON SAFEGUARDING YOUR
IDENTITY AND PERSONAL INFORMATION.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| ███2920 | BANKRUPTCY IMMA | 153,806.17 | 103,812.36 |
| | RELATIONSHIP     TOTAL | | 103,812.36 |

# SIGNATURE BANK

PRIVATE CLIENT GROUP 316
950 THIRD AVENUE
NEW YORK, NY 10022

ALLIANCE MEDICAL HOLDINGS LLC DEBTOR    8-316
RONALD L GLASS AS TRUSTEE
CASE# 1732186
3445 PEACHTREE ROAD, SUITE 1225
ATLANTA GA  30326                999                     See Back for Important Information

Primary Account: ▇▇▇▇2920          0

BANKRUPTCY IMMA              ▇▇▇▇2920

Interest Paid Previous Year                                                95.81

Summary

Previous Balance as of January  01, 2022                           153,806.17
        1 Credits                                                         6.19
        1 Debits                                                     50,000.00
Ending Balance as of   January  31, 2022                           103,812.36

Deposits and Other Credits
Jan 31  Interest Paid                                                     6.19

Withdrawals and Other Debits
Jan 27  ONLINE TRANSFER DEBIT                                       50,000.00
        ONLINE XFR TO: XXXXXX2912

Daily Balances
Dec 31         153,806.17          Jan 31         103,812.36
Jan 27         103,806.17

```
*===========================  Interest Summary  ===========================*
*  Year-To-Date Interest            6.19                                   *
*  Interest Paid This Period        6.19     Annual Percentage Yield Earned  0.05 %   *
*  Avg. Balance this Period     145,741.65    Days in Period            31    *
*===========================================================================*
```



## SIGNATURE BANK

565 Fifth Avenue, 12th Floor
New York, NY 10017

```
                                        Statement Period
                                        From January   01, 2022
                                        To   January   31, 2022
                                        Page     1 of     2

                                        PRIVATE CLIENT GROUP 316
                                        950 THIRD AVENUE
                                        NEW YORK, NY 10022
```

```
         ALLIANCE HEALTH LIQUIDATING TRUST       5-316
         MARK D SHAPIRO TRUSTEE
         3500 MAPLE AVE SUITE 350
         DALLAS TX  75219
```

                                            See Back for Important Information

                                    Primary Account: ▮▮▮▮3227          0

```
         IMPORTANT MESSAGE ABOUT IDENTITY THEFT! SIGNATURE BANK WILL NEVER
         ASK YOU TO PROVIDE PERSONAL OR BUSINESS ACCOUNT INFORMATION THROUGH
         E-MAIL. IF YOU RECEIVE ANY E-MAIL OR OTHER INQUIRY THAT APPEARS TO COME
         FROM SIGNATURE, DO NOT RESPOND TO IT OR CLICK ON ANY LINKS INCLUDED IN
         THE E-MAIL. INSTEAD, CALL US TOLL-FREE AT 1-866-SIGLINE OR CONTACT
         YOUR ACCOUNT OFFICER. FOR MORE INFORMATION ON IDENTITY THEFT, VISIT
         OUR WEBSITE AT WWW.SIGNATURENY.COM. CLICK ON "ABOUT US", "PRIVACY
         & SECURITY", "IDENTITY THEFT" FOR MORE INFORMATION ON SAFEGUARDING YOUR
         IDENTITY AND PERSONAL INFORMATION.
```

| Signature Relationship Summary | Opening Bal. | Closing Bal. |
|---|---|---|
| BANK DEPOSIT ACCOUNTS | | |
| ▮▮▮▮3227     SIGNATURE CHECKING | 1,024,950.00 | 1,024,950.00 |
| RELATIONSHIP TOTAL | | 1,024,950.00 |

SIGNATURE BANK

Statement Period
From January   01, 2022
To    January   31, 2022
Page      2 of      2

PRIVATE CLIENT GROUP 316
950 THIRD AVENUE
NEW YORK, NY 10022

ALLIANCE HEALTH LIQUIDATING TRUST        5-316
MARK D SHAPIRO TRUSTEE
3500 MAPLE AVE SUITE 350
DALLAS TX  75219

See Back for Important Information

Primary Account: ████3227          0

SIGNATURE CHECKING          ████3227


Summary

  Previous Balance as of January   01, 2022                                      1,024,950.00

  There was no deposit activity during this statement period

  Ending Balance as of   January   31, 2022                                      1,024,950.00


Rates for this statement period - Overdraft
Jan 01, 2022   13.000000 %

**QUARTERLY OPERATING REPORT -**
**POST CONFIRMATION**

**ATTACHMENT NO. 3**

### CHAPTER 11 POST-CONFIRMATION
### BANK ACCOUNT RECONCILIATIONS
**February 2022**

| Bank Account Information | Account #1 | Account #2 | Account #3 | Total |
|---|---|---|---|---|
| **Name of Bank:** | **Signature Bank** | **Signature Bank** | **Signature Bank** | |
| **Account Number:** | ***2912** | ***2920** | ***3227** | |
| **Purpose of Account (Operating/Payroll/Tax)** | **Bankruptcy Operating** | **Bankruptcy IMMA** | **Bankruptcy** | |
| **Type of Account (e.g. checking)** | **Checking** | **Checking** | **Checking** | |
| 1. **Balance per Bank Statement** | $ 55,275.67 | $ 103,816.34 | 1,023,725.00 | $ 1,182,817.01 |
| 2. **ADD:** Deposits not credited | - | - | - | - |
| 3. **SUBTRACT:** Outstanding Checks | - | - | - | - |
| 4. Other Reconciling Items | - | - | - | - |
| 5. **Month End Balance** (Must Agree with Books) | $ 55,275.67 | $ 103,816.34 | 1,023,725.00 | $ 1,182,817.01 |

**Note:  Attach copy of each bank statement and bank reconciliation.**

| Investment Account Information<br><br>Bank / Account Name  / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| N/A | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Note:  Attach copy of each investment account statement.**



# SIGNATURE BANK

565 Fifth Avenue, 12th Floor
New York, NY 10017

Statement Period
From February 01, 2022
To   February 28, 2022
Page   1 of   2

PRIVATE CLIENT GROUP 316
950 THIRD AVENUE
NEW YORK, NY 10022

ALLIANCE MEDICAL HOLDINGS LLC DEBTOR    9-316
RONALD L GLASS AS TRUSTEE
CASE# 1732186
3445 PEACHTREE ROAD, SUITE 1225
ATLANTA GA  30326              999          See Back for Important Information

Primary Account: ████2912        1

IMPORTANT MESSAGE ABOUT IDENTITY THEFT! SIGNATURE BANK WILL NEVER
ASK YOU TO PROVIDE PERSONAL OR BUSINESS ACCOUNT INFORMATION THROUGH
E-MAIL. IF YOU RECEIVE ANY E-MAIL OR OTHER INQUIRY THAT APPEARS TO COME
FROM SIGNATURE, DO NOT RESPOND TO IT OR CLICK ON ANY LINKS INCLUDED IN
THE E-MAIL. INSTEAD, CALL US TOLL-FREE AT 1-866-SIGLINE OR CONTACT
YOUR ACCOUNT OFFICER. FOR MORE INFORMATION ON IDENTITY THEFT, VISIT
OUR WEBSITE AT WWW.SIGNATURENY.COM. CLICK ON "ABOUT US", "PRIVACY
& SECURITY", "IDENTITY THEFT" FOR MORE INFORMATION ON SAFEGUARDING YOUR
IDENTITY AND PERSONAL INFORMATION.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| ████2912 | BANKRUPTCY CHECKING | 62,732.30 | 55,275.67 |
| | RELATIONSHIP    TOTAL | | 55,275.67 |

SIGNATURE BANK

```
                                                Statement Period
                                         From February  01, 2022
                                         To   February  28, 2022
                                         Page      2 of      2

                                         PRIVATE CLIENT GROUP 316
                                         950 THIRD AVENUE
                                         NEW YORK, NY 10022


         ALLIANCE MEDICAL HOLDINGS LLC DEBTOR     9-316
         RONALD L GLASS AS TRUSTEE
         CASE# 1732186
         3445 PEACHTREE ROAD, SUITE 1225
         ATLANTA GA  30326                 999      See Back for Important Information


                                         Primary Account: ████2912         1


 BANKRUPTCY CHECKING          ████2912



 Summary

   Previous Balance as of February  01, 2022                      62,732.30
          1 Debits                                                 7,456.63
   Ending Balance as of    February  28, 2022                     55,275.67


 Checks by Serial Number
  Feb 08        46             7,456.63

 Daily Balances
   Jan 31          62,732.30            Feb 08        55,275.67
```



## SIGNATURE BANK

565 Fifth Avenue, 12ᵗʰ Floor
New York, NY 10017

Statement Period
From February  01, 2022
To    February  28, 2022
Page     1 of     2

PRIVATE CLIENT GROUP 316
950 THIRD AVENUE
NEW YORK, NY 10022

ALLIANCE MEDICAL HOLDINGS LLC DEBTOR     8-316
RONALD L GLASS AS TRUSTEE
CASE# 1732186
3445 PEACHTREE ROAD, SUITE 1225
ATLANTA GA  30326              999          See Back for Important Information

Primary Account: ████2920          0

IMPORTANT MESSAGE ABOUT IDENTITY THEFT! SIGNATURE BANK WILL NEVER
ASK YOU TO PROVIDE PERSONAL OR BUSINESS ACCOUNT INFORMATION THROUGH
E-MAIL. IF YOU RECEIVE ANY E-MAIL OR OTHER INQUIRY THAT APPEARS TO COME
FROM SIGNATURE, DO NOT RESPOND TO IT OR CLICK ON ANY LINKS INCLUDED IN
THE E-MAIL. INSTEAD, CALL US TOLL-FREE AT 1-866-SIGLINE OR CONTACT
YOUR ACCOUNT OFFICER. FOR MORE INFORMATION ON IDENTITY THEFT, VISIT
OUR WEBSITE AT WWW.SIGNATURENY.COM. CLICK ON "ABOUT US", "PRIVACY
& SECURITY", "IDENTITY THEFT" FOR MORE INFORMATION ON SAFEGUARDING YOUR
IDENTITY AND PERSONAL INFORMATION.

| Signature Relationship Summary | Opening Bal. | Closing Bal. |
|---|---|---|
| BANK DEPOSIT ACCOUNTS | | |
| ████2920      BANKRUPTCY IMMA | 103,812.36 | 103,816.34 |
| RELATIONSHIP        TOTAL | | 103,816.34 |

# SIGNATURE BANK

```
                                          Statement Period
                                   From February  01, 2022
                                   To   February  28, 2022
                                   Page     2 of     2

                                   PRIVATE CLIENT GROUP 316
                                   950 THIRD AVENUE
                                   NEW YORK, NY 10022


        ALLIANCE MEDICAL HOLDINGS LLC DEBTOR    8-316
        RONALD L GLASS AS TRUSTEE
        CASE# 1732186
        3445 PEACHTREE ROAD, SUITE 1225
        ATLANTA GA  30326            999              See Back for Important Information


                                           Primary Account: ████2920         0


  BANKRUPTCY IMMA            ████2920

     Interest Paid Previous Year                                           95.81

  Summary

     Previous Balance as of February  01, 2022                        103,812.36
          1 Credits                                                         3.98
     Ending Balance as of    February  28, 2022                       103,816.34


  Deposits and Other Credits
     Feb 28  Interest Paid                                                  3.98

  Daily Balances
     Jan 31       103,812.36            Feb 28        103,816.34

  *===================================== Interest Summary ======================================*
  * Year-To-Date Interest              10.17                                                   *
  *   Interest Paid This Period         3.98    Annual Percentage Yield Earned    0.05 %       *
  *   Avg. Balance this Period    103,812.36    Days in Period                      28         *
  *==========================================================================================*
```



**SIGNATURE BANK**

565 Fifth Avenue, 12th Floor
New York, NY 10017

Statement Period
From February 01, 2022
To   February 28, 2022
Page    1 of    2

PRIVATE CLIENT GROUP 316
950 THIRD AVENUE
NEW YORK, NY 10022

ALLIANCE HEALTH LIQUIDATING TRUST      5-316
MARK D SHAPIRO TRUSTEE
3500 MAPLE AVE SUITE 350
DALLAS TX  75219

See Back for Important Information

Primary Account: ████3227        0

IMPORTANT MESSAGE ABOUT IDENTITY THEFT! SIGNATURE BANK WILL NEVER
ASK YOU TO PROVIDE PERSONAL OR BUSINESS ACCOUNT INFORMATION THROUGH
E-MAIL. IF YOU RECEIVE ANY E-MAIL OR OTHER INQUIRY THAT APPEARS TO COME
FROM SIGNATURE, DO NOT RESPOND TO IT OR CLICK ON ANY LINKS INCLUDED IN
THE E-MAIL. INSTEAD, CALL US TOLL-FREE AT 1-866-SIGLINE OR CONTACT
YOUR ACCOUNT OFFICER. FOR MORE INFORMATION ON IDENTITY THEFT, VISIT
OUR WEBSITE AT WWW.SIGNATURENY.COM. CLICK ON "ABOUT US", "PRIVACY
& SECURITY", "IDENTITY THEFT" FOR MORE INFORMATION ON SAFEGUARDING YOUR
IDENTITY AND PERSONAL INFORMATION.

| Signature Relationship Summary | Opening Bal. | Closing Bal. |
|---|---|---|
| BANK DEPOSIT ACCOUNTS | | |
| ████3227     SIGNATURE CHECKING | 1,024,950.00 | 1,023,725.00 |
| RELATIONSHIP TOTAL | | 1,023,725.00 |

**SIGNATURE BANK**

Statement Period
From February  01, 2022
To     February  28, 2022
Page       2 of      2

PRIVATE CLIENT GROUP 316
950 THIRD AVENUE
NEW YORK, NY 10022

ALLIANCE HEALTH LIQUIDATING TRUST        5-316
MARK D SHAPIRO TRUSTEE
3500 MAPLE AVE SUITE 350
DALLAS TX  75219

See Back for Important Information

Primary Account: ████3227          0

SIGNATURE CHECKING        ████3227

Summary

Previous Balance as of February  01, 2022                                    1,024,950.00
       2 Debits                                                                  1,225.00
Ending Balance as of    February  28, 2022                                   1,023,725.00

Withdrawals and Other Debits
Feb 04  OUTGOING WIRE XFER                                                        1,200.00
        REF#  20220204B6B7261F005265
        TO:   S. MAYER LAW
        BANK: JPMCHASE
Feb 04  WIRE TRANSFER FEE                                                            25.00
        REF#  20220204B6B7261F005265
        TO:   S. MAYER LAW
        BANK: JPMCHASE



Daily Balances
 Jan 31      1,024,950.00              Feb 04      1,023,725.00

Rates for this statement period - Overdraft
Feb 01, 2022  13.000000 %

**QUARTERLY OPERATING REPORT -
POST CONFIRMATION**

**ATTACHMENT NO. 3**

## CHAPTER 11 POST-CONFIRMATION
## BANK ACCOUNT RECONCILIATIONS
**March 2022**

| Bank Account Information | Account #1 | Account #2 | Account #3 | Total |
|---|---|---|---|---|
| Name of Bank: | Signature Bank | Signature Bank | Signature Bank | |
| Account Number: | *2912 | *2920 | *3227 | |
| Purpose of Account (Operating/Payroll/Tax) | Bankruptcy Operating | Bankruptcy IMMA | Bankruptcy | |
| Type of Account (e.g. checking) | Checking | Checking | Checking | |
| | | | | |
| 1. **Balance per Bank Statement** | $ 4,591.41 | $ 103,820.75 | 1,023,725.00 | $ 1,132,137.16 |
| 2. **ADD:** Deposits not credited | - | - | - | - |
| 3. **SUBTRACT**: Outstanding Checks | - | - | - | - |
| 4. Other Reconciling Items | - | - | - | - |
| 5. **Month End Balance** (Must Agree with Books) | $ 4,591.41 | $ 103,820.75 | 1,023,725.00 | $ 1,132,137.16 |

Note:  Attach copy of each bank statement and bank reconciliation.

| Investment Account Information<br><br>Bank / Account Name  / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| N/A | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note:  Attach copy of each investment account statement.



## SIGNATURE BANK

565 Fifth Avenue, 12th Floor
New York, NY 10017

```
                                          Statement Period
                                      From March   01, 2022
                                      To   March   31, 2022
                                      Page    1 of     2

                                      PRIVATE CLIENT GROUP 316
                                      950 THIRD AVENUE
                                      NEW YORK, NY 10022


          ALLIANCE MEDICAL HOLDINGS LLC DEBTOR    8-316
          RONALD L GLASS AS TRUSTEE
          CASE# 1732186
          3445 PEACHTREE ROAD, SUITE 1225
          ATLANTA GA  30326               999         See Back for Important Information


                                      Primary Account: ████2912         0
```

IMPORTANT MESSAGE ABOUT IDENTITY THEFT! SIGNATURE BANK WILL NEVER
ASK YOU TO PROVIDE PERSONAL OR BUSINESS ACCOUNT INFORMATION THROUGH
E-MAIL. IF YOU RECEIVE ANY E-MAIL OR OTHER INQUIRY THAT APPEARS TO COME
FROM SIGNATURE, DO NOT RESPOND TO IT OR CLICK ON ANY LINKS INCLUDED IN
THE E-MAIL. INSTEAD, CALL US TOLL-FREE AT 1-866-SIGLINE OR CONTACT
YOUR ACCOUNT OFFICER. FOR MORE INFORMATION ON IDENTITY THEFT, VISIT
OUR WEBSITE AT WWW.SIGNATURENY.COM. CLICK ON "ABOUT US", "PRIVACY
& SECURITY", "IDENTITY THEFT" FOR MORE INFORMATION ON SAFEGUARDING YOUR
IDENTITY AND PERSONAL INFORMATION.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| ████2912 | BANKRUPTCY CHECKING | 55,275.67 | 4,591.41 |
| | | | |
| RELATIONSHIP | TOTAL | | 4,591.41 |

# SIGNATURE BANK

```
                                          Statement Period
                                     From March    01, 2022
                                     To   March    31, 2022
                                     Page    2 of     2

                                     PRIVATE CLIENT GROUP 316
                                     950 THIRD AVENUE
                                     NEW YORK, NY 10022


        ALLIANCE MEDICAL HOLDINGS LLC DEBTOR    8-316
        RONALD L GLASS AS TRUSTEE
        CASE# 1732186
        3445 PEACHTREE ROAD, SUITE 1225
        ATLANTA GA  30326              999          See Back for Important Information
```

Primary Account: ███████2912        0

BANKRUPTCY CHECKING        ███████2912

## Summary

| | | |
|---|---|---:|
| Previous Balance as of March | 01, 2022 | 55,275.67 |
| 3 Debits | | 50,684.26 |
| Ending Balance as of   March | 31, 2022 | 4,591.41 |

### Withdrawals and Other Debits

| | | |
|---|---|---:|
| Mar 04 | OUTGOING WIRE | 276.00 |
| | REF#  20220304B6B7261F004829 | |
| | TO:   BMC Group Inc. | |
| | BANK: WESTERN ALLIANCE BANK | |
| | OBI:  Invoices 211031 | |
| | OBI: | |
| | OBI: | |
| Mar 04 | OUTGOING WIRE | 21,395.50 |
| | REF#  20220304B6B7261F004832 | |
| | TO:   Troutman Sanders | |
| | BANK: WELLS FARGO BANK, NA | |
| | OBI:  30285438, 30298259, 30311622 | |
| | OBI: | |
| | OBI: | |
| Mar 04 | OUTGOING WIRE | 29,012.76 |
| | REF#  20220304B6B7261F004831 | |
| | TO:   BRGR Revenue Depository | |
| | BANK: WELLS FARGO BANK, NA | |
| | OBI:  57947,58175,58374,58602,57948,58176,58375,58603 | |
| | OBI: | |
| | OBI: | |

### Daily Balances

| | | | |
|---|---|---|---:|
| Feb 28 | 55,275.67 | Mar 04 | 4,591.41 |



## SIGNATURE BANK

565 Fifth Avenue, 12th Floor
New York, NY 10017

```
                                        Statement Period
                                        From March   01, 2022
                                        To   March   31, 2022
                                        Page    1 of     2

                                        PRIVATE CLIENT GROUP 316
                                        950 THIRD AVENUE
                                        NEW YORK, NY 10022


        ALLIANCE MEDICAL HOLDINGS LLC DEBTOR    8-316
        RONALD L GLASS AS TRUSTEE
        CASE# 1732186
        3445 PEACHTREE ROAD, SUITE 1225
        ATLANTA GA  30326              999          See Back for Important Information


                                        Primary Account: ████2920        0
```

IMPORTANT MESSAGE ABOUT IDENTITY THEFT! SIGNATURE BANK WILL NEVER
ASK YOU TO PROVIDE PERSONAL OR BUSINESS ACCOUNT INFORMATION THROUGH
E-MAIL. IF YOU RECEIVE ANY E-MAIL OR OTHER INQUIRY THAT APPEARS TO COME
FROM SIGNATURE, DO NOT RESPOND TO IT OR CLICK ON ANY LINKS INCLUDED IN
THE E-MAIL. INSTEAD, CALL US TOLL-FREE AT 1-866-SIGLINE OR CONTACT
YOUR ACCOUNT OFFICER. FOR MORE INFORMATION ON IDENTITY THEFT, VISIT
OUR WEBSITE AT WWW.SIGNATURENY.COM. CLICK ON "ABOUT US", "PRIVACY
& SECURITY", "IDENTITY THEFT" FOR MORE INFORMATION ON SAFEGUARDING YOUR
IDENTITY AND PERSONAL INFORMATION.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| ████2920   BANKRUPTCY IMMA | | 103,816.34 | 103,820.75 |
| RELATIONSHIP     TOTAL | | | 103,820.75 |

*Signature*
# SIGNATURE BANK

```
                                        Statement Period
                                  From March    01, 2022
                                  To   March    31, 2022
                                  Page      2 of      2

                                  PRIVATE CLIENT GROUP 316
                                  950 THIRD AVENUE
                                  NEW YORK, NY 10022
```

```
        ALLIANCE MEDICAL HOLDINGS LLC DEBTOR    8-316
        RONALD L GLASS AS TRUSTEE
        CASE# 1732186
        3445 PEACHTREE ROAD, SUITE 1225
        ATLANTA GA  30326               999         See Back for Important Information
```

                                  Primary Account: ████2920          0

BANKRUPTCY IMMA         ████2920

   Interest Paid Previous Year                                           95.81

Summary

   Previous Balance as of March   01, 2022                           103,816.34
        1 Credits                                                          4.41
   Ending Balance as of   March   31, 2022                           103,820.75


Deposits and Other Credits
   Mar 31  Interest Paid                                                   4.41

Daily Balances
   Feb 28      103,816.34             Mar 31      103,820.75

```
*===================================== Interest Summary =======================================*
*  Year-To-Date Interest              14.58                                                    *
*   Interest Paid This Period          4.41    Annual Percentage Yield Earned   0.05 %         *
*   Avg. Balance this Period      103,816.34    Days in Period                     31           *
*=============================================================================================*
```



**SIGNATURE BANK**

565 Fifth Avenue, 12th Floor
New York, NY 10017

```
                                        Statement Period
                                        From March   01, 2022
                                        To   March   31, 2022
                                        Page    1 of     2

                                        PRIVATE CLIENT GROUP 316
                                        950 THIRD AVENUE
                                        NEW YORK, NY 10022
```

```
        ALLIANCE HEALTH LIQUIDATING TRUST        5-316
        MARK D SHAPIRO TRUSTEE
        3500 MAPLE AVE SUITE 350
        DALLAS TX  75219
```

                                        See Back for Important Information

                                        Primary Account: ████3227        0

```
        IMPORTANT MESSAGE ABOUT IDENTITY THEFT! SIGNATURE BANK WILL NEVER
        ASK YOU TO PROVIDE PERSONAL OR BUSINESS ACCOUNT INFORMATION THROUGH
        E-MAIL. IF YOU RECEIVE ANY E-MAIL OR OTHER INQUIRY THAT APPEARS TO COME
        FROM SIGNATURE, DO NOT RESPOND TO IT OR CLICK ON ANY LINKS INCLUDED IN
        THE E-MAIL. INSTEAD, CALL US TOLL-FREE AT 1-866-SIGLINE OR CONTACT
        YOUR ACCOUNT OFFICER. FOR MORE INFORMATION ON IDENTITY THEFT, VISIT
        OUR WEBSITE AT WWW.SIGNATURENY.COM. CLICK ON "ABOUT US", "PRIVACY
        & SECURITY", "IDENTITY THEFT" FOR MORE INFORMATION ON SAFEGUARDING YOUR
        IDENTITY AND PERSONAL INFORMATION.
```

| Signature Relationship Summary | Opening Bal. | Closing Bal. |
| --- | --- | --- |
| BANK DEPOSIT ACCOUNTS | | |
| ████3227      SIGNATURE CHECKING | 1,023,725.00 | 1,023,725.00 |
| RELATIONSHIP TOTAL | | 1,023,725.00 |

SIGNATURE BANK

PRIVATE CLIENT GROUP 316
950 THIRD AVENUE
NEW YORK, NY 10022

ALLIANCE HEALTH LIQUIDATING TRUST     5-316
MARK D SHAPIRO TRUSTEE
3500 MAPLE AVE SUITE 350
DALLAS TX  75219

See Back for Important Information

Primary Account: ▮▮▮▮3227          0

SIGNATURE CHECKING          ▮▮▮▮3227

Summary

Previous Balance as of March     01, 2022                                    1,023,725.00

There was no deposit activity during this statement period

Ending Balance as of   March     31, 2022                                    1,023,725.00

Rates for this statement period - Overdraft
Mar 17, 2022   13.250000 %
Mar 01, 2022   13.000000 %

**QUARTERLY OPERATING REPORT -**
**POST CONFIRMATION**

**ATTACHMENT NO. 4**

### CHAPTER 11 POST-CONFIRMATION
### CASH/DEBIT/CHECK DISBURSEMENTS DETAILS

| Name of Bank | Signature Bank |
|---|---|
| Account Number | *2912 |
| Purpose of Account (Operating/Payroll/Personal) | Bankruptcy Operating |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| 45 | 01/06/22 | US Trustee | Quarterly US Trustee fees | $ 8,759.75 |
| 46 | 02/08/22 | US Trustee | Quarterly US Trustee fees | 7,456.63 |
| Wire | 03/04/22 | BMC Group | Claims agent fees | 276.00 |
| Wire | 03/04/22 | Troutman Pepper Hamilton Sanders LLP | Professional fees | 21,395.50 |
| Wire | 03/04/22 | B. Riley Advisory Services | Professional fees | 29,012.76 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | $ 66,900.64 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for
holding check and anticipated delivery date of check.

| |
|---|
| |
| |
| |
| |
| |

**QUARTERLY OPERATING REPORT -**
**POST CONFIRMATION**

**ATTACHMENT NO. 4**

### CHAPTER 11 POST-CONFIRMATION
### CASH/DEBIT/CHECK DISBURSEMENTS DETAILS

| | |
|---|---|
| **Name of Bank** | Signature Bank |
| **Account Number** | *2920 |
| **Purpose of Account (Operating/Payroll/Personal)** | Bankruptcy IMMA |
| **Type of Account (e.g., Checking)** | Checking |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | NONE | | $    - |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | $    - |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

| |
|---|
| |
| |
| |
| |
| |

**QUARTERLY OPERATING REPORT -
POST CONFIRMATION**

**ATTACHMENT NO. 4**

### CHAPTER 11 POST-CONFIRMATION
### CASH/DEBIT/CHECK DISBURSEMENTS DETAILS

| Name of Bank | Signature Bank |
|---|---|
| Account Number | *3227 |
| Purpose of Account (Operating/Payroll/Personal) | Bankruptcy |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| Wire | 02/04/22 | S. Mayer Law PLLC | Mediation fees | $     1,200.00 |
| Wire | 02/04/22 | Signature Bank | Bank fees | 25.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | $     1,225.00 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

| |
|---|
| |
| |
| |
| |
| |