United States Bankruptcy Court
Southern District of Texas
**ENTERED**
August 20, 2025
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 17-32186 (MI) |
| UPLIFT RX, LLC | CHAPTER 11 |
| *Debtors* | (Jointly Administered) |
| MICHAEL FOREMAN, LIQUIDATING TRUSTEE OF THE ALLIANCE HEALTH LIQUIDATING TRUST, | ADVERSARY NO. 22-03275 (MI) |
| *Plaintiff,* | |
| v. | |
| BAKER & HOSTETLER LLP, | |
| *Defendant.* | |

## STIPULATION AND ORDER
## OF DISMISSAL WITH PREJUDICE OF BAKER & HOSTETLER LLP

Pursuant to Federal Rule of Bankruptcy Procedure 7041 and Federal Rule of Civil Procedure Rule 41(a)(2), Plaintiff Michael E. Foreman, as Liquidating Trustee for the Alliance Health Liquidating Trust ("Trustee"), and Defendant Baker & Hostetler LLP ("Baker"), hereby stipulate to dismissal with prejudice of all claims which were or could have been asserted by the Trustee against Baker in this action. Each party shall bear their own costs and fees.

**SO ORDERED**

Signed: August 19, 2025

_____
Marvin Isgur
United States Bankruptcy Judge

1

**AGREED:**

Dated: July 28, 2025

| | |
|---|---|
| */s/ Joshua J. Newcomer* | */s/ George M. Kryder* |
| Joshua J. Newcomer | George M. Kryder |
|   State Bar No. 24060329 |   State Bar No. 11742900 |
|   jnewcomer@mckoolsmith.com |   gkryder@velaw.com |
| MCKOOL SMITH PC | Jeremy M. Reichman |
| 600 Travis Street, Suite 7000 |   State Bar No. 24083722 |
| Houston, Texas 77002 |   jreichman@velaw.com |
| Tel: (713) 485-7300 | Michael C. Lee |
| Fax: (713) 485-7344 |   State Bar No. 24109461 |
| |   mlee@velaw.com |
| Kyle Lonergan | VINSON & ELKINS LLP |
|   klonergan@mckoolsmith.com | 2001 Ross Avenue, Suite 3900 |
| MCKOOL SMITH PC | Dallas, Texas 75201 |
| 1301 Avenue of Americas | Tel: (214) 220-7700 |
| 32nd Floor | |
| New York, NY 10019 | *Attorneys for Baker & Hostetler LLP* |
| Tel: (212) 402-9400 | |
| | |
| *Attorneys for Michael Foreman,* | |
| *Liquidating Trustee of the* | |
| *Alliance Health Liquidating* | |
| *Trust* | |